**Fill in this information to identify the case:**

Debtor name    **Essex Technology Group, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    **3:25-bk-00452**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $273,842.91 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Truist Bank - 401 Commerce St., Nashville, TN 37219** | | 8713 | $355,539.76 |
| 3.2. | **Truist Bank - 401 Commerce St., Nashville, TN 37219** | | 3035 | $3,814.16 |
| 3.3. | **Truist Bank - 401 Commerce St., Nashville, TN 37219** | | 6402 | $1,013.66 |
| 3.4. | **Truist Bank - 401 Commerce St., Nashville, TN 37219** | | 7404 | $29,059.16 |
| 3.5. | **Fifth Third - 424 Church St., Nashville, TN 37219** | | 9591 | $93,925.22 |
| 3.6. | **Regions - 150 4th Ave. N., Nashville, TN 37219** | | 3493 | $38,443.30 |

|  | **US Bank - 333 Commerce St.,** | | | |
|---|---|---|---|---|
| 3.7. | **Nashville, TN 37201** | | **6999** | **$6,873.64** |

**4.** **Other cash equivalents** *(Identify all)*

| 4.1. | **Truist Bank CD** | **$500,000.00** |
|---|---|---|

| 4.2. | **ThinkLP CORE PLATFORM SUBSCRIPTION** | **$0.00** |
|---|---|---|

| 4.3. | **Truist Bank CD** | **$400,000.00** |
|---|---|---|

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$1,702,511.81**

| **Part 2:** | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Campbellsville Water Company** | **$150.00** |
|---|---|---|

| 7.2. | **Florence Utilities** | **$9,460.00** |
|---|---|---|

| 7.3. | **Morehead Utility Plant Board** | **$250.00** |
|---|---|---|

| 7.4. | **Pell City Water Dept** | **$150.00** |
|---|---|---|

| 7.5. | **Winchester Utilities** | **$8,200.00** |
|---|---|---|

| 7.6. | **Jessamine Water District #1** | **$75.00** |
|---|---|---|

| 7.7. | **Calhoun Utilities** | **$2,251.75** |
|---|---|---|

| | | |
|---|---|---|
| 7.8. | **Liberty Utilities Georgia** | **$405.00** |
| 7.9. | **Georgia Power** | **$5,285.00** |
| 7.10. | **STARKVILLE ELECTRIC DEPT** | **$9,000.00** |
| 7.11. | **Paulding County Water** | **$125.00** |
| 7.12. | **Walton EMC** | **$8,000.00** |
| 7.13. | **Jackson Energy Authority** | **$5,000.00** |
| 7.14. | **CPWS** | **$2,450.00** |
| 7.15. | **Columbia Gas of Ohio** | **$180.00** |
| 7.16. | **Blue Grass Energy** | **$4,025.00** |
| 7.17. | **Electric City Utilities** | **$60.00** |
| 7.18. | **Scana Energy** | **$360.00** |
| 7.19. | **Bowling Green Municipal Utilities** | **$12,000.00** |
| 7.20. | **Duke Energy** | **$10,725.00** |
| 7.21. | **United Govt. of Athens-Clark Water** | **$40.00** |

| | | |
|---|---|---|
| 7.22. | **City of Rome** | **$200.00** |
| 7.23. | **EPB** | **$8,800.00** |
| 7.24. | **City of Opelika** | **$6,065.00** |
| 7.25. | **Alabama Gas Company** | **$1,003.95** |
| 7.26. | **Decatur Utilities** | **$6,000.00** |
| 7.27. | **Cumberland Electric Membership Corp** | **$7,500.00** |
| 7.28. | **Columbus Light& Water** | **$9,000.00** |
| 7.29. | **Johnson City Power Board** | **$9,500.00** |
| 7.30. | **American Electric Power** | **$1,014.95** |
| 7.31. | **Alabama Power** | **$2,075.00** |
| 7.32. | **Spartanburg Water** | **$370.00** |
| 7.33. | **Opelika Utilities** | **$230.00** |
| 7.34. | **Smyrna Utilities** | **$7,150.00** |
| 7.35. | **CDE- Clarksville Dept of Electricity** | **$10,528.95** |

| 7.36. | **Tombigbee Electric Power Association** | $5,000.00 |
|---|---|---|
| 7.37. | **Nicholasville Water & Sewer** | $100.00 |
| 7.38. | **Flint Energies** | $1,560.00 |
| 7.39. | **Chattanooga Gas** | $880.00 |
| 7.40. | **Elizabethtown Water & Gas** | $160.00 |
| 7.41. | **Tupelo Water & Light Company** | $550.00 |
| 7.42. | **Morristown Utilities** | $15,000.00 |
| 7.43. | **KUB** | $9,000.00 |
| 7.44. | **Greystone Power Company** | $7,500.00 |
| 7.45. | **Murfreesboro Electric** | $5,740.00 |
| 7.46. | **Marietta Power and Water** | $10,192.00 |
| 7.47. | **Easley Combined Utility System** | $6,000.00 |
| 7.48. | **Dickson Electric System** | $8,500.00 |
| 7.49. | **Georgetown Municipal Water & Sewer** | $150.00 |

| | | |
|---|---|---|
| 7.50. | **Sewanee EMC** | **$1,545.00** |
| 7.51. | **Centerpoint Energy** | **$881.35** |
| 7.52. | **Austell Natural Gas** | **$100.00** |
| 7.53. | **Greenville Water** | **$150.00** |
| 7.54. | **Athens Utilities Board** | **$860.00** |
| 7.55. | **KU** | **$3,645.00** |
| 7.56. | **Atmos Energy** | **$4,788.00** |
| 7.57. | **Columbia Gas of Kentucky** | **$790.00** |
| 7.58. | **Dalton Utilties** | **$13,900.00** |
| 7.59. | **Delta Gas** | **$200.00** |
| 7.60. | **City of Gainesville** | **$660.00** |
| 7.61. | **Gadsden Water Deposit** | **$60.00** |
| 7.62. | **Entergy Arkansas, Inc.** | **$7,356.00** |
| 7.63. | **Entergy Mississippi Inc** | **$16,018.00** |

| 7.64. | **Kentucky Utilities** | **$220.00** |
|---|---|---|
| 7.65. | **LG&E** | **$599.64** |
| 7.66. | **Newnan Utilities** | **$5,000.00** |
| 7.67. | **City of Maryville** | **$8,000.00** |
| 7.68. | **Conway Corp** | **$1,500.00** |
| 7.69. | **City of Cookeville** | **$6,000.00** |
| 7.70. | **Waste Industries** | **$200.00** |
| 7.71. | **Department of Health & Sanitation** | **$300.77** |
| 7.72. | **City of Griffin** | **$350.00** |
| 7.73. | **Huntsville Utilities** | **$800.00** |
| 7.74. | **City of Hamilton** | **$1,108.00** |
| 7.75. | **City of LaGrange** | **$2,000.00** |
| 7.76. | **Sewer & Water Utility Bill** | **$2,748.58** |
| 7.77. | **Kenergy** | **$3,052.00** |

| 7.78. | **City of Griffin** | **$5,000.00** |
|---|---|---|
| 7.79. | **Hopkinsville KY** | **$5,000.00** |
| 7.80. | **Cobb County EMC** | **$5,000.00** |
| 7.81. | **City Of Cullman** | **$5,000.00** |
| 7.82. | **Dayton Power & Light** | **$5,625.00** |
| 7.83. | **City of Huntsville** | **$7,800.00** |
| 7.84. | **Cookeville Commons** | **$8,400.00** |
| 7.85. | **Festival Center Birmingham** | **$8,854.17** |
| 7.86. | **Henry Turley Company** | **$8,906.25** |
| 7.87. | **Richmond Mall Partners LLC** | **$12,315.00** |
| 7.88. | **Two Rivers Center** | **$13,410.11** |
| 7.89. | **NEB Partners** | **$18,000.00** |
| 7.90. | **USPG Portfolio Five, LLC** | **$18,693.00** |
| 7.91. | **FAF Properties** | **$18,850.01** |

| | | |
|---|---|---|
| 7.92. | **Charles Swain** | $19,023.00 |
| 7.93. | **Hackmeyer Properties** | $23,000.00 |
| 7.94. | **Summer Commons** | $24,228.17 |
| 7.95. | **Adyen** | $33,578.81 |
| 7.96. | **Surest Insurance Deposit** | $72,600.00 |
| 7.97. | **Logistics Way DCT/LWI LLC** | $89,598.44 |
| 7.98. | **Pepsi** | $160,000.00 |
| 7.99. | **Amazon.com KYDC, LLC** | $300,000.00 |
| 7.100. | **Amazon.com KYDC, LLC** | $1,200,000.00 |
| 7.101. | **Proctor & Gamble** | $400,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Microsoft Corporation Finance, Operations Activity, Operations Device and ProDirect Support** | $489,661.95 |
| 8.2. | **Manhattan Associates Inc Scale for 2025** | $277,022.83 |
| 8.3. | **ProVenture LLC 2nd HALF COMMISSION QUANTA** | $129,682.84 |

| | | |
|---|---|---|
| 8.4. | **HubSpot Inc API Limit Increase 2/22/2023 - 6/20/2023** | $86,916.44 |
| 8.5. | **SourceIT CLOUD ACCESS 5 YEAR LICENSE FEES** | $57,512.17 |
| 8.6. | **Vertex VERTEX CLOUD SOLUTION D365 COMMERCE 7/28/23-7/27/24** | $41,318.46 |
| 8.7. | **OpenSesame Inc SUBSCRIPTION** | $28,461.81 |
| 8.8. | **Peak Technologies Inc 1 Year Zebra One Care Essential** | $26,127.98 |
| 8.9. | **Learning Technologies Group Inc NEW LEARNING MANAGEMENT SYSTEM FOR EMPLOYEE TRAINING** | $26,041.19 |
| 8.10. | **Warehouse Supplies RL Gen and Lables** | $24,166.70 |
| 8.11. | **Hubspot MARKETING CONTACTS** | $21,420.77 |
| 8.12. | **CDW Direct EXTREME AP's/LICENSES/SUPPORT** | $18,924.38 |
| 8.13. | **SourceIT 5 years cloud access- 096 Griffin** | $2,160.94 |
| 8.14. | **HubSpot Inc MARKETING CONTACTS** | $651.79 |
| 8.15. | **HubSpot Inc MARKETING CONTACTS** | $25,644.08 |
| 8.16. | **HubSpot Inc marketing contacts** | $18,066.76 |
| 8.17. | **HubSpot Inc marketing contacts** | $809.09 |

| 8.18. | **Peak Technologies Inc On site 1 YR Service Contract Zebra** | **$3,855.43** |
|---|---|---|
| 8.19. | **Peak Technologies Inc COMPUTER SUPPORT PPD** | **$35.92** |
| 8.20. | **HubSpot Inc MARKETING CONTACTS** | **$1,208.50** |
| 8.21. | **HubSpot Inc marketing contacts** | **$1,406.37** |
| 8.22. | **Manhattan Associates Inc Scale for 2025** | **$277,022.83** |
| 8.23. | **OpenSesame Inc 7110-04-009** | **$28,461.81** |
| 8.24. | **Peak Technologies Inc 1 YEAR ZEBRA CONTRACT** | **$1,721.37** |
| 8.25. | **Learning Technologies Group Inc LMS WORK 1/25 TO 12/25** | **$19,748.09** |
| 8.26. | **Light Bulb Depot LIGHTING MAINTENANCE EXPENSE** | **$3,324.04** |
| 8.27. | **Light Bulb Depot LIGHTING MAINTENANCE EXPENSE** | **$2,355.71** |
| 8.28. | **Light Bulb Depot LIGHTING MAINTENANCE EXPENSE** | **$2,175.44** |
| 8.29. | **Light Bulb Depot LIGHTING MAINTENANCE EXPENSE** | **$3,436.74** |
| 8.30. | **Microsoft Corporation Finanace, Operations Activity, Operations Device and ProDirect Support** | **$1,519.94** |
| 8.31. | **Corpay** | **$75,000.00** |

| 8.32. | **ThinkLP CORE PLATFORM SUBSCRIPTION** | $15,318.00 |
|---|---|---|
| 8.33. | **Light Bulb Depot PREPAID LIGHTING MAINT EXPENSE** | $14,364.58 |
| 8.34. | **Bass Security Services Inc. Multiple 5 year OE-AST1 licenses** | $9,333.58 |
| 8.35. | **Sunrise Technologies Inc. JUL 2023-JUN 2024 365 FOUNDATION** | $4,725.87 |
| 8.36. | **CSC REPRESENTATION THRU 10/25** | $4,376.10 |
| 8.37. | **Dell Financial Services Upfront fees for leased computers** | $3,393.33 |
| 8.38. | **VelocityEHS / MSDSonline CHEMICAL MANAGEMENT SUBSCRIPTION 3/3/22-3/2/22** | $3,144.86 |
| 8.39. | **Traf-Sys VisiCount Saas Annual Data Hosting and Reporting** | $1,750.45 |
| 8.40. | **Emissary Software 2 Full Seats - 500 Contacts/Month/Seat** | $744.34 |
| 8.41. | **Navex Global SUBSCRIPTION** | $721.48 |
| 8.42. | **Better Business Bureau** | $659.46 |
| 8.43. | **Monday.com Ltd YEARLY ENTERPRISE PLANS 9/5/23-9/21/24** | $391.04 |
| 8.44. | **Lease Query PLATFORM SUBSCRIPTION FOR LEASEQUERY ADVANCED 1/27/23-1/26/25** | $281.36 |
| 8.45. | **De Lage Landen Financial Services Inc Printers** | $250.73 |

| 8.46. | **Johnson Controls 3 YEAR 1 oF 3MONITORING SVC 3/1/23-2/28/26 Campbellsville** | $233.33 |
|---|---|---|
| 8.47. | **MSDSonline DBA VelocityEHS 2022 ANNUAL HQ ACCOUNT RENEWAL** | $104.90 |
| 8.48. | **Dell Financial Services Upfront fees for leased computers** | $3,393.33 |

9.  **Total of Part 2.**

 Add lines 7 through 8. Copy the total to line 81.

|  | $4,522,725.01 |
|---|---|

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less: **6,015,841.91** ─ **0.00** = .... $6,015,841.91
face amount                  doubtful or uncollectible accounts

11a. 90 days old or less: **4,013,643.41** ─ **1,942,346.61** = .... $2,071,296.80
face amount                  doubtful or uncollectible accounts

12.  **Total of Part 3.**

 Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  | $8,087,138.71 |
|---|---|

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |

| Finished goods at various locations see attached schedule | 24-Jan | $23,983,400.04 | Straight Line De | $23,983,400.04 |

22. **Other inventory or supplies**

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$23,983,400.04

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office Furniture | $53,966.45 | Straight Line De | $53,966.45 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment at various locations see attached schedule | $540.50 | Straight Line De | $540,499.63 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$594,466.08

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No

■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2014 Dodge Avenger** | $0.00 | Straight line De | $0.00 |
| 47.2.  **2007 GMC Siera** | $0.00 | Straight line De | $0.00 |
| 47.3.  **2016 Dodge Grand Caravan** | $0.00 | Straight line De | $0.00 |
| 47.4.  **2016 Dodge Grand Caravan** | $0.00 | Straight line De | $0.00 |
| 47.5.  **2015 Ford Transit** | $0.00 | Straight line De | $0.00 |
| 47.6.  **2019 Ford Fusion** | $0.00 | Straight line De | $0.00 |
| 47.7.  **2015 Nissan NV200** | $0.00 | Straight line De | $0.00 |
| 47.8.  **2016 Nissan Murano** | $0.00 | Straight line De | $0.00 |
| 47.9.  **2021 Hundai Sonata** | $6.26 | Straight line De | $6,260.14 |
| 47.10.  **2021 Hundai Sonata** | $6.26 | Straight line De | $6,260.14 |
| 47.11.  **2016 Ford Transit** | $0.00 | Straight line De | $0.00 |
| 47.12.  **2019 Mazda CX5** | $15.33 | Straight line De | $15,333.33 |
| 47.13.  **2023 Chevy Malibu** | $36.33 | Straight line De | $36,328.08 |
| 47.14.  **2008 International Box Truck** | $0.00 | Straight line De | $0.00 |

| 47.15. | **2021 Hundai Tucson** | $5.28 | Straight line De | $5,281.67 |
|---|---|---|---|---|
| 47.16. | **Unknown year Motorvation** | $17.33 | Straight line De | $17,333.33 |
| 47.17. | **Unknown year Box Truck** | $56.57 | Straight line De | $56,570.06 |
| 47.18. | **2021 Hyundai Sonata** | $0.00 | Straight line De | $0.00 |
| 47.19. | **2021 Hyundai Sonata** | $0.00 | Straight line De | $0.00 |
| 47.20. | **2021 Hyundai Sonata** | $0.00 | Straight line De | $0.00 |
| 47.21. | **2021 Hyundai Sonata** | $0.00 | Straight line De | $0.00 |
| 47.22. | **2021 Hyundai Sonata** | $0.00 | Straight line De | $0.00 |
| 47.23. | **2021 Hyundai Sonata** | $0.00 | Straight line De | $0.00 |
| 47.24. | **2019 Chevy Silverado 2500HD** | $0.00 | Straight line De | $0.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**
      **Other equipment at various locations see
      attached schedule**          $540.50   Straight Line De          $540,499.63

51.   **Total of Part 8.**                                    $683,866.38
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ☑ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☑ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Grassmere Store 3760 Nolensville Rd. Nashville TN 37211** | | $0.00 | | $0.00 |
| 55.2. **Murfreesboro Store 1114 Dr. Martin Luther King Jr. Blvd. Murfreesboro TN 37130** | | $0.00 | | $0.00 |
| 55.3. **Clarksville Store 690 N. Riverside Dr. Clarksville TN 37040** | | $0.00 | | $0.00 |
| 55.4. **Mt Juliet Store 1241 N. Mt Juliet Rd. Mt Juliet TN 37122** | | $0.00 | | $0.00 |
| 55.5. **Franklin Store 4140 Carothers Pkwy. Franklin TN 37067** | | $0.00 | | $0.00 |
| 55.6. **Cookeville Store 560 S. Jefferson Ave. Cookeville TN 38501** | | $0.00 | | $0.00 |
| 55.7. **Jackson Store 119 Old Hickory Blvd. Jackson TN 38305** | | $0.00 | | $0.00 |
| 55.8. **Paducah Store 1927 Irvin Cobb Drive Paducah KY 42003** | | $0.00 | | $0.00 |
| 55.9. **Rome Store 2112 Shorter Ave. NW Rome GA 30165** | | $0.00 | | $0.00 |

| | | | |
|---|---|---|---|
| 55.10· | **Dalton Store 2121 E. Walnut Ave. Dalton GA 30721** | $0.00 | $0.00 |
| 55.11· | **Cordova Store 590 N. Germantown Pkwy. Memphis TN 38018** | $0.00 | $0.00 |
| 55.12· | **Summer Store 5124 Summer Ave. Memphis TN 38122** | $0.00 | $0.00 |
| 55.13· | **Knoxville Store 8079 N. Kingston Pike Knoxville TN 37919** | $0.00 | $0.00 |
| 55.14· | **Southaven Store 550 Stateline Rd. Southaven MS 38671** | $0.00 | $0.00 |
| 55.15· | **Hendersonville Store 500 West Main St. Hendersonville TN 37075** | $0.00 | $0.00 |
| 55.16· | **Birmingham Store 7001 Crestwood Blvd. Irondale AL 35210** | $0.00 | $0.00 |
| 55.17· | **Hoover Store 3313 Lorna Rd. Hoover AL 35216** | $0.00 | $0.00 |
| 55.18· | **Evansville Store 2020 Center Drive Evansville IN 47711** | $0.00 | $0.00 |
| 55.19· | **Chattanooga Store 1301 Hickory Valley Rd. Chattanooga TN 37421** | $0.00 | $0.00 |
| 55.20· | **Richmond Store 830 Eastern Bypass Richmond KY 40475** | $0.00 | $0.00 |
| 55.21· | **Smyrna Store 250 Country Village Dr. Smyrna TN 37167** | $0.00 | $0.00 |

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document        Page 18 of 270

| 55.22· | **Maryville Store 1809 W. Broadway Maryville TN 37801** | | $0.00 | | $0.00 |
|---|---|---|---|---|---|
| 55.23· | **Lexington Store 3101 Clays Mill Rd. Lexington KY 40503** | | $0.00 | | $0.00 |
| 55.24· | **Tupelo Store 1130 Commonwealth Blvd. Tupelo MS 38804** | | $0.00 | | $0.00 |
| 55.25· | **Elizabethtown Store 924 North Mulberry St. Elizabethtown KY 42701** | | $0.00 | | $0.00 |
| 55.26· | **Louisville Store 4140 Outer Loop Rd. Louisville KY 40219** | | $0.00 | | $0.00 |
| 55.27· | **Hiram Store 4471 Jimmy Lee Smith Pkwy. Hiram GA 30141** | | $0.00 | | $0.00 |
| 55.28· | **Lebanon Store 1311 West Main St. Lebanon TN 37087** | | $0.00 | | $0.00 |
| 55.29· | **Halls Crossroads Store 7356 Norris Freeway Knoxville TN 37918** | | $0.00 | | $0.00 |
| 55.30· | **Johnson City Store 3110 Browns Mill Rd. Johnson City TN 37604** | | $0.00 | | $0.00 |
| 55.31· | **Dixie Manor Store 6801 Dixie Highway Louisville KY 40258** | | $0.00 | | $0.00 |
| 55.32· | **Dickson Store 535 Hwy 46 South Dickson TN 37055** | | $0.00 | | $0.00 |
| 55.33· | **Bowling Green Store 2475 Scottsville Rd. Bowling Green KY 42101** | | $0.00 | | $0.00 |

| | | | | |
|---|---|---|---|---|
| 55.34. | **Gadsden Store 401 George Wallace Dr. Gadsden AL 35903** | | $0.00 | $0.00 |
| 55.35. | **Bartlett Store 6208 Stage Road Bartlett TN 38134** | | $0.00 | $0.00 |
| 55.36. | **Austell Store 3999 Austell Rd. Austell GA 30106** | | $0.00 | $0.00 |
| 55.37. | **Cumming Store 129 Merchants Square Cumming GA 30040** | | $0.00 | $0.00 |
| 55.38. | **Hixson Store 5230 Hwy. 153 Hixson TN 37343** | | $0.00 | $0.00 |
| 55.39. | **Hickory Hollow Store 5305 Hickory Hollow Pkwy. Antioch TN 37013** | | $0.00 | $0.00 |
| 55.40. | **Marketplace Store 1960 Old Fort Pkwy. Murfreesboro TN 37129** | | $0.00 | $0.00 |
| 55.41. | **Columbia Store 821 S. James Campbell Blvd. Columbia TN 38401** | | $0.00 | $0.00 |
| 55.42. | **Greenville Store 30 Orchard Park Dr. Greenville SC 29615** | | $0.00 | $0.00 |
| 55.43. | **Erlanger Store 3137 Dixie Highway Erlanger KY 41018** | | $0.00 | $0.00 |
| 55.44. | **West Columbus Store 3574 Soldano Blvd. Columbus OH 43228** | | $0.00 | $0.00 |
| 55.45. | **Heath Store 725 Hebron Road Heath OH 43056** | | $0.00 | $0.00 |

| 55.46 · | **Charlotte Store 8110 University City Blvd. Charlotte NC 28213** | | $0.00 | | $0.00 |
|---|---|---|---|---|---|
| 55.47 · | **Nicholasville Store 1021 N. Main Street Nicholasville KY 40356** | | $0.00 | | $0.00 |
| 55.48 · | **Easley Store 5155 Calhoun Memorial Hwy. Easley SC 29640** | | $0.00 | | $0.00 |
| 55.49 · | **Athens Store 3660 Atlanta Hwy. Athens GA 30606** | | $0.00 | | $0.00 |
| 55.50 · | **Morristown Store 130 Terrace Lane Morristown TN 37813** | | $0.00 | | $0.00 |
| 55.51 · | **Warner Robins Store 2191 Watson Blvd. Warner Robins GA 31088** | | $0.00 | | $0.00 |
| 55.52 · | **Starkville Store 404 Highway 12 West Starkville MS 39759** | | $0.00 | | $0.00 |
| 55.53 · | **Miamisburg Store 8336 Springboro Pike Miamisburg OH 45342** | | $0.00 | | $0.00 |
| 55.54 · | **Opelika Store 3724 Pepperell Pkwy. Opelika AL 36801** | | $0.00 | | $0.00 |
| 55.55 · | **Lawrenceburg Store 2137 North Locust Ave. Lawrenceburg TN 38464** | | $0.00 | | $0.00 |
| 55.56 · | **Springfield Store 1390 Upper Valley Pike Springfield OH 45504** | | $0.00 | | $0.00 |

| 55.57 · | **Newnan Store 126-B Bullsboro Dr. Newnan GA 30263** | | $0.00 | | $0.00 |
|---|---|---|---|---|---|
| 55.58 · | **Shelby Store 1750 East Dixon Blvd. Shelby NC 28152** | | $0.00 | | $0.00 |
| 55.59 · | **Conway Store 201 Skyline Dr. Conway AR 72032** | | $0.00 | | $0.00 |
| 55.60 · | **Griffin Store 1424 N. Expressway Griffin GA 30223** | | $0.00 | | $0.00 |
| 55.61 · | **Columbus Store 2312 Highway 45 Columbus MS 39701** | | $0.00 | | $0.00 |
| 55.62 · | **Hermitage Store 5100 Old Hickory Blvd. Hermitage TN 37076** | | $0.00 | | $0.00 |
| 55.63 · | **Decatur Store 2019 6th Ave. SE Decatur AL 35601** | | $0.00 | | $0.00 |
| 55.64 · | **Winchester Store 30 Winchester Plaza Winchester KY 40391** | | $0.00 | | $0.00 |
| 55.65 · | **North Peters Store 180 North Peters Rd. Knoxville TN 37923** | | $0.00 | | $0.00 |
| 55.66 · | **LaGrange Store 299 Commerce Ave. LaGrange GA 30241** | | $0.00 | | $0.00 |
| 55.67 · | **Hamilton Store 1204 Main St. Hamilton OH 45013** | | $0.00 | | $0.00 |
| 55.68 · | **White House Store 2910 Hwy. 31 West White House TN 37188** | | $0.00 | | $0.00 |

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document      Page 22 of 270

| | | | |
|---|---|---|---|
| 55.69 · | **Lenoir Store 330 Blowing Rock Blvd. Lenoir NC 28645** | $0.00 | $0.00 |
| 55.70 · | **Union City Store 1700 West Reelfoot Ave. Union City TN 38261** | $0.00 | $0.00 |
| 55.71 · | **Athens TN Store 1802 Decatur Pike Athens TN 37303** | $0.00 | $0.00 |
| 55.72 · | **Cullman Store 1721 2nd Ave. SW Cullman AL 35055** | $0.00 | $0.00 |
| 55.73 · | **Hickory Store 2449 North Center St. Hickory NC 28601** | $0.00 | $0.00 |
| 55.74 · | **Pell City Store 807 Martin St. South Pell City AL 35128** | $0.00 | $0.00 |
| 55.75 · | **Jacksonville Store 612 N. JP Wright Loop Rd. Jacksonville AR 72076** | $0.00 | $0.00 |
| 55.76 · | **Jonesboro Store 2010 S. Caraway Rd. Jonesboro AR 72401** | $0.00 | $0.00 |
| 55.77 · | **Winchester TN Store 1415 Dinah Shore Blvd. Winchester TN 37398** | $0.00 | $0.00 |
| 55.78 · | **Fayetteville Store 395 Pavilion Pkwy. Fayetteville GA 30214** | $0.00 | $0.00 |
| 55.79 · | **Georgetown Store 1002 Lexington Rd Georgetown KY 40324** | $0.00 | $0.00 |
| 55.80 · | **Calhoun Store 122 WC Bryant Pkwy. Calhoun GA 30701** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| 55.81· | **Hopkinsville Store 3006 Fort Campbell Blvd. Hopkinsville KY 42240** | $0.00 | $0.00 |
| 55.82· | **Marietta Store 119 Cobb Parkway N. Marietta GA 30062** | $0.00 | $0.00 |
| 55.83· | **Anderson Store 3106 N. Main St., Suite 190 Anderson SC 29621** | $0.00 | $0.00 |
| 55.84· | **Morehead Store 364 Pinecrest Drive Morehead KY 40351** | $0.00 | $0.00 |
| 55.85· | **Campbellsville Store 1309 East Broadway Campbellsville KY 42718** | $0.00 | $0.00 |
| 55.86· | **Florence Store 356A Cox Creek Pkwy. Florence AL 35630** | $0.00 | $0.00 |
| 55.87· | **Spartanburg Store 2199 Southport Rd., Unit 3 Spartanburg SC 29302** | $0.00 | $0.00 |
| 55.88· | **Montgomery Store 6543 Atlanta Highway Montgomery AL 36117** | $0.00 | $0.00 |
| 55.89· | **Newberry Store 1827 Wilson Rd. Newberry SC 29108** | $0.00 | $0.00 |
| 55.90· | **Sylacauga Store 620 W. Fort Williams St. Sylacauga AL 35150** | $0.00 | $0.00 |
| 55.91· | **Russell Springs Store 301 South Hwy. 127, Suite A Russell Springs KY 42642** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| 55.92 · | **Gainesville Store 130 John W Morrow Jr Pkwy, Suite L-2 Gainesville GA 30501** | **$0.00** | **$0.00** |
| 55.93 · | **Prattville Store 715 E. Main St., Suite B Prattville AL 36067** | **$0.00** | **$0.00** |
| 55.94 · | **Distribution Center 3815 Logistics Way, Antioch, TN 37103** | **$0.00** | **$0.00** |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | **$0.00** |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** **Bargain Hunt Name** | **$2,000,000.00** | | **$2,000,000.00** |
| **Bargain Hunt Logo** | **$0.00** | | **$0.00** |
| **Clover Media Logo** | **$0.00** | | **$0.00** |
| **Essex Name** | **$0.00** | | **$0.00** |
| **Clover Media Name** | **$0.00** | | **$0.00** |
| **Essex Wholesale Name** | **$0.00** | | **$0.00** |
| **The Crazy Clover Club** | **$0.00** | | **$0.00** |
| **The Crazy Clover Club Logo** | **$0.00** | | **$0.00** |

| | | |
|---|---|---|
| **Bargain Hunt Auctions Name** | $0.00 | $0.00 |
| **Bargain Hunt Auctions Logo** | $0.00 | $0.00 |

61. **Internet domain names and websites**

| | | |
|---|---|---|
| **auctionbargainhunt.co** | $0.00 | $0.00 |
| **auctionbargainhunt.com** | $0.00 | $0.00 |
| **auctionbargainhunt.net** | $0.00 | $0.00 |
| **auctionbh.co** | $0.00 | $0.00 |
| **auctionbh.net** | $0.00 | $0.00 |
| **auctionsbargainhunt.co** | $0.00 | $0.00 |
| **auctionsbargainhunt.com** | $0.00 | $0.00 |
| **auctionsbargainhunt.net** | $0.00 | $0.00 |
| **auctionsbh.co** | $0.00 | $0.00 |
| **auctionsbh.com** | $0.00 | $0.00 |
| **auctionsbh.net** | $0.00 | $0.00 |
| **BARGAINCLOVER.COM** | $0.00 | $0.00 |
| **BARGAINHUNT.BARGAINS** | $0.00 | $0.00 |
| **BARGAINHUNT.BIZ** | $0.00 | $0.00 |
| **BARGAINHUNT.CC** | $0.00 | $0.00 |
| **bargainhunt.com** | $15,000.00 | $15,000.00 |
| **BARGAINHUNT.INFO** | $0.00 | $0.00 |
| **BARGAINHUNT.ME** | $0.00 | $0.00 |
| **BARGAINHUNT.MOBI** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| bargainhunt.net | $0.00 | | $0.00 |
| BARGAINHUNT.ORG | $0.00 | | $0.00 |
| BARGAINHUNT.US | $0.00 | | $0.00 |
| BARGAINHUNT.WS | $0.00 | | $0.00 |
| bargainhuntauction.co | $0.00 | | $0.00 |
| bargainhuntauction.net | $0.00 | | $0.00 |
| bargainhuntauctions.co | $0.00 | | $0.00 |
| bargainhuntauctions.net | $0.00 | | $0.00 |
| bargainhuntauctions.org | $0.00 | | $0.00 |
| bargainhuntstores.com | $0.00 | | $0.00 |
| BARGAINHUNTSUPERSTORES.COM | $0.00 | | $0.00 |
| BARGAINHUNTSUPERSTORES.INFO | $0.00 | | $0.00 |
| BARGAINHUNTSUPERSTORES.NET | $0.00 | | $0.00 |
| BARGAINHUNTSUPERSTORES.ORG | $0.00 | | $0.00 |
| bhauction.co | $0.00 | | $0.00 |
| bhauction.net | $0.00 | | $0.00 |
| bhauctions.co | $0.00 | | $0.00 |
| bhauctions.net | $0.00 | | $0.00 |
| bhhws.com | $0.00 | | $0.00 |
| buyessex.com | $0.00 | | $0.00 |
| buyessex.net | $0.00 | | $0.00 |

| | | |
|---|---|---|
| **buyessex.org** | **$0.00** | **$0.00** |
| **ESSEXB2B.COM** | **$0.00** | **$0.00** |
| **ESSEXB2B.INFO** | **$0.00** | **$0.00** |
| **ESSEXB2B.NET** | **$0.00** | **$0.00** |
| **ESSEXB2B.ORG** | **$0.00** | **$0.00** |
| **ESSEXB2C.BIZ** | **$0.00** | **$0.00** |
| **ESSEXB2C.CO** | **$0.00** | **$0.00** |
| **ESSEXB2C.COM** | **$0.00** | **$0.00** |
| **ESSEXB2C.INFO** | **$0.00** | **$0.00** |
| **ESSEXB2C.NET** | **$0.00** | **$0.00** |
| **ESSEXB2C.ORG** | **$0.00** | **$0.00** |
| **ESSEXBARGAIN.COM** | **$0.00** | **$0.00** |
| **ESSEXBARGAIN.NET** | **$0.00** | **$0.00** |
| **ESSEXBARGAIN.ORG** | **$0.00** | **$0.00** |
| **ESSEXBARGAINHUNT.COM** | **$0.00** | **$0.00** |
| **ESSEXBARGAINHUNT.NET** | **$0.00** | **$0.00** |
| **ESSEXBARGAINHUNT.ORG** | **$0.00** | **$0.00** |
| **ESSEXBARGAINS.COM** | **$0.00** | **$0.00** |
| **ESSEXBARGAINSTORE.COM** | **$0.00** | **$0.00** |
| **ESSEXBH.BIZ** | **$0.00** | **$0.00** |
| **ESSEXBH.COM** | **$0.00** | **$0.00** |

| | | |
|---|---|---|
| ESSEXBH.INFO | $0.00 | $0.00 |
| ESSEXBH.NET | $0.00 | $0.00 |
| ESSEXBH.ORG | $0.00 | $0.00 |
| ESSEXBH.US | $0.00 | $0.00 |
| ESSEXBTOB.COM | $0.00 | $0.00 |
| ESSEXBTOC.COM | $0.00 | $0.00 |
| ESSEXBTOC.INFO | $0.00 | $0.00 |
| ESSEXBTOC.NET | $0.00 | $0.00 |
| ESSEXBTOC.ORG | $0.00 | $0.00 |
| essexpalletsales.com | $0.00 | $0.00 |
| essexretail.com | $0.00 | $0.00 |
| ESSEXSTORES.COM | $0.00 | $0.00 |
| ESSEXTECHGROUP.BIZ | $0.00 | $0.00 |
| essextechgroup.co | $0.00 | $0.00 |
| essextechgroup.com | $0.00 | $0.00 |
| ESSEXTECHGROUP.INFO | $0.00 | $0.00 |
| ESSEXTECHGROUP.MOBI | $0.00 | $0.00 |
| essextechgroup.net | $0.00 | $0.00 |
| essextechgroup.org | $0.00 | $0.00 |
| essextechnologygroup.com | $0.00 | $0.00 |
| ESSEXWHOLESALEGROUP.COM | $0.00 | $0.00 |

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document        Page 29 of 270

| | | |
|---|---|---|
| ESSEXWHOLESALEGROUP.INFO | $0.00 | $0.00 |
| ESSEXWHOLESALEGROUP.NET | $0.00 | $0.00 |
| ESSEXWHOLESALEGROUP.ORG | $0.00 | $0.00 |
| ESSEXWHOLESALEGROUP.US | $0.00 | $0.00 |
| etgcustomer.com | $0.00 | $0.00 |
| HUNTESSEX.COM | $0.00 | $0.00 |
| HUNTESSEX.NET | $0.00 | $0.00 |
| HUNTESSEX.ORG | $0.00 | $0.00 |
| imagedumpingground.com | $0.00 | $0.00 |
| RACKRETAIL.COM | $0.00 | $0.00 |
| RETAILRACK.CO | $0.00 | $0.00 |
| RETAILRACK.COM | $0.00 | $0.00 |
| RETAILRACK.INFO | $0.00 | $0.00 |
| RETAILRACK.MOBI | $0.00 | $0.00 |
| RETAILRACK.NET | $0.00 | $0.00 |
| returnrack.com | $0.00 | $0.00 |
| returnsrack.com | $0.00 | $0.00 |
| reverserack.com | $0.00 | $0.00 |
| RPMLOG.COM | $0.00 | $0.00 |
| scanrack.com | $0.00 | $0.00 |
| wits3.io | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **XMARKLLC.COM** | **$0.00** | | **$0.00** |
| **XMARKSLLC.COM** | **$0.00** | | **$0.00** |

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| **Crazy Clover Club List (946k Names)** | **$0.00** | | **$0.00** |
| **Customer Email List (170k Names)** | **$0.00** | | **$0.00** |

64.     **Other intangibles, or intellectual property**

| | | | |
|---|---|---|---|
| **Domain Name Registrations** | **$15,000.00** | | **$15,000.00** |

65.     **Goodwill**

66.     **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                    **$2,030,000.00**

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71.     **Notes receivable**
Description (include name of obligor)

| **FTI Buyer, L.L.C. Promisory note** | **1,500,000.00** | - | **0.00** | = | **$1,500,000.00** |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

72.     **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **Tennessee Department of Revenue** | | Tax year | **2024** | **$333,490.00** |
|---|---|---|---|---|

**73.**    **Interests in insurance policies or annuities**

          **Twin City Fire Insurance Company - General Liability**                          Unknown

          **Twin City Fire Insurance Company - Excess liability**                           Unknown

          **Hartford Insurance Group - Workes Comp**                                        Unknown

          **Trumbull Insurance Company - Commercial Auto**                                  Unknown

          **First Insurance - Property**                                                    Unknown

          **First Insurance - Management**                                                  Unknown

          **First Insurance - Cyber**                                                       Unknown

          **Willis,Towers,Watson - D&O**                                                    Unknown

**74.**    **Causes of action against third parties (whether or not a lawsuit
          has been filed)**

          **Class action lawsuit against Visa and Mastercard**                             $0.00

          Nature of claim
          Amount requested                    **$0.00**

**75.**    **Other contingent and unliquidated claims or causes of action of
          every nature, including counterclaims of the debtor and rights to
          set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets,
          country club membership

**78.**    **Total of Part 11.**                                                  | **$1,833,490.00** |
          Add lines 71 through 77. Copy the total to line 90.

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,702,511.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,522,725.01 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,087,138.71 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $23,983,400.04 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $594,466.08 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $683,866.38 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,030,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,833,490.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $43,437,598.03 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $43,437,598.03 |

| Retail Location | Current value of debtor's interest |
|---|---|
| 3760 Nolensville Rd. Nashville,TN 37211 | $ 3,482.00 |
| 1114 Dr. Martin Luther King Jr. Blvd. Murfreesboro,TN 37130 | 3,000.00 |
| 690 N. Riverside Dr. Clarksville,TN 37040 | 2,000.00 |
| 1241 N. Mt Juliet Rd. Mt Juliet,TN 37122 | 3,000.00 |
| 4140 Carothers Pkwy. Franklin,TN 37067 | 3,000.00 |
| 560 S. Jefferson Ave. Cookeville,TN 38501 | 2,500.00 |
| 119 Old Hickory Blvd. Jackson,TN 38305 | 2,000.00 |
| 1927 Irvin Cobb Drive Paducah,KY 42003 | 2,500.00 |
| 2112 Shorter Ave. NW Rome,GA 30165 | 3,000.00 |
| 2121 E. Walnut Ave. Dalton,GA 30721 | 3,000.00 |
| 590 N. Germantown Pkwy. Memphis,TN 38018 | 3,000.00 |
| 5124 Summer Ave. Memphis,TN 38122 | 3,000.00 |
| 8079 N. Kingston Pike Knoxville,TN 37919 | 3,000.00 |
| 550 Stateline Rd. Southaven,MS 38671 | 5,000.00 |
| 500 West Main St. Hendersonville,TN 37075 | 2,500.00 |
| 7001 Crestwood Blvd. Irondale,AL 35210 | 2,000.00 |
| 3313 Lorna Rd. Hoover,AL 35216 | 3,000.00 |
| 2020 Center Drive Evansville,IN 47711 | 2,500.00 |
| 1301 Hickory Valley Rd. Chattanooga,TN 37421 | 3,000.00 |
| 830 Eastern Bypass Richmond,KY 40475 | 3,500.00 |
| 250 Country Village Dr. Smyrna,TN 37167 | 3,000.00 |
| 1809 W. Broadway Maryville,TN 37801 | 3,000.00 |
| 3101 Clays Mill Rd. Lexington,KY 40503 | 3,000.00 |
| 1130 Commonwealth Blvd. Tupelo,MS 38804 | 3,000.00 |
| 924 North Mulberry St. Elizabethtown,KY 42701 | 3,000.00 |
| 4140 Outer Loop Rd. Louisville,KY 40219 | 3,000.00 |
| 4471 Jimmy Lee Smith Pkwy. Hiram,GA 30141 | 3,000.00 |
| 1311 West Main St. Lebanon,TN 37087 | 3,000.00 |
| 7356 Norris Freeway Knoxville,TN 37918 | 3,000.00 |
| 3110 Browns Mill Rd. Johnson City,TN 37604 | 3,000.00 |
| 6801 Dixie Highway Louisville,KY 40258 | 3,000.00 |
| 535 Hwy 46 South Dickson,TN 37055 | 3,000.00 |
| 2475 Scottsville Rd. Bowling Green,KY 42101 | 3,000.00 |
| 401 George Wallace Dr. Gadsden,AL 35903 | 3,000.00 |
| 6208 Stage Road Bartlett,TN 38134 | 3,000.00 |
| 3999 Austell Rd. Austell,GA 30106 | 3,013.71 |
| 129 Merchants Square Cumming,GA 30040 | 3,000.00 |
| 5230 Hwy. 153 Hixson,TN 37343 | 3,000.00 |
| 5305 Hickory Hollow Pkwy. Antioch,TN 37013 | 3,000.00 |
| 1960 Old Fort Pkwy. Murfreesboro,TN 37129 | 3,000.00 |
| 821 S. James Campbell Blvd. Columbia,TN 38401 | 3,000.00 |
| 30 Orchard Park Dr. Greenville,SC 29615 | 3,000.00 |
| 3137 Dixie Highway Erlanger,KY 41018 | 3,000.00 |
| 3574 Soldano Blvd. Columbus,OH 43228 | 3,000.00 |
| 725 Hebron Road Heath,OH 43056 | 3,000.00 |
| 8110 University City Blvd. Charlotte,NC 28213 | 3,000.00 |
| 1021 N. Main Street Nicholasville,KY 40356 | 3,000.00 |
| 5155 Calhoun Memorial Hwy. Easley,SC 29640 | 3,000.00 |

2/28/2025 2:20 PM
Schedules for filing

| | |
|---|---:|
| 3660 Atlanta Hwy. Athens,GA 30606 | 3,000.00 |
| 130 Terrace Lane Morristown,TN 37813 | 2,980.00 |
| 2191 Watson Blvd. Warner Robins,GA 31088 | 3,000.00 |
| 404 Highway 12 West Starkville,MS 39759 | 2,937.20 |
| 8336 Springboro Pike Miamisburg,OH 45342 | 3,000.00 |
| 3724 Pepperell Pkwy. Opelika,AL 36801 | 3,000.00 |
| 2137 North Locust Ave. Lawrenceburg,TN 38464 | 3,000.00 |
| 1390 Upper Valley Pike Springfield,OH 45504 | 3,000.00 |
| 126-B Bullsboro Dr. Newnan,GA 30263 | 3,000.00 |
| 1750 East Dixon Blvd. Shelby,NC 28152 | 3,000.00 |
| 201 Skyline Dr. Conway,AR 72032 | 3,000.00 |
| 1424 N. Expressway Griffin,GA 30223 | 3,000.00 |
| 2312 Highway 45 Columbus,MS 39701 | 3,000.00 |
| 5100 Old Hickory Blvd. Hermitage,TN 37076 | 3,000.00 |
| 2019 6th Ave. SE Decatur,AL 35601 | 3,000.00 |
| 30 Winchester Plaza Winchester,KY 40391 | 3,000.00 |
| 180 North Peters Rd. Knoxville,TN 37923 | 3,000.00 |
| 299 Commerce Ave. LaGrange,GA 30241 | 3,000.00 |
| 1204 Main St. Hamilton,OH 45013 | 3,000.00 |
| 2910 Hwy. 31 West White House,TN 37188 | 3,000.00 |
| 330 Blowing Rock Blvd. Lenoir,NC 28645 | 3,000.00 |
| 1700 West Reelfoot Ave. Union City,TN 38261 | 3,000.00 |
| 1802 Decatur Pike Athens,TN 37303 | 3,000.00 |
| 1721 2nd Ave. SW Cullman,AL 35055 | 3,000.00 |
| 2449 North Center St. Hickory,NC 28601 | 3,000.00 |
| 807 Martin St. South Pell City,AL 35128 | 3,000.00 |
| 612 N. JP Wright Loop Rd. Jacksonville,AR 72076 | 3,000.00 |
| 2010 S. Caraway Rd. Jonesboro,AR 72401 | 3,000.00 |
| 1415 Dinah Shore Blvd. Winchester,TN 37398 | 3,000.00 |
| 395 Pavilion Pkwy. Fayetteville,GA 30214 | 2,960.00 |
| 1002 Lexington Rd Georgetown,KY 40324 | 3,000.00 |
| 122 WC Bryant Pkwy. Calhoun,GA 30701 | 3,000.00 |
| 3006 Fort Campbell Blvd. Hopkinsville,KY 42240 | 3,000.00 |
| 119 Cobb Parkway N. Marietta,GA 30062 | 2,970.00 |
| 3106 N. Main St., Suite 190 Anderson,SC 29621 | 3,000.00 |
| 364 Pinecrest Drive Morehead,KY 40351 | 3,000.00 |
| 1309 East Broadway Campbellsville,KY 42718 | 3,000.00 |
| 356A Cox Creek Pkwy. Florence,AL 35630 | 3,000.00 |
| 2199 Southport Rd., Unit 3 Spartanburg,SC 29302 | 3,000.00 |
| 6543 Atlanta Highway Montgomery,AL 36117 | 3,000.00 |
| 1827 Wilson Rd. Newberry,SC 29108 | 3,000.00 |
| 620 W. Fort Williams St. Sylacauga,AL 35150 | 3,000.00 |
| 301 South Hwy. 127, Suite A Russell Springs,KY 42642 | 3,000.00 |
| 130 John W Morrow Jr Pkwy, Suite L-2 Gainesville,GA 30501 | 3,000.00 |
| **Total cash on Hand** $ | **273,842.91** |

2/28/2025 2:20 PM
Schedules for filing

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document      Page 35 of 270

| Description | Location | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Finished Goods | Anderson SC | Jan-24 | $ 142,929 | Straight Line Depreciation | $142,929.00 |
| Finished Goods | Antioch, TN | Jan-24 | 2,302,843 | Straight Line Depreciation | 2,302,843 |
| Finished Goods | Athens GA | Jan-24 | 234,567 | Straight Line Depreciation | 234,567 |
| Finished Goods | Athens TN | Jan-24 | 170,428 | Straight Line Depreciation | 170,428 |
| Finished Goods | Austell GA | Jan-24 | 217,973 | Straight Line Depreciation | 217,973 |
| Finished Goods | Bartlett TN | Jan-24 | 186,187 | Straight Line Depreciation | 186,187 |
| Finished Goods | Birmingham AL | Jan-24 | 225,999 | Straight Line Depreciation | 225,999 |
| Finished Goods | Bowling Green KY | Jan-24 | 185,990 | Straight Line Depreciation | 185,990 |
| Finished Goods | Calhoun GA | Jan-24 | 259,844 | Straight Line Depreciation | 259,844 |
| Finished Goods | Campbellsville KY | Jan-24 | 261,703 | Straight Line Depreciation | 261,703 |
| Finished Goods | Charlotte NC | Jan-24 | 256,571 | Straight Line Depreciation | 256,571 |
| Finished Goods | Chattanooga TN | Jan-24 | 190,481 | Straight Line Depreciation | 190,481 |
| Finished Goods | Clarksville TN | Jan-24 | 243,653 | Straight Line Depreciation | 243,653 |
| Finished Goods | Columbia TN | Jan-24 | 216,803 | Straight Line Depreciation | 216,803 |
| Finished Goods | Columbus MS | Jan-24 | 271,346 | Straight Line Depreciation | 271,346 |
| Finished Goods | Conway AR | Jan-24 | 190,433 | Straight Line Depreciation | 190,433 |
| Finished Goods | Cookeville TN | Jan-24 | 181,360 | Straight Line Depreciation | 181,360 |
| Finished Goods | Cordova TN | Jan-24 | 221,225 | Straight Line Depreciation | 221,225 |
| Finished Goods | Cullman AL | Jan-24 | 212,849 | Straight Line Depreciation | 212,849 |
| Finished Goods | Cumming GA | Jan-24 | 159,726 | Straight Line Depreciation | 159,726 |
| Finished Goods | Dalton GA | Jan-24 | 165,254 | Straight Line Depreciation | 165,254 |
| Finished Goods | Decatur AL | Jan-24 | 183,289 | Straight Line Depreciation | 183,289 |
| Finished Goods | Dickson TN | Jan-24 | 205,705 | Straight Line Depreciation | 205,705 |
| Finished Goods | Dixie Manor KY | Jan-24 | 293,946 | Straight Line Depreciation | 293,946 |
| Finished Goods | Easley SC | Jan-24 | 280,565 | Straight Line Depreciation | 280,565 |
| Finished Goods | Elizabethtown KY | Jan-24 | 167,629 | Straight Line Depreciation | 167,629 |
| Finished Goods | Erlanger KY | Jan-24 | 307,245 | Straight Line Depreciation | 307,245 |
| Finished Goods | Evansville IN | Jan-24 | 230,748 | Straight Line Depreciation | 230,748 |
| Finished Goods | Fayetteville GA | Jan-24 | 255,041 | Straight Line Depreciation | 255,041 |
| Finished Goods | Florence AL | Jan-24 | 243,918 | Straight Line Depreciation | 243,918 |
| Finished Goods | Franklin TN | Jan-24 | 237,644 | Straight Line Depreciation | 237,644 |
| Finished Goods | Gadsden AL | Jan-24 | 222,852 | Straight Line Depreciation | 222,852 |
| Finished Goods | Gainesville GA | Jan-24 | 111,855 | Straight Line Depreciation | 111,855 |
| Finished Goods | Georgetown KY | Jan-24 | 225,138 | Straight Line Depreciation | 225,138 |
| Finished Goods | Grassmere TN | Jan-24 | 238,350 | Straight Line Depreciation | 238,350 |
| Finished Goods | Greenville SC | Jan-24 | 226,945 | Straight Line Depreciation | 226,945 |
| Finished Goods | Griffin GA | Jan-24 | 238,816 | Straight Line Depreciation | 238,816 |
| Finished Goods | Halls Crossroads TN | Jan-24 | 307,388 | Straight Line Depreciation | 307,388 |
| Finished Goods | Hamilton OH | Jan-24 | 254,566 | Straight Line Depreciation | 254,566 |
| Finished Goods | Heath OH | Jan-24 | 255,095 | Straight Line Depreciation | 255,095 |
| Finished Goods | Hendersonville TN | Jan-24 | 228,612 | Straight Line Depreciation | 228,612 |
| Finished Goods | Hermitage TN | Jan-24 | 261,839 | Straight Line Depreciation | 261,839 |
| Finished Goods | Hickory Hollow TN | Jan-24 | 274,813 | Straight Line Depreciation | 274,813 |
| Finished Goods | Hickory NC | Jan-24 | 263,204 | Straight Line Depreciation | 263,204 |
| Finished Goods | Hiram GA | Jan-24 | 197,122 | Straight Line Depreciation | 197,122 |
| Finished Goods | Hixson TN | Jan-24 | 240,139 | Straight Line Depreciation | 240,139 |
| Finished Goods | Hoover AL | Jan-24 | 282,621 | Straight Line Depreciation | 282,621 |

2/28/2025 2:21 PM
Schedules for filing

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document    Page 36 of 270

| | | | | | | |
|---|---|---|---|---|---|---|
| Finished Goods | Hopkinsville KY | Jan-24 | 236,077 | Straight Line Depreciation | | 236,077 |
| Finished Goods | Jackson TN | Jan-24 | 201,034 | Straight Line Depreciation | | 201,034 |
| Finished Goods | Jacksonville AR | Jan-24 | 244,201 | Straight Line Depreciation | | 244,201 |
| Finished Goods | Johnson City TN | Jan-24 | 263,478 | Straight Line Depreciation | | 263,478 |
| Finished Goods | Jonesboro AR | Jan-24 | 241,308 | Straight Line Depreciation | | 241,308 |
| Finished Goods | Knoxville TN | Jan-24 | 246,544 | Straight Line Depreciation | | 246,544 |
| Finished Goods | La Vergne | Jan-24 | 10,104 | Straight Line Depreciation | | 10,104 |
| Finished Goods | LaGrange GA | Jan-24 | 246,682 | Straight Line Depreciation | | 246,682 |
| Finished Goods | Lawrenceburg TN | Jan-24 | 178,354 | Straight Line Depreciation | | 178,354 |
| Finished Goods | Lebanon TN | Jan-24 | 231,350 | Straight Line Depreciation | | 231,350 |
| Finished Goods | Lenoir NC | Jan-24 | 220,010 | Straight Line Depreciation | | 220,010 |
| Finished Goods | Lexington KY | Jan-24 | 259,621 | Straight Line Depreciation | | 259,621 |
| Finished Goods | Louisville KY | Jan-24 | 249,604 | Straight Line Depreciation | | 249,604 |
| Finished Goods | Marietta GA | Jan-24 | 245,470 | Straight Line Depreciation | | 245,470 |
| Finished Goods | Marketplace TN | Jan-24 | 253,563 | Straight Line Depreciation | | 253,563 |
| Finished Goods | Maryville TN | Jan-24 | 250,428 | Straight Line Depreciation | | 250,428 |
| Finished Goods | Miamisburg OH | Jan-24 | 230,110 | Straight Line Depreciation | | 230,110 |
| Finished Goods | Montgomery AL | Jan-24 | 285,624 | Straight Line Depreciation | | 285,624 |
| Finished Goods | Morehead KY | Jan-24 | 288,456 | Straight Line Depreciation | | 288,456 |
| Finished Goods | Morristown TN | Jan-24 | 266,483 | Straight Line Depreciation | | 266,483 |
| Finished Goods | Mt Juliet TN | Jan-24 | 212,829 | Straight Line Depreciation | | 212,829 |
| Finished Goods | Murfreesboro TN | Jan-24 | 296,216 | Straight Line Depreciation | | 296,216 |
| Finished Goods | Newberry SC | Jan-24 | 150,835 | Straight Line Depreciation | | 150,835 |
| Finished Goods | Newnan GA | Jan-24 | 210,493 | Straight Line Depreciation | | 210,493 |
| Finished Goods | Nicholasville KY | Jan-24 | 184,168 | Straight Line Depreciation | | 184,168 |
| Finished Goods | North Peters TN | Jan-24 | 256,742 | Straight Line Depreciation | | 256,742 |
| Finished Goods | Opelika AL | Jan-24 | 229,245 | Straight Line Depreciation | | 229,245 |
| Finished Goods | Paducah KY | Jan-24 | 306,604 | Straight Line Depreciation | | 306,604 |
| Finished Goods | Pell City AL | Jan-24 | 240,131 | Straight Line Depreciation | | 240,131 |
| Finished Goods | Richmond KY | Jan-24 | 264,476 | Straight Line Depreciation | | 264,476 |
| Finished Goods | Rome GA | Jan-24 | 241,618 | Straight Line Depreciation | | 241,618 |
| Finished Goods | Russell Springs KY | Jan-24 | 191,959 | Straight Line Depreciation | | 191,959 |
| Finished Goods | Shelby NC | Jan-24 | 250,630 | Straight Line Depreciation | | 250,630 |
| Finished Goods | Smyrna TN | Jan-24 | 224,830 | Straight Line Depreciation | | 224,830 |
| Finished Goods | Southaven MS | Jan-24 | 400,969 | Straight Line Depreciation | | 400,969 |
| Finished Goods | Spartanburg SC | Jan-24 | 267,922 | Straight Line Depreciation | | 267,922 |
| Finished Goods | Springfield OH | Jan-24 | 269,103 | Straight Line Depreciation | | 269,103 |
| Finished Goods | Starkville MS | Jan-24 | 219,611 | Straight Line Depreciation | | 219,611 |
| Finished Goods | Summer TN | Jan-24 | 284,711 | Straight Line Depreciation | | 284,711 |
| Finished Goods | Sylacauga AL | Jan-24 | 210,486 | Straight Line Depreciation | | 210,486 |
| Finished Goods | Tupelo MS | Jan-24 | 187,101 | Straight Line Depreciation | | 187,101 |
| Finished Goods | Union City TN | Jan-24 | 262,458 | Straight Line Depreciation | | 262,458 |
| Finished Goods | W Columbus OH | Jan-24 | 264,025 | Straight Line Depreciation | | 264,025 |
| Finished Goods | Warner Robins GA | Jan-24 | 256,438 | Straight Line Depreciation | | 256,438 |
| Finished Goods | White House TN | Jan-24 | 203,535 | Straight Line Depreciation | | 203,535 |
| Finished Goods | Winchester KY | Jan-24 | 287,122 | Straight Line Depreciation | | 287,122 |
| Finished Goods | Winchester TN | Jan-24 | 227,389 | Straight Line Depreciation | | 227,389 |
| | | | $ 23,983,400 | | | $23,983,400 |

2/28/2025 2:21 PM
Schedules for filing

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document    Page 37 of 270

| General description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Office Furniture | Antioch, TN | $ 23,601.90 | Straight Line Depreciation | $ 23,602 |
| Office Furniture | Mt. Juliet | $ 30,364.55 | Straight Line Depreciation | 30,365 |
| | | | | $ 53,966 |

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Office Equipment | Antioch, TN | $ 188,444 | Straight Line Depreciation | $ 188,444 |
| Office Equipment | Athens TN | 3,044 | Straight Line Depreciation | 3,044 |
| Office Equipment | Austell | 453 | Straight Line Depreciation | 453 |
| Office Equipment | Bowling Green | 605 | Straight Line Depreciation | 605 |
| Office Equipment | Chattanooga | 1,500 | Straight Line Depreciation | 1,500 |
| Office Equipment | Clarksville | 1,453 | Straight Line Depreciation | 1,453 |
| Office Equipment | Columbia | 3,415 | Straight Line Depreciation | 3,415 |
| Office Equipment | Columbus, MS | 1,523 | Straight Line Depreciation | 1,523 |
| Office Equipment | Conway | 191 | Straight Line Depreciation | 191 |
| Office Equipment | Cookeville | 488 | Straight Line Depreciation | 488 |
| Office Equipment | Cordova | 896 | Straight Line Depreciation | 896 |
| Office Equipment | Cullman | 605 | Straight Line Depreciation | 605 |
| Office Equipment | Cumming | 11,254 | Straight Line Depreciation | 11,254 |
| Office Equipment | Dalton | 976 | Straight Line Depreciation | 976 |
| Office Equipment | Dickson | 3,902 | Straight Line Depreciation | 3,902 |
| Office Equipment | Dixie Manor | 2,164 | Straight Line Depreciation | 2,164 |
| Office Equipment | Easley | 1,211 | Straight Line Depreciation | 1,211 |
| Office Equipment | Elizabethtown, KY | 453 | Straight Line Depreciation | 453 |
| Office Equipment | Erlanger | 2,942 | Straight Line Depreciation | 2,942 |
| Office Equipment | Evansville | 500 | Straight Line Depreciation | 500 |
| Office Equipment | Fayetteville | 1,816 | Straight Line Depreciation | 1,816 |
| Office Equipment | Florence | 3,968 | Straight Line Depreciation | 3,968 |
| Office Equipment | Franklin | 896 | Straight Line Depreciation | 896 |
| Office Equipment | Gainesville | 1,913 | Straight Line Depreciation | 1,913 |
| Office Equipment | Georgetown-KY | 1,340 | Straight Line Depreciation | 1,340 |
| Office Equipment | Grassmere, TN | 1,899 | Straight Line Depreciation | 1,899 |
| Office Equipment | Greenville | 2,138 | Straight Line Depreciation | 2,138 |
| Office Equipment | Griffin | 1,951 | Straight Line Depreciation | 1,951 |
| Office Equipment | Halls Crossroads | 2,478 | Straight Line Depreciation | 2,478 |
| Office Equipment | Hamilton | 471 | Straight Line Depreciation | 471 |
| Office Equipment | Heath | 3,902 | Straight Line Depreciation | 3,902 |
| Office Equipment | Hendersonville | 2,314 | Straight Line Depreciation | 2,314 |
| Office Equipment | Hermitage | 939 | Straight Line Depreciation | 939 |
| Office Equipment | Hickory Hollow | 645 | Straight Line Depreciation | 645 |
| Office Equipment | Hiram | 1,951 | Straight Line Depreciation | 1,951 |
| Office Equipment | Hixson | 976 | Straight Line Depreciation | 976 |
| Office Equipment | Hoover | 4,980 | Straight Line Depreciation | 4,980 |
| Office Equipment | Hopkinsville | 5,726 | Straight Line Depreciation | 5,726 |
| Office Equipment | Huntsville | 727 | Straight Line Depreciation | 727 |
| Office Equipment | Jackson | 2,915 | Straight Line Depreciation | 2,915 |
| Office Equipment | Johnson City | 976 | Straight Line Depreciation | 976 |
| Office Equipment | Knoxville, TN | 7,019 | Straight Line Depreciation | 7,019 |
| Office Equipment | Lawrenceburg | 6,572 | Straight Line Depreciation | 6,572 |
| Office Equipment | Lebanon, TN | 13,475 | Straight Line Depreciation | 13,475 |
| Office Equipment | Lexington | 2,927 | Straight Line Depreciation | 2,927 |
| Office Equipment | Logistics Way | 20,357 | Straight Line Depreciation | 20,357 |
| Office Equipment | Louisville | 3,902 | Straight Line Depreciation | 3,902 |

| | | | | |
|---|---|---|---|---|
| Office Equipment | LP | 35,155 | Straight Line Depreciation | 35,155 |
| Office Equipment | Marietta | 5,314 | Straight Line Depreciation | 5,314 |
| Office Equipment | Maryville | 13,416 | Straight Line Depreciation | 13,416 |
| Office Equipment | Miamisburg | 3,902 | Straight Line Depreciation | 3,902 |
| Office Equipment | Moorehead | 17,432 | Straight Line Depreciation | 17,432 |
| Office Equipment | Morehead | 2,726 | Straight Line Depreciation | 2,726 |
| Office Equipment | Morristown | 3,245 | Straight Line Depreciation | 3,245 |
| Office Equipment | Mt. Juliet | 4,315 | Straight Line Depreciation | 4,315 |
| Office Equipment | Murfreesboro, TN | 4,022 | Straight Line Depreciation | 4,022 |
| Office Equipment | Newberry | 19,220 | Straight Line Depreciation | 19,220 |
| Office Equipment | Newberry, SC | 977 | Straight Line Depreciation | 977 |
| Office Equipment | Newnan | 1,951 | Straight Line Depreciation | 1,951 |
| Office Equipment | Nicholasville | 3,902 | Straight Line Depreciation | 3,902 |
| Office Equipment | Opelika, AL | 3,253 | Straight Line Depreciation | 3,253 |
| Office Equipment | Owensboro | 1,909 | Straight Line Depreciation | 1,909 |
| Office Equipment | Paducah, KY | 605 | Straight Line Depreciation | 605 |
| Office Equipment | Pell City | 605 | Straight Line Depreciation | 605 |
| Office Equipment | Richmond | 1,266 | Straight Line Depreciation | 1,266 |
| Office Equipment | Rome | 3,881 | Straight Line Depreciation | 3,881 |
| Office Equipment | Russell Springs | 14,823 | Straight Line Depreciation | 14,823 |
| Office Equipment | Shelby | 1,211 | Straight Line Depreciation | 1,211 |
| Office Equipment | Smyrna, TN | 11,168 | Straight Line Depreciation | 11,168 |
| Office Equipment | Southaven | 896 | Straight Line Depreciation | 896 |
| Office Equipment | Spartanburg | 8,545 | Straight Line Depreciation | 8,545 |
| Office Equipment | Springfield, OH | 4,818 | Straight Line Depreciation | 4,818 |
| Office Equipment | Springhill | 285 | Straight Line Depreciation | 285 |
| Office Equipment | Starkville | 457 | Straight Line Depreciation | 457 |
| Office Equipment | Summer - TN | 6,328 | Straight Line Depreciation | 6,328 |
| Office Equipment | Tupelo | 16,870 | Straight Line Depreciation | 16,870 |
| Office Equipment | W Columbus | 15,113 | Straight Line Depreciation | 15,113 |
| Office Equipment | Warner Robins | 1,557 | Straight Line Depreciation | 1,557 |
| Office Equipment | White House | 2,381 | Straight Line Depreciation | 2,381 |
| Office Equipment | Winchester | 605 | Straight Line Depreciation | 605 |
| | | $ 537,352 | | $ 537,352 |

2/28/2025 2:21 PM
Schedules for filing

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document      Page 40 of 270

| Description | Location | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Other machinery, fixtures, and equipment | Anderson SC | $ 57,043 | Straight Line Depreciation | $ 57,043 |
| Other machinery, fixtures, and equipment | Antioch, TN | 1,381,498 | Straight Line Depreciation | 1,381,498 |
| Other machinery, fixtures, and equipment | Athens, GA | 15,240 | Straight Line Depreciation | 15,240 |
| Other machinery, fixtures, and equipment | Athens, TN | 7,528 | Straight Line Depreciation | 7,528 |
| Other machinery, fixtures, and equipment | Austell, GA | 3,554 | Straight Line Depreciation | 3,554 |
| Other machinery, fixtures, and equipment | Bartlett, TN | 8,244 | Straight Line Depreciation | 8,244 |
| Other machinery, fixtures, and equipment | Birmingham | 4,778 | Straight Line Depreciation | 4,778 |
| Other machinery, fixtures, and equipment | Bowling Green | 12,159 | Straight Line Depreciation | 12,159 |
| Other machinery, fixtures, and equipment | Calhoun, GA | 19,608 | Straight Line Depreciation | 19,608 |
| Other machinery, fixtures, and equipment | Campbellsville | 86,167 | Straight Line Depreciation | 86,167 |
| Other machinery, fixtures, and equipment | Cape Girardeau | 165 | Straight Line Depreciation | 165 |
| Other machinery, fixtures, and equipment | Charlotte, NC | 15,064 | Straight Line Depreciation | 15,064 |
| Other machinery, fixtures, and equipment | Chattanooga | 1,419 | Straight Line Depreciation | 1,419 |
| Other machinery, fixtures, and equipment | Chattanooga, TN | 543 | Straight Line Depreciation | 543 |
| Other machinery, fixtures, and equipment | Clarksville, TN | 5,654 | Straight Line Depreciation | 5,654 |
| Other machinery, fixtures, and equipment | Columbia, TN | 4,861 | Straight Line Depreciation | 4,861 |
| Other machinery, fixtures, and equipment | Columbus, MS | 10,439 | Straight Line Depreciation | 10,439 |
| Other machinery, fixtures, and equipment | Conway, AR | 3,897 | Straight Line Depreciation | 3,897 |
| Other machinery, fixtures, and equipment | Cookeville, TN | 3,336 | Straight Line Depreciation | 3,336 |
| Other machinery, fixtures, and equipment | Cordova | 8,881 | Straight Line Depreciation | 8,881 |
| Other machinery, fixtures, and equipment | Cullman, AL | 9,073 | Straight Line Depreciation | 9,073 |
| Other machinery, fixtures, and equipment | Cumming | 3,850 | Straight Line Depreciation | 3,850 |
| Other machinery, fixtures, and equipment | Dalton, GA | 4,970 | Straight Line Depreciation | 4,970 |
| Other machinery, fixtures, and equipment | Decatur | 1,354 | Straight Line Depreciation | 1,354 |
| Other machinery, fixtures, and equipment | Dickson , TN | 4,843 | Straight Line Depreciation | 4,843 |
| Other machinery, fixtures, and equipment | Dixie Manor | 23,495 | Straight Line Depreciation | 23,495 |
| Other machinery, fixtures, and equipment | Easley | 3,085 | Straight Line Depreciation | 3,085 |
| Other machinery, fixtures, and equipment | Elizabethtown | 3,928 | Straight Line Depreciation | 3,928 |
| Other machinery, fixtures, and equipment | Erlanger, KY | 5,889 | Straight Line Depreciation | 5,889 |
| Other machinery, fixtures, and equipment | Evansville, IN | 3,688 | Straight Line Depreciation | 3,688 |
| Other machinery, fixtures, and equipment | Fayetteville, GA | 7,934 | Straight Line Depreciation | 7,934 |
| Other machinery, fixtures, and equipment | Florence, AL | 17,143 | Straight Line Depreciation | 17,143 |
| Other machinery, fixtures, and equipment | Franklin, TN | 50,689 | Straight Line Depreciation | 50,689 |
| Other machinery, fixtures, and equipment | Gadsden, AL | 2,428 | Straight Line Depreciation | 2,428 |
| Other machinery, fixtures, and equipment | Gainesville | 48,491 | Straight Line Depreciation | 48,491 |
| Other machinery, fixtures, and equipment | Georgetown, KY | 14,285 | Straight Line Depreciation | 14,285 |
| Other machinery, fixtures, and equipment | Grassmere, TN | 48,015 | Straight Line Depreciation | 48,015 |
| Other machinery, fixtures, and equipment | Greenville | 14,379 | Straight Line Depreciation | 14,379 |
| Other machinery, fixtures, and equipment | Griffin, GA | 9,699 | Straight Line Depreciation | 9,699 |
| Other machinery, fixtures, and equipment | Halls Crossroads, TN | 1,976 | Straight Line Depreciation | 1,976 |
| Other machinery, fixtures, and equipment | Hamilton, OH | 3,381 | Straight Line Depreciation | 3,381 |
| Other machinery, fixtures, and equipment | Heath | 1,479 | Straight Line Depreciation | 1,479 |
| Other machinery, fixtures, and equipment | Hendersonville, TN | 17,469 | Straight Line Depreciation | 17,469 |
| Other machinery, fixtures, and equipment | Hermitage, TN | 6,817 | Straight Line Depreciation | 6,817 |
| Other machinery, fixtures, and equipment | Hickory Hollow | 17,825 | Straight Line Depreciation | 17,825 |
| Other machinery, fixtures, and equipment | Hiram, GA | 12,242 | Straight Line Depreciation | 12,242 |
| Other machinery, fixtures, and equipment | Hixson, TN | 5,094 | Straight Line Depreciation | 5,094 |
| Other machinery, fixtures, and equipment | Hoover | 11,149 | Straight Line Depreciation | 11,149 |
| Other machinery, fixtures, and equipment | Hopkinsville, KY | 32,387 | Straight Line Depreciation | 32,387 |
| Other machinery, fixtures, and equipment | Huntsville, AL | 4,082 | Straight Line Depreciation | 4,082 |
| Other machinery, fixtures, and equipment | Jackson | 6,142 | Straight Line Depreciation | 6,142 |
| Other machinery, fixtures, and equipment | Jacksonville | 1,721 | Straight Line Depreciation | 1,721 |
| Other machinery, fixtures, and equipment | Johnson City, TN | 8,849 | Straight Line Depreciation | 8,849 |

| Other machinery, fixtures, and equipment | Jonesboro, AR | 10,516 | Straight Line Depreciation | 10,516 |
|---|---|---|---|---|
| Other machinery, fixtures, and equipment | Jsckson | 142 | Straight Line Depreciation | 142 |
| Other machinery, fixtures, and equipment | Kennesaw, GA | 7,929 | Straight Line Depreciation | 7,929 |
| Other machinery, fixtures, and equipment | Knoxville, TN | 4,947 | Straight Line Depreciation | 4,947 |
| Other machinery, fixtures, and equipment | LaGrange, GA | 2,384 | Straight Line Depreciation | 2,384 |
| Other machinery, fixtures, and equipment | Lawrenceburg | 5,883 | Straight Line Depreciation | 5,883 |
| Other machinery, fixtures, and equipment | Lebanon, TN | 11,186 | Straight Line Depreciation | 11,186 |
| Other machinery, fixtures, and equipment | Lenoir | 3,222 | Straight Line Depreciation | 3,222 |
| Other machinery, fixtures, and equipment | Lewisburg | 593 | Straight Line Depreciation | 593 |
| Other machinery, fixtures, and equipment | Lexington | 8,576 | Straight Line Depreciation | 8,576 |
| Other machinery, fixtures, and equipment | Lexington, KY | 4,029 | Straight Line Depreciation | 4,029 |
| Other machinery, fixtures, and equipment | Louisville | 6,642 | Straight Line Depreciation | 6,642 |
| Other machinery, fixtures, and equipment | Marietta | 52,745 | Straight Line Depreciation | 52,745 |
| Other machinery, fixtures, and equipment | Market Place | 1,442 | Straight Line Depreciation | 1,442 |
| Other machinery, fixtures, and equipment | Maryville, TN | 3,779 | Straight Line Depreciation | 3,779 |
| Other machinery, fixtures, and equipment | Miamisburg | 12,101 | Straight Line Depreciation | 12,101 |
| Other machinery, fixtures, and equipment | Montgomery | 182,283 | Straight Line Depreciation | 182,283 |
| Other machinery, fixtures, and equipment | Moorehead | 119,072 | Straight Line Depreciation | 119,072 |
| Other machinery, fixtures, and equipment | Morehead | 11,266 | Straight Line Depreciation | 11,266 |
| Other machinery, fixtures, and equipment | Morristown, TN | 4,565 | Straight Line Depreciation | 4,565 |
| Other machinery, fixtures, and equipment | Mt. Juliet | 12,178 | Straight Line Depreciation | 12,178 |
| Other machinery, fixtures, and equipment | Murfreesboro | 6,177 | Straight Line Depreciation | 6,177 |
| Other machinery, fixtures, and equipment | Newberry, SC | 13,420 | Straight Line Depreciation | 13,420 |
| Other machinery, fixtures, and equipment | Newnan, GA | 2,488 | Straight Line Depreciation | 2,488 |
| Other machinery, fixtures, and equipment | Nicholasville | 15,558 | Straight Line Depreciation | 15,558 |
| Other machinery, fixtures, and equipment | North Peters, TN | 16,366 | Straight Line Depreciation | 16,366 |
| Other machinery, fixtures, and equipment | Opelika, AL | 4,028 | Straight Line Depreciation | 4,028 |
| Other machinery, fixtures, and equipment | Owensboro | 5,919 | Straight Line Depreciation | 5,919 |
| Other machinery, fixtures, and equipment | Paducah, KY | 16,227 | Straight Line Depreciation | 16,227 |
| Other machinery, fixtures, and equipment | Pell City, AL | 5,044 | Straight Line Depreciation | 5,044 |
| Other machinery, fixtures, and equipment | Richmond, KY | 12,215 | Straight Line Depreciation | 12,215 |
| Other machinery, fixtures, and equipment | Rome | 3,681 | Straight Line Depreciation | 3,681 |
| Other machinery, fixtures, and equipment | Russell Springs, KY | 19,095 | Straight Line Depreciation | 19,095 |
| Other machinery, fixtures, and equipment | Shelby, NC | 8,752 | Straight Line Depreciation | 8,752 |
| Other machinery, fixtures, and equipment | Smyrna | 10,649 | Straight Line Depreciation | 10,649 |
| Other machinery, fixtures, and equipment | Southhaven | 84,145 | Straight Line Depreciation | 84,145 |
| Other machinery, fixtures, and equipment | Spartanburg | 2,148 | Straight Line Depreciation | 2,148 |
| Other machinery, fixtures, and equipment | Springfield, OH | 12,387 | Straight Line Depreciation | 12,387 |
| Other machinery, fixtures, and equipment | Starkville | 2,189 | Straight Line Depreciation | 2,189 |
| Other machinery, fixtures, and equipment | Summer, TN | 31,804 | Straight Line Depreciation | 31,804 |
| Other machinery, fixtures, and equipment | Sylacauga, AL | 17,182 | Straight Line Depreciation | 17,182 |
| Other machinery, fixtures, and equipment | Tupelo, MS | 4,216 | Straight Line Depreciation | 4,216 |
| Other machinery, fixtures, and equipment | Union City, TN | 1,279 | Straight Line Depreciation | 1,279 |
| Other machinery, fixtures, and equipment | Various | 826,820 | Straight Line Depreciation | 826,820 |
| Other machinery, fixtures, and equipment | Warner Robins, GA | 7,648 | Straight Line Depreciation | 7,648 |
| Other machinery, fixtures, and equipment | West Columbus, OH | 2,832 | Straight Line Depreciation | 2,832 |
| Other machinery, fixtures, and equipment | White House | 20,373 | Straight Line Depreciation | 20,373 |
| Other machinery, fixtures, and equipment | Winchester, TN | 12,373 | Straight Line Depreciation | 12,373 |
| | | $ 3,688,428 | | $ 3,688,428 |

Page 2 of 2

2/28/2025 2:22 PM
Schedules for filing
Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document   Page 42 of 270

**Fill in this information to identify the case:**

Debtor name    **Essex Technology Group, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    **3:25-bk-00452**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.1** **ACON BH Investors I, L.L.C.**
Creditor's Name

**1133 Connecticut Ave NW Washington, DC 20036**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Company property**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$2,970,000.00**    Value of collateral: **$0.00**

---

**2.2** **Acon Equity Partners IV, L.P.**
Creditor's Name

**1134 Connecticut Ave NW Washington, DC 20037**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All Company property**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$0.00**    Value of collateral: **$0.00**

| Debtor | **Essex Technology Group, LLC** | Case number (if known) | **3:25-bk-00452** |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.3 | **CRYSTAL FINANCIAL LLC D/B/A SLR CREDIT S** | Describe debtor's property that is subject to a lien | $16,867,351.19 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Two International Place 17th Floor Boston, MA 02110**

**All Company property**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**August 18, 2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,

☐ Unliquidated

including this creditor and its relative

☐ Disputed

priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $19,837,351.19 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name     **Essex Technology Group, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE

Case number (if known)     **3:25-bk-00452**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alabam Department of Revenue**
**P.O. Box 320001**
**Montgomery, AL 36132-0001**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Arkansas Department of Finance &**
**Adminis**
**P.O. Box 3278**
**Little Rock, AR 72203**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Blount County Trustee's Office**
**347 Court Street**
**Maryville, TN 37804**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Blounty County Clerk**
**345 Court Street**
**Maryville, TN 37804**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Caldwell County Tax Office**
**P.O. Box 2200**
**Lenoir, NC 28645**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Christian County Clerk**
**181 Hammond Drive**
**Hopkinsville, KY 42240-7926**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-----|----------------------------------------------|-----------------------------------------------|---------|---------|

**City of Anderson**
**601 S Main Street**
**Anderson, SC 29624**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-----|----------------------------------------------|-----------------------------------------------|---------|---------|

**City of Austell**
**5000 Austell-Powder Springs**
**Road, Suite**
**Austell, GA 30106**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-----|----------------------------------------------|-----------------------------------------------|---------|---------|

**City of Bartlett**
**6400 Stage Road**
**Bartlett, TN 38134**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**City of Calhoun Tax Collector**
**P.O. Box 248**
**Calhoun, GA 30703**

Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**City of Campbellsville**
**110 S. Columbia Ave, Suite B**
**Campbellsville, KY 42718**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**City of Charlotte**
**600 East 4th Street**
**Charlotte, NC 28202**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**City of Chattanooga Office of City**
**Treas**
**101 E 11th St**
**Chattanooga, TN 37402**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**City of Columbia City Recorder**
**700 N Garden Street**
**Columbia, TN 38401**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**City of Cookeville Business Tax Departme**
**P.O. Box 998**
**Cookeville, TN 38503-0998**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**City of Cullman**
**P.O. Box 278**
**Cullman, AL 35056-0278**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**City of Dalton City Clerk**
**P.O. Box 1205**
**Dalton, GA 30720**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**City of Dickson Tax Collector**
**600 East Walnut Street**
**Dickson, TN 37055**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
| --- | --- | --- | --- | --- |
| | **City of Easley Finance Office**<br>**205 North First Street**<br>**Easley, SC 29640** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
| --- | --- | --- | --- | --- |
| | **City of Elizabethtown Finance**<br>**Department**<br>**P.O. Box 550**<br>**Elizabethtown, KY 42701** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
| --- | --- | --- | --- | --- |
| | **City of Fayetteville Finance &**<br>**Administr**<br>**210 Stonewall Ave West**<br>**Fayetteville, GA 30214** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
| --- | --- | --- | --- | --- |
| | **City of Gadsden Revenue**<br>**Department**<br>**P.O. Box 267**<br>**Gadsden, AL 35902** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**2.23** Priority creditor's name and mailing address

**City of Gainsville City Clerk**
**P.O. Box 2496**
**Gainsville, GA 30503**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.24** Priority creditor's name and mailing address

**City of Greenville Business and**
**License**
**P.O. Box 2207**
**Greenville, SC 29602**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.25** Priority creditor's name and mailing address

**City of Hendersonville**
**101 Maple Drive N**
**Hendersonville, TN 37075**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26** Priority creditor's name and mailing address

**City of Hiram Business License**
**and Permi**
**217 Main St.**
**Hiram, GA 30141**

Unknown    Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**City of Jackson**
**P.O. Box 2508**
**Jackson, TN 38302-2508**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**City of Jacksonville City Clerk**
**1 Municipal Dr**
**Jacksonville, AR 72076**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**City of Johnson City**
**601 E Main Street**
**Johnson City, TN 37601**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**City of Knoxville**
**P.O. Box 1631**
**Knoxville, TN 37901**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **City of LaGrange**<br>**200 Ridley Ave**<br>**LaGrange, GA 30240** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **City of Lenoir**<br>**P.O. Box 958**<br>**Lenoir, NC 28645** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **City of Marietta Business License**<br>**Divisi**<br>**P.O. Box 609**<br>**Marietta, GA 30061-0609** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **City of Marietta Tax Division**<br>**P.O. Box 609**<br>**Marietta, GA 30061-0609** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**City of Maryville**
**400 West Broadway Ave**
**Maryville, TN 37801**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**City of Memphis**
**125 N Main St**
**Memphis, TN 38103**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**City of Montgomery License & Revenue Div**
**25 Washington Avenue, 3rd Floor**
**Montgomery, AL 36104**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---------------------------------------------|-----------------------------------------------|---------|---------|

**City of Morristown**
**P.O. Box 1499**
**Morristown, TN 37816**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**City of Mt. Juliet Finance Department**
**2425 N Mt. Juliet Rd**
**Mount Juliet, TN 37122**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**City of Murfreesboro**
**111 West Vine St**
**Murfreesboro, TN 37130**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**City of Nashville Law Department**
**P.O. Box 196300**
**Nashville, TN 37219-6300**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**City of Newberry**
**P.O. Box 538**
**Newberry, SC 29108**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document    Page 55 of 270

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**City of Opelika Department of Revenue**
**P.O. Box 390**
**Opelika, AL 36803**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**City of Paducah Department of Revenue**
**P.O. Box 2267**
**Paducah, KY 42002-2267**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**City of Rome City Clerk**
**P.O. Box 1433**
**Rome, GA**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**City of Russell Springs**
**P.O. Box 247**
**Russell Springs, KY 42642**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**City of Southaven City Clerk**
**8710 Northwest Dr**
**Southaven, MS 38671**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**City of Starkville City**
**Clerk/Finance De**
**110 West Main Street**
**Starkville, MS 39759**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**City of Union City**
**408 South Depot Street**
**Union City, TN 38261**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**City of Warner Robins**
**P.O. Box 8629**
**Warner Robins, GA 31095**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**City of Warner Robins**
**P.O. Box 8629**
**Warner Robins, GA 31095**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**City of Winchester**
**7 South High Street**
**Winchester, TN 37398-1700**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Clark County**
**501 High Street, Station 38**
**Frankfort, KY 40601-2103**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |

**Clarke County Department of**
**Revenue**
**375 Satula Ave**
**Athens, GA 30601**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document     Page 58 of 270

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.55**

Priority creditor's name and mailing address

**Clarke County Tax Commissioner**
**325 E Washington (ACC**
**Courthouse), Suite**
**Athens, GA 30601**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Unknown    Unknown

---

**2.56**

Priority creditor's name and mailing address

**Cleveland County Government**
**P.O. Box 1210**
**Shelby, NC 28151**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Unknown    Unknown

---

**2.57**

Priority creditor's name and mailing address

**Cobb County Trustee**
**314 East Main St, Suite 150**
**Cartersville, GA 30120**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Unknown    Unknown

---

**2.58**

Priority creditor's name and mailing address

**Coweta County Business &**
**Alcohol License**
**22 East Broad Street**
**Newnan, GA 30263**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Unknown    Unknown

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
| --- | --- | --- | --- | --- |
| | **Davidson County Clerk**
**P.O. Box 196358**
**Nashville, TN 37219-6358** | ■ Contingent
☐ Unliquidated
☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No
☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
| --- | --- | --- | --- | --- |
| | **Davidson County Trustee**
**P.O. Box 196358**
**Nashville, TN 37219-6358** | ■ Contingent
☐ Unliquidated
☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No
☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
| --- | --- | --- | --- | --- |
| | **Dickson County Clerk's Office**
**4 Court Square**
**Charlotte, TN 37036** | ■ Contingent
☐ Unliquidated
☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No
☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
| --- | --- | --- | --- | --- |
| | **Dickson County Trustee's Office**
**4 Court Square**
**Charlotte, TN 37036** | ■ Contingent
☐ Unliquidated
☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No
☐ Yes | | |

Case 3:25-bk-00452     Doc 198     Filed 03/03/25     Entered 03/03/25 21:32:37     Desc Main
Document          Page 60 of 270

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Faulkner County Trustee**<br>**2455 Washington Avenue**<br>**Conway, AR 72032** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Forsyth County Building and**<br>**Licensing**<br>**110 East Main St, Suite 100**<br>**Cumming, GA 30040** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Forsyth County Tax Commissioner**<br>**1092 Tribble Gap Rd**<br>**Cumming, GA 30040** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Franklin County Clerk**<br>**1 South Jefferson Street**<br>**Winchester, TN 37398** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document     Page 61 of 270

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
| --- | --- | --- | --- | --- |
| | **Franklin County Trustee's Office**<br>**P.O. Box 340**<br>**Winchester, TN 37398** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
| --- | --- | --- | --- | --- |
| | **Georgia Department of Revenue**<br>**2592 Centurey Parkway NE, Suite**<br>**331**<br>**Atlanta, GA 30345-3173** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
| --- | --- | --- | --- | --- |
| | **Gordon County**<br>**314 East Main St, Suite 150**<br>**Cartersville, GA 30120** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
| --- | --- | --- | --- | --- |
| | **Hamblen County**<br>**511 West Second North Street**<br>**Morristown, TN 37814** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**2.71**

Priority creditor's name and mailing address
**Hamilton County Clerk**
**625 Georgia Avenue, Room 210**
**Chattanooga, TN 37402-1494**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.72**

Priority creditor's name and mailing address
**Hamilton County Trustee**
**625 Georgia Avenue, Room 210**
**Chattanooga, TN 37402-1494**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.73**

Priority creditor's name and mailing address
**Houston County**
**6055 Lakeside Commons Dr, Suite 220**
**Macon, GA 31210**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.74**

Priority creditor's name and mailing address
**Indiana Department of Revenue**
**100 N Senate Avenue MS 108**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document      Page 63 of 270

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jefferson County Trustee**
**716 Richard Arrington Jr. Blvd. N**
**Birmingham, AL 35203**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jessamine County**
**501 High Street, Station 38**
**Frankfort, KY 40601-2103**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kenton County Office of the**
**Treasurer**
**1840 Simon Kenton Way, Suite**
**5100**
**Covington, KY 41011**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kentucky Department of Revenue**
**P.O. Box 5222**
**Frankfort, KY 40602**

Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Knox County Clerk**
**300 Main Street**
**Knoxville, TN 37902**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Lawrence County Clerk's Office**
**200 West Gaines, Suite 103**
**Lawrenceburg, TN 38464**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Lawrence County Trustee's Office**
**200 West Gaines, Suite 101**
**Lawrenceburg, TN 38464**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Lee County**
**2631 McIngvale Rd, Suite 116**
**Hernando, MS 38632**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lee County Bankruptcy**
**P.O. Box 22808**
**Jackson, MS 39225-2808**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lee County Trustee**
**215 S. 9th St**
**Opelika, AL 36801**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Madison County**
**501 High Street, Station 38**
**Frankfort, KY 40601-2103**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Madison County Clerk**
**100 E Main Street**
**Jackson, TN 38301**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**2.87**

Priority creditor's name and mailing address

**Madison County Trustee's Office**
**100 E Main Street**
**Jackson, TN 38301**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Unknown  Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.88**

Priority creditor's name and mailing address

**Maury County Clerk's Office**
**10 Public Square**
**Columbia, TN 38401**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Unknown  Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.89**

Priority creditor's name and mailing address

**Maury County Trustee's Office**
**1 Public Square**
**Columbia, TN 38401**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Unknown  Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.90**

Priority creditor's name and mailing address

**McCracken County**
**2928 Park Avenue, Suite G**
**Paducah, KY 42001-4024**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Unknown  Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **McMinn County Clerk**<br>**9 East Madsion Ave**<br>**Athens, TN 37303** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **McMinn County Trustee**<br>**6 East Madison Avenue**<br>**Athens, TN 37303** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Mississippi Department of**<br>**Revenue**<br>**P.O. Box 22808**<br>**Jackson, MS 39225-2808** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Montgomery County Clerk**<br>**350 Pageant Lane, Suite 502**<br>**Clarksville, TN 37040** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.95 | Priority creditor's name and mailing address | | Unknown | Unknown |
|------|-----------------------------------------------|---|---------|---------|

**Montgomery County Trustee**
**350 Pageant Lane, Suite 101-B**
**Clarksville, TN 37040**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.96 | Priority creditor's name and mailing address | | Unknown | Unknown |
|------|-----------------------------------------------|---|---------|---------|

**North Carolina Department of**
**Revenue**
**P.O. Box 1168**
**Raleigh, NC 27640-1268**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.97 | Priority creditor's name and mailing address | | Unknown | Unknown |
|------|-----------------------------------------------|---|---------|---------|

**Obion County Clerk's Office**
**P.O. Box 147**
**Union City, TN 38281**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.98 | Priority creditor's name and mailing address | | Unknown | Unknown |
|------|-----------------------------------------------|---|---------|---------|

**Obion County Trustee's Office**
**P.O. Box 147**
**Union City, TN 38281**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Ohio Department of Taxation**
**P.O. Box 530**
**Columbus, OH 43216-0530**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Oktibbetha County**
**P.O. Box 5794**
**Meridian, MS 39302**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Oktibbetha County Bankruptcy**
**P.O. Box 22808**
**Jackson, MS 39225-2808**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Pulaski Circuit and County Clerk**
**401 West Markham, Suite 100**
**Little Rock, AR 72204**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document      Page 70 of 270

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|-------|-----------------------------------------------|-----------------------------------------------------------------------|---------|---------|

**Pulaski County Treasurer - Tax Division**
**201 S. Broadway, Suite 150**
**Little Rock, AR 72201**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|-------|-----------------------------------------------|-----------------------------------------------------------------------|---------|---------|

**Putnam County Clerk**
**121 S Dixie Ave**
**Cookeville, TN 38501**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|-------|-----------------------------------------------|-----------------------------------------------------------------------|---------|---------|

**Putnam County Trustee**
**300 E Spring St, Room 2**
**Cookeville, TN 38501**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|-------|-----------------------------------------------|-----------------------------------------------------------------------|---------|---------|

**Rutherford County Clerk**
**P.O. Box 1316**
**Murfreesboro, TN 37133**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Rutherford County Trustee**
**P.O. Box 1316**
**Murfreesboro, TN 37133**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Scott County**
**101 E Main St**
**Georgetown, KY 40324**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Shelby County Clerk**
**150 Washington Avenue, Second**
**Floor**
**Memphis, TN 38103**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**South Carolina Department of**
**Revenue**
**300A Outlet Pointe Boulevard**
**Columbia, SC 29210**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Spartanburg County Treasurer**
**P.O. Box 5807**
**Spartanburg, SC 29304**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Sumner County Clerk**
**355 North Belvedere Drive, Room 111**
**Gallatin, TN 37066-5414**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Sumner County Trustee**
**355 North Belvedere Drive, Room 107**
**Gallatin, TN 37066-5414**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Tennessee Department of Revenue**
**P.O. Box 20207**
**Nashville, TN 37242**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
- ■ No
- ☐ Yes

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**VanderburghCounty**
**500 S Green River Road, Suite 2**
**Evansville, IN 47715**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Warren County**
**201 West Professional Park Ct**
**Bowling Green, KY 42104-3278**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Washington County Clerk**
**378 Marketplace Blvd, Suite 1**
**Johnson City, TN 37601**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Washington County Trustee**
**P.O. Box 215**
**Jonesborough, TN 37659**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

2.119 Priority creditor's name and mailing address

**Williamson County Clerk
1320 W Main Street, Suite 135
Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.120 Priority creditor's name and mailing address

**Wilson County Clerk
P.O. Box 865
Lebanon, TN 37088**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.121 Priority creditor's name and mailing address

**Wilson County Trustee
P.O. Box 865
Lebanon, TN 37088**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
| --- | --- | --- | --- |

**2M Distributos LLC
100 Andrews Rd
Ste 3
429
Hicksville, NY 11801-1725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

**Date(s) debt was incurred** _

**Last 4 digits of account number** **6041**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,392.00 |
|---|---|---|---|

**3M COMPANY**
**2807 Paysphere Circle**
**0**
**439**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number  **7134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,866.00 |
|---|---|---|---|

**8 SPI INC.**
**135 W 36Th St**
**Fl 16**
**137**
**New York, NY 10018-7172**

Date(s) debt was incurred _

Last 4 digits of account number  **6096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,313.42 |
|---|---|---|---|

**A & B Home Group Inc.**
**800 N Haven Ave**
**Ste 425**
**233**
**Ontario, CA 91764-4919**

Date(s) debt was incurred _

Last 4 digits of account number  **7274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,749.37 |
|---|---|---|---|

**A&G Real Estate Partners**
**445 Broadhollow Rd**
**Ste 410**
**43**
**Melville, NY 11747-3601**

Date(s) debt was incurred _

Last 4 digits of account number  **6171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,183.00 |
|---|---|---|---|

**A&W CUSTOM FURNITURE, LLC**
**2839 County Road 406**
**0**
**514**
**Okolona, MS 38860-8964**

Date(s) debt was incurred _

Last 4 digits of account number  **5451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,298.80 |
|---|---|---|---|

**A.M.A. BRANDS INC.**
**Po Box 1036**
**0**
**67**
**Charlotte, NC 28201-1036**

Date(s) debt was incurred _

Last 4 digits of account number  **4623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,201.80 |
| --- | --- | --- | --- |

**A.T.N., INC**
**653 Academy Dr**
**0**
**55**
**NORTHBROOK, IL 60062**

Date(s) debt was incurred __

Last 4 digits of account number **6641**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,783.00 |
| --- | --- | --- | --- |

**A.T.N., INC**
**18451 Euclid Ave**
**0**
**415**
**Cleveland, OH 44112-1016**

Date(s) debt was incurred __

Last 4 digits of account number **5566**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,022.88 |
| --- | --- | --- | --- |

**A.Y. INTERNATIONAL, INC**
**10000 Santa Monica Blvd**
**# 401**
**447**
**Los Angeles, CA 90067-7000**

Date(s) debt was incurred __

Last 4 digits of account number **6344**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,060.00 |
| --- | --- | --- | --- |

**AA Fluid Power Services Inc**
**120 Parr St**
**0**
**491**
**Sumiton, AL 35148-3413**

Date(s) debt was incurred __

Last 4 digits of account number **4574**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,780.00 |
| --- | --- | --- | --- |

**Acellories INC**
**5 Jules Ln**
**0**
**290**
**New Brunswick, NJ 08901-3611**

Date(s) debt was incurred __

Last 4 digits of account number **3227**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
| --- | --- | --- | --- |

**Acon Equity Management, LLC**
**1133 Connecticut Ave Nw**
**#700**
**127**
**Washington, DC 20036**

Date(s) debt was incurred __

Last 4 digits of account number **2151**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document     Page 77 of 270

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,786.31 |
|---|---|---|---|

**Addison Group**
7076 Solutions Center
0
469
Chicago, IL 60677

Date(s) debt was incurred __

Last 4 digits of account number **5202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,200.00 |
|---|---|---|---|

**Aduro Products LLC**
250 Liberty St
0
222
Metuchen, NJ 08840-1218

Date(s) debt was incurred __

Last 4 digits of account number **2454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.00 |
|---|---|---|---|

**Advantage Mechanical Solutions  AMS**
Po Box 99
0
549
Seneca, SC 29679-0099

Date(s) debt was incurred __

Last 4 digits of account number **5485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,896.21 |
|---|---|---|---|

**Adyen NV**
Simon Carmiggeltstraat 6-50
0
495
Amsterdam, Noord-Holland 01011-0000

Date(s) debt was incurred __

Last 4 digits of account number **4169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,135.00 |
|---|---|---|---|

**AER GROUP**
500 Fashion Ave
0
255
New York, NY 10018-4502

Date(s) debt was incurred __

Last 4 digits of account number **6112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,596.00 |
|---|---|---|---|

**Aero Global, LLC**
Po Box 1036
0
395
Charlotte, NC 28201-1036

Date(s) debt was incurred __

Last 4 digits of account number **4127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,035.55 |

**Aero Trading Inc.**
**125 Rue Gagnon**
**Suite 200**
**117**
**Ville St. Laurent, QC H4N1T1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **5796**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,983.89 |

**AES Ohio**
**Po Box 740598**
**0**
**372**
**Cincinnati, OH 45274-0598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **2979**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,556.00 |

**AFH industries Inc.**
**110 W 34Th St**
**Fl 7**
**245**
**New York, NY 10001-2129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **5105**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,908.63 |

**Alabama Power**
**Po Box 242**
**0**
**153**
**Birmingham, AL 35292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **274**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,976.25 |

**All For You Brands LLC**
**61 Willet St**
**Ste PP**
**216**
**Passaic, NJ 07055-1978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **5373**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176,142.90 |

**All-State Brokerage**
**4663 Executive Dr**
**Ste 12**
**21**
**Columbus, OH 43220-3627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **3675**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,917.39** |

**Allegion Access Tech  LLC**
Po Box 0371595
0
342
Pittsburgh, PA 15251-7595

Date(s) debt was incurred __

Last 4 digits of account number **5147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |

**Alliance Wholesale Corp.**
Po Box 1036
0
716
CHARLOTTE, NC 28201

Date(s) debt was incurred __

Last 4 digits of account number **679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,552.96** |

**Allstar Products Group**
2 Skyline Dr
0
320
Hawthorne, NY 10532-2142

Date(s) debt was incurred __

Last 4 digits of account number **3887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,203.20** |

**ALLURA IMPORTS INC.**
Po Box 842683
0
330
BOSTON, MA 02284

Date(s) debt was incurred __

Last 4 digits of account number **722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,118.80** |

**Almar Sales Company**
320 5Th Ave
Fl 3
369
New York, NY 10001-3115

Date(s) debt was incurred __

Last 4 digits of account number **4294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,445.55** |

**Almost Nothing Inc.**
2552 E Olympic Blvd
0
97
Los Angeles, CA 90023-2606

Date(s) debt was incurred __

Last 4 digits of account number **1764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,958.80** |
|---|---|---|---|

**Alpine Corporation**
**13001 Temple Ave**
**0**
**99**
**City Of Industry, CA 91746-1417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6099**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Altstadt-Hoffman Plumbing**
**1401 Buchanan Road**
**0**
**612**
**Evansville, IN 47720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **7114**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,380.00** |
|---|---|---|---|

**ALUF PLASTICS**
**2 Glenshaw Street**
**0**
**232**
**Orangeburg, NY 10962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6857**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500,000.00** |
|---|---|---|---|

**Amazon**
**410 Terry Avenue North**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,359.72** |
|---|---|---|---|

**Amazon Business**
**Po Box 35184**
**0**
**338**
**Seattle, WA 98124-5184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **4184**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,860,641.04** |
|---|---|---|---|

**amazon.com**
**410 Terry Ave N**
**0**
**0**
**SEATTLE, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1142**

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,871.00 |
|---|---|---|---|

**Amerex Group Llc**
512 Fashion Ave
#9
727
New York, NY 10018

Date(s) debt was incurred __

Last 4 digits of account number **6645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,091.64 |
|---|---|---|---|

**AMERICAN CLEANING SUPPLY INC.**
14001 Mercury Dr.
0
248
Laredo, TX 78045

Date(s) debt was incurred __

Last 4 digits of account number **6184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,698.36 |
|---|---|---|---|

**American Electric Power**
Po Box 24001
0
693
Canton, OH 44701-4001

Date(s) debt was incurred __

Last 4 digits of account number **5383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,483.00 |
|---|---|---|---|

**AMERICAN EXCHANGE TIME**
1441 Broadway
0
399
New York, NY 10018

Date(s) debt was incurred __

Last 4 digits of account number **2608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,104.73 |
|---|---|---|---|

**American Financial Credit Services Inc**
Po Box 4746
0
269
Carmel, IN 46082-3131

Date(s) debt was incurred __

Last 4 digits of account number **6140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,654.40 |
|---|---|---|---|

**AMERICAN PLASTIC TOYS**
799 Ladd Road
0
319
WALLED LAKE, MI 48390

Date(s) debt was incurred __

Last 4 digits of account number **6653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88,183.24 |
|---|---|---|---|

**American Textile Industries, LLC.**
6070 Meyers Park
0
78
Suwanee, GA 30024

Date(s) debt was incurred _

Last 4 digits of account number  **2119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327.26 |
|---|---|---|---|

**AmeriGas**
Po Box 660288
0
587
DALLAS, TX 75266

Date(s) debt was incurred _

Last 4 digits of account number  **1466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142.66 |
|---|---|---|---|

**AmeriGas Propane L.P.**
913 Oothcalooga Street
0
659
Calhoun, GA 30701

Date(s) debt was incurred _

Last 4 digits of account number  **8892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,013.50 |
|---|---|---|---|

**Amloid Corporation**
7 Ridgedale Ave.
0
185
CEDAR KNOLLS, NJ 07927

Date(s) debt was incurred _

Last 4 digits of account number  **7295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,010.00 |
|---|---|---|---|

**ANCHOR MEDIA SERVICES LLC**
300 Tice Blvd
Ste 240
308
Woodcliff Lake, NJ 07677-8405

Date(s) debt was incurred _

Last 4 digits of account number  **6570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,140.16 |
|---|---|---|---|

**Anchor Packaging Co., Inc.**
P.O. Box 11322
0
124
Birmingham, AL 35202

Date(s) debt was incurred _

Last 4 digits of account number  **150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,222.80 |
|---|---|---|---|

**APPAREL TRADING INTERNATIONAL INC.**
1373 Broad St
Ste 200B
146
Clifton, NJ 07013-4200

Date(s) debt was incurred __

Last 4 digits of account number **752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,580.00 |
|---|---|---|---|

**AQUARIUS LTD**
3200 S Kingshighway Blvd
0
397
Saint Louis, MO 63139-1114

Date(s) debt was incurred __

Last 4 digits of account number **2495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,524.46 |
|---|---|---|---|

**Aramco Imports Inc**
6431 Bandini Blvd
0
226
Commerce, CA 90040-3117

Date(s) debt was incurred __

Last 4 digits of account number **4251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,313.05 |
|---|---|---|---|

**Arbon Equipment Corp.**
1922 Old Murfreesboro Pike
#190
511
Nashville, TN 37217

Date(s) debt was incurred __

Last 4 digits of account number **5371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,243.80 |
|---|---|---|---|

**Armstrong Milling**
1021 Haldimand Road 20
0
218
Hagersville, ON 1H0

Date(s) debt was incurred __

Last 4 digits of account number **5232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,369.40 |
|---|---|---|---|

**Armstrong Milling Company USA Ltd**
1967 Wehrle Dr
Ste 3 PMB 220
304
Buffalo, NY 14221-8452

Date(s) debt was incurred __

Last 4 digits of account number **6134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

**ASSA ABLOY Entrance Systems**
**Po Box 829820**
**0**
**449**
**Philadelphia, PA 19182-9820**

Date(s) debt was incurred __

Last 4 digits of account number __1256__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,911.39**

---

**3.57** Nonpriority creditor's name and mailing address

**AT&T (5019)**
**Po Box 5019**
**0**
**470**
**Carol Stream, IL 60197**

Date(s) debt was incurred __

Last 4 digits of account number __6003__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,786.29**

---

**3.58** Nonpriority creditor's name and mailing address

**AT&T (5076)**
**Po Box 5076**
**0**
**714**
**Carol Stream, IL 60197-5076**

Date(s) debt was incurred __

Last 4 digits of account number __6021__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,293.57**

---

**3.59** Nonpriority creditor's name and mailing address

**AT&T (U-Verse)**
**Po Box 5014**
**0**
**504**
**Carol Stream, IL 60197**

Date(s) debt was incurred __

Last 4 digits of account number __103__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,524.92**

---

**3.60** Nonpriority creditor's name and mailing address

**AT&T Mobility**
**Po Box 6463**
**0**
**620**
**Carol Stream, IL 60197**

Date(s) debt was incurred __

Last 4 digits of account number __6574__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$140.73**

---

**3.61** Nonpriority creditor's name and mailing address

**Athens Utilities Board**
**Po Box 689**
**0**
**717**
**Athens, TN 37371**

Date(s) debt was incurred __

Last 4 digits of account number __6134__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$18,511.43**

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $590.00 |

**Athens-Clarke County DOF/Bus Tax**
325 East Washington Street
0
554
Athens, GA 30601

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **5471**    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,381.60 |

**ATLANTIC HOSIERY LLC**
Po Box 88926
0
157
Chicago, IL 60695

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **6518**    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,934.88 |

**ATMOS Energy**
Po Box 740353
0
341
Cincinnati, OH 45274-0353

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **6031**    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,800.66 |

**Aura Bath Products**
347 5Th Ave
506
110
New York, NY 10016

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **1698**    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,644.60 |

**AURORA WHOLESALERS, LLC DBA THE MAZEL CO**
Po Box 72669
0
115
Cleveland, OH 44192-0001

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **692**    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $534.35 |

**Austell Natural Gas**
Po Box 685
0
562
Austell, GA 30168-0685

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **1520**    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,757.00 |

**Australian Gold  LLC**
8001 Woodland Dr
0
471
Indianapolis, IN 46278-1332

Date(s) debt was incurred _

Last 4 digits of account number  **2307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,334,402.19 |

**Averitt**
Po Box 102197
0
1
Atlanta, GA 30368

Date(s) debt was incurred _

Last 4 digits of account number  **5367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,321.40 |

**AWESOME PRODUCTS**
6201 Regio Ave
0
305
Buena Park, CA 90620-1023

Date(s) debt was incurred _

Last 4 digits of account number  **2484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,214.96 |

**B&G Foods, Inc.**
Po Box 405354
0
152
Atlanta, GA 30384-5354

Date(s) debt was incurred _

Last 4 digits of account number  **2785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,679.35 |

**B&G SALES**
1750 N. 25Th Ave
0
107
MELROSE PARK, IL 60160

Date(s) debt was incurred _

Last 4 digits of account number  **6447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,090.44 |

**Back to Nature Foods, LLC**
885 Sunset Ridge Rd
0
108
Northbrook, IL 60062-4006

Date(s) debt was incurred _

Last 4 digits of account number  **5225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,390.00 |
|---|---|---|---|

**Baden Sports**
19015 66Th Ave S
0
228
Kent, WA 98032-1154

Date(s) debt was incurred _
Last 4 digits of account number **7270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.33 |
|---|---|---|---|

**BALL BOUNCE**
1750 Airport West Pkwy
0
583
Mansfield, OH 44903

Date(s) debt was incurred _
Last 4 digits of account number **5481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Baptist Health Occupational Medicine**
Po Box 950243
0
638
Louisville, KY 40295

Date(s) debt was incurred _
Last 4 digits of account number **1174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,321.20 |
|---|---|---|---|

**Barcel USA**
301 Northpoint Dr
Ste 100
143
Coppell, TX 75019-4103

Date(s) debt was incurred _
Last 4 digits of account number **5231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.47 |
|---|---|---|---|

**Bartlett Water Dept**
Po Box 341027
0
540
Bartlett, TN 38184

Date(s) debt was incurred _
Last 4 digits of account number **1447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,639.00 |
|---|---|---|---|

**BASIC TRADING INC**
2519 Avenue U
Ste 203
294
Brooklyn, NY 11229-4934

Date(s) debt was incurred _
Last 4 digits of account number **4912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document    Page 88 of 270

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,250.00 |
|---|---|---|---|

**Bauducco Foods, Inc.**
1705 Nw 133Rd Ave 101
0
306
Miami, FL 33182-2293

Date(s) debt was incurred _

Last 4 digits of account number __3454__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,594.00 |
|---|---|---|---|

**BAY SALES**
113 Fillmore St.
0
380
BRISTOL, PA 19007

Date(s) debt was incurred _

Last 4 digits of account number __964__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,732.00 |
|---|---|---|---|

**BDK USA INC.**
1457 Glenn Curtiss St
0
260
Carson, CA 90746-4036

Date(s) debt was incurred _

Last 4 digits of account number __678__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,864.00 |
|---|---|---|---|

**BEATRICE HOME FASHIONS**
Po Box 86
0
173
South Plainfield, NJ 07080-0086

Date(s) debt was incurred _

Last 4 digits of account number __6819__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,800.00 |
|---|---|---|---|

**Beatrise, LLC**
2765 Michigan Ave Rd Ne
0
376
Cleveland, TN 37323

Date(s) debt was incurred _

Last 4 digits of account number __5249__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Bed Bath Fashions Inc**
570 South Ave E B-2
0
566
Cranford, NJ 07016-3200

Date(s) debt was incurred _

Last 4 digits of account number __5920__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145,126.00** |
|---|---|---|---|

**BED BATH FASHIONS INC.**
**570 South Ave East**
**B-2**
**33**
**Cranford, NJ 07016**

Date(s) debt was incurred  _

Last 4 digits of account number  **6310**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**BenefitMall, Inc.**
**Po Box 418742**
**0**
**591**
**Boston, MA 02241-8742**

Date(s) debt was incurred  _

Last 4 digits of account number  **456**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,138.00** |
|---|---|---|---|

**BIA CORDON  BLUE**
**100 Enterprise Ct**
**0**
**307**
**Galt, CA 95632-8795**

Date(s) debt was incurred  _

Last 4 digits of account number  **3417**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,341.49** |
|---|---|---|---|

**Blue Grass Energy**
**P.O. Box 990**
**0**
**708**
**Nicholasville, KY 40340**

Date(s) debt was incurred  _

Last 4 digits of account number  **5436**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,872.00** |
|---|---|---|---|

**BODY TOUCH LINGERIE LLC**
**31 W 34Th St.**
**0**
**231**
**NEW YORK, NY 10001**

Date(s) debt was incurred  _

Last 4 digits of account number  **7108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$960.50** |
|---|---|---|---|

**Brandon Aaron**
**9770 Corner School Rd**
**0**
**524**
**Warrior, AL 35180-3010**

Date(s) debt was incurred  _

Last 4 digits of account number  **4435**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,637.66 |
|---|---|---|---|

**Brauer Material Handling Systems Inc.**
226 Molly Walton Dr.
0
193
Hendersonville, TN 37075

Date(s) debt was incurred _

Last 4 digits of account number **5983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,680.00 |
|---|---|---|---|

**BRENTWOOD ORIGINALS**
3780 Kilroy Way
Suite 540
311
Long Beach, CA 90806-2457

Date(s) debt was incurred _

Last 4 digits of account number **6913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,391.91 |
|---|---|---|---|

**BrightRidge**
Po Box 2058
0
381
Johnson City, TN 37605

Date(s) debt was incurred _

Last 4 digits of account number **1224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $981.75 |
|---|---|---|---|

**Brightspeed Century Link**
Po Box 6102
0
522
Carol Stream, IL 60197-6102

Date(s) debt was incurred _

Last 4 digits of account number **1276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.60 |
|---|---|---|---|

**Brooklyn Cloth LLC**
1385 Broadway
Fl 16
661
New York, NY 10018-6041

Date(s) debt was incurred _

Last 4 digits of account number **2520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,308.30 |
|---|---|---|---|

**Brumis Imports Inc DBA Core Bamboo DBA C**
42 W 39Th St
Fl 4
158
New York, NY 10018-3841

Date(s) debt was incurred _

Last 4 digits of account number **4008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,177.60**

**BTG S. CORP.  DBA Four Season General Me**
2801 E Vernon Ave
0
247
Vernon, CA 90058-1803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5299**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,087.04**

**Btween**
1412 Broadway
Rm 1400
712
New York, NY 10018-9836

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3082**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,536.00**

**Buddeez, Inc.**
Po Box 207
0
359
Wentzville, MO 63385-0207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **4412**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,356.93**

**Buttonwood Investments**
12222 Merit Drive
Suite 1130
239
Dallas, TX 75251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **276**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,156.14**

**BWI LLC**
205 W 39Th St
Fl 17
165
New York, NY 10018-3483

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5160**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,517.52**

**Calhoun Utilities**
700 W Line St
0
360
Calhoun, GA 30701-7910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6809**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170,965.92 |

**CAMPBELL SALES COMPANY**
Po Box 31001-0029
0
23
Pasadena, CA 91110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6717**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.55 |

**Campbellsville Water Company**
110 S Columbia Ave
Ste A
662
Campbellsville, KY 42718-1319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4797**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,750.00 |

**Campofrio Food Group**
1800 Ruffin Mill Rd
0
291
South Chesterfield, VA 23834-5936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5909**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,658.20 |

**CANDLE-LITE COMPANY, LLC**
Po Box 856765
0
244
Minneapolis, MN 55485-6765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6921**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,570.00 |

**Capital Bedding, Inc.**
Po Box 2460
0
32
Verona, MS 38879-2460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4456**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,493.36 |

**Carolina Handling LLC**
Po Box 890352
0
506
Charlotte, NC 28289-0352

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4509**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,122.00 |
|---|---|---|---|

**CAROLINA HOSIERY MILLS**
Po Box 850
0
281
BURLINGTON, NC 27216

Date(s) debt was incurred __

Last 4 digits of account number **6575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $827.62 |
|---|---|---|---|

**CDW Direct**
Po Box 75723
0
534
Chicago, IL 60675

Date(s) debt was incurred __

Last 4 digits of account number **1229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,532.30 |
|---|---|---|---|

**CE AMERICA**
2600 Douglas Road
0
156
CORAL GABLES, FL 33134

Date(s) debt was incurred __

Last 4 digits of account number **7045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,498.60 |
|---|---|---|---|

**CENTRAL GARDEN & PET**
Po Box 277743
0
112
Atlanta, GA 30384-7743

Date(s) debt was incurred __

Last 4 digits of account number **6899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,472.00 |
|---|---|---|---|

**CENTRAL MILLS INC DBA FREEZE**
Po Box 712932
0
699
Philadelphia, PA 19171-2932

Date(s) debt was incurred __

Last 4 digits of account number **1939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Certified Security Systems Inc**
Po Box 947
0
553
Laurens, SC 29360-0947

Date(s) debt was incurred __

Last 4 digits of account number **6205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,760.88 |
| | CG Roxane, LLC<br>Dept Ch16405<br>0<br>174<br>Palatine, IL 60055-0001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **2952** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,704.51 |
| | Charlotte Temp Controls, Inc - CTC<br>Po Box 399<br>0<br>417<br>Newell, NC 28126-0399 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **5694** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,196.91 |
| | Charter Communications<br>Po Box 94188<br>0<br>488<br>Palatine, IL 60094-4188 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **8214** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.21 |
| | Chattanooga Gas<br>Po Box 5408<br>0<br>670<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **1480** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,543.00 |
| | Childrens Apparel Network<br>77 South 1St St<br>0<br>40<br>Elizabeth, NJ 07206 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **7337** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,566.40 |
| | Childrens Apparel Network<br>77 S 1St St<br>0<br>345<br>Elizabethport, NJ 07206-1501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **5387** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$121,136.16** |
|---|---|---|---|

**Church & Dwight Co., Inc.**
Po Box 95055
0
48
**Chicago, IL 60694-5055**

Date(s) debt was incurred _

Last 4 digits of account number **2942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,926.00** |
|---|---|---|---|

**CIT Group Commercial Services**
Po Box 1036
0
145
**Charlotte, NC 28201-1036**

Date(s) debt was incurred _

Last 4 digits of account number **2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$111.59** |
|---|---|---|---|

**City of Bartlett - Tax Department**
6400 Stage Road
0
629
**Bartlett, TN 38184**

Date(s) debt was incurred _

Last 4 digits of account number **5713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,147.30** |
|---|---|---|---|

**City of Birmingham**
Po Box 750120
0
462
**Atlanta, GA 30374-7920**

Date(s) debt was incurred _

Last 4 digits of account number **557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.95** |
|---|---|---|---|

**City of Calhoun**
226 S Wall St
0
653
**Calhoun, GA 30701**

Date(s) debt was incurred _

Last 4 digits of account number **6985**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$389.43** |
|---|---|---|---|

**City of Chattanooga**
Po Box 191
0
578
**Chattanooga, TN 37401-0191**

Date(s) debt was incurred _

Last 4 digits of account number **467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Essex Technology Group, LLC | Case number (if known) | 3:25-bk-00452 |
|---|---|---|---|

Name

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$243.35**

**City of Chattanooga Wastewater Dept**
P.O. Box 591
0
667
Chattanooga, TN 37401

Date(s) debt was incurred __

Last 4 digits of account number **504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$331.38**

**City Of Clarksville**
Po Box 928
0
672
Clarksville, TN 37041

Date(s) debt was incurred __

Last 4 digits of account number **6141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,001.74**

**City Of Cookeville**
Po Box 998
0
704
Cookeville, TN 38503-0998

Date(s) debt was incurred __

Last 4 digits of account number **6279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,876.11**

**City of Cullman Business License**
Po Box 278
0
411
Cullman, AL 35056

Date(s) debt was incurred __

Last 4 digits of account number **6290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,990.87**

**City of Cullman Water, Sewer, Sanitation**
P.O. Box 278
0
713
Cullman, AL 35056

Date(s) debt was incurred __

Last 4 digits of account number **6391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$862.95**

**City of Cumming Utilities**
Po Box 669
0
688
Cumming, GA 30028

Date(s) debt was incurred __

Last 4 digits of account number **1502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,377.73 |

**City of Decatur Revenue Department**
**Po Box 488**
**0**
**480**
**Decatur, AL 35602-0488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **2588**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,072.80 |

**City of Fayetteville, GA**
**240 Glynn Street South**
**0**
**516**
**Fayetteville, GA 30214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **6988**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,197.33 |

**City Of Florence City Clerk's Office**
**110 W College St**
**0**
**487**
**Florence, AL 35630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **9889**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $844.35 |

**City Of Franklin**
**Po Box 306100**
**0**
**687**
**Franklin, TN 37230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **6079**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,406.50 |

**City of Gadsden**
**90 Broad Street P. O. Box 267**
**0**
**479**
**Gadsden, AL 35902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **1469**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $379.57 |

**City of Gainesville**
**Po Box 779**
**0**
**674**
**Gainesville, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **863**

Is the claim subject to offset?  ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$685.00** |

**City of Gainesville Business/Occupation**
P.O. Box 2496
0
542
Gainesville, GA 30503

Date(s) debt was incurred __

Last 4 digits of account number __1077__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,507.82** |

**CITY OF GRIFFIN**
Po Box 117162
0
435
ATLANTA, GA 30368

Date(s) debt was incurred __

Last 4 digits of account number __6006__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$640.00** |

**City of Griffin**
100 S Hill St
0
547
Griffin, GA 30223

Date(s) debt was incurred __

Last 4 digits of account number __5940__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,438.85** |

**City of Hamilton, Ohio**
Po Box 5003
0
701
Hamilton, OH 45012

Date(s) debt was incurred __

Last 4 digits of account number __5996__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122.00** |

**City of Hendersonville Property Tax Offi**
101 Maple Dr N
0
627
Hendersonville, TN 37075

Date(s) debt was incurred __

Last 4 digits of account number __137__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221.52** |

**City of Hickory**
Po Box 580069
0
666
Charlotte, NC 28258

Date(s) debt was incurred __

Last 4 digits of account number __6287__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**City of Hiram**
217 Main St
0
512
Hiram, GA 30141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1129**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,183.67 |
|---|---|---|---|

**City of Hoover**
Po Box 11407
0
461
Hoover, AL 35246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **613**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.00 |
|---|---|---|---|

**City of Jacksonville**
Po Box 126
0
564
Jacksonville, AR 72078-0126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6898**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258.00 |
|---|---|---|---|

**City of Johnson City**
Po Box 2227
0
598
Johnson City, TN 37605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1238**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,008.00 |
|---|---|---|---|

**City of Jonesboro**
Po Box 1845
0
521
Jonesboro, AR 72403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6428**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,086.34 |
|---|---|---|---|

**City of Lebanon TN Utilities**
200 N Castle Heights Ave
0
466
Lebanon, TN 37087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1152**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$929.31** |
|---|---|---|---|

**City of Lenoir**
Po Box 958
0
527
Lenoir, NC 28645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6135**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,401.76** |
|---|---|---|---|

**City of Marietta Business License Divisi**
205 Lawrence St Ne
0
438
Marietta, GA 30060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **4319**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,906.57** |
|---|---|---|---|

**City of Maryville Utilities**
Po Box 9760
0
410
Maryville, TN 37802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **801**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$129.36** |
|---|---|---|---|

**City of Morristown**
P.O. Box 1654
0
624
Morristown, TN 37816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6059**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.44** |
|---|---|---|---|

**City of Mt Juliet, Finance Director**
2425 Mt Juliet Rd
0
644
Mt Juliet, TN 37122-0256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **644**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,240.49** |
|---|---|---|---|

**City of Newnan- Finance Dept**
P. O . Box 1193
0
486
Newnan, GA 30264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6466**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,673.73 |
|---|---|---|---|

**City of Opelika, Revenue Dept.**
Po Box 390
0
472
Opelika, AL 36803

Date(s) debt was incurred __

Last 4 digits of account number __**6403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,029.49 |
|---|---|---|---|

**City Of Paducah Finance Department**
Po Box 9001241
0
387
Paducah, KY 42002

Date(s) debt was incurred __

Last 4 digits of account number __**37**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,707.60 |
|---|---|---|---|

**City of Pell City Revenue Dept.**
1905 First Ave North
0
500
Pell City, AL 35125

Date(s) debt was incurred __

Last 4 digits of account number __**6308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,008.55 |
|---|---|---|---|

**City of Rome**
P.O. Box 1433
0
428
Rome, GA 30162

Date(s) debt was incurred __

Last 4 digits of account number __**292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $609.98 |
|---|---|---|---|

**City Of Rome Water And Collections**
Po Box 1711
0
552
Rome, GA 30162

Date(s) debt was incurred __

Last 4 digits of account number __**8908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.82 |
|---|---|---|---|

**City of Russell Springs Sewer/Water**
Po Box 247
0
663
Russell Springs, KY 42642

Date(s) debt was incurred __

Last 4 digits of account number __**5987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.40 |

**City of Shelby**
Po Box 207
0
657
Shelby, NC 28151

Date(s) debt was incurred __

Last 4 digits of account number __6061__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.05 |

**City of Springfield Utility Billing**
76 East High Street
0
652
Springfield, OH 45502

Date(s) debt was incurred __

Last 4 digits of account number __5743__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,840.00 |

**City of Starkville**
110 West Main Street
0
496
Starkville, MS 39759

Date(s) debt was incurred __

Last 4 digits of account number __6333__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $476.00 |

**City of Tupelo**
Po Box 1485
0
568
Tupelo, MS 38802

Date(s) debt was incurred __

Last 4 digits of account number __1025__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $512.78 |

**City of Warner Robins**
Po Box 8659
0
565
WARNER ROBINS, GA 31095

Date(s) debt was incurred __

Last 4 digits of account number __5624__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.51 |

**City of White House**
105 College Street
0
586
White House, TN 37188

Date(s) debt was incurred __

Last 4 digits of account number __6062__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$219.00** |
|---|---|---|---|

**City of White House**
105 College St
0
601
White House, TN 37188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:** __

Last 4 digits of account number  **5984**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,456.90** |
|---|---|---|---|

**CJ GLOBAL COMPANY**
20-21 Wagaraw Rd Bldg 30
0
122
Fair Lawn, NJ 07410-1322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:** __

Last 4 digits of account number  **1076**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,113.98** |
|---|---|---|---|

**CLARK BEVERAGE GROUP-KY DIVISION**
Po Box 3090
0
464
BOWLING GREEN, KY 42102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:** __

Last 4 digits of account number  **1375**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,058.54** |
|---|---|---|---|

**Clarksville Department Of Electricity**
Po Box 31449
0
517
Clarksville, TN 37040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:** __

Last 4 digits of account number  **5923**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$408.30** |
|---|---|---|---|

**Clarksville Gas & Water Dept.**
Po Box 31329
0
575
Clarksville, TN 37040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:** __

Last 4 digits of account number  **5949**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.96** |
|---|---|---|---|

**Claudia Stern - Expense**
8451 Beverly Rd
Apt 6U
584
Kew Gardens, NY 11415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:** __

Last 4 digits of account number  **2936**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document      Page 104 of 270

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Clayton Black**
2719 Founders Bridge Rd
0
477
Midlothian, VA 23113-6373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __**3267**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,853.25 |
|---|---|---|---|

**CLOROX SALES COMPANY**
1150 Sanctuary Pkwy
Ste 200
37
Alpharetta, GA 30009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __**7066**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,390.50 |
|---|---|---|---|

**CLT Logistics Inc**
5900 Finch Ave East
0
42
Scarborough, ON M1B 5Y6

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __**4316**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,101.37 |
|---|---|---|---|

**Cobb County Tax Commissioner**
P.O. Box 100127
0
427
Marietta, GA 30061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __**949**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,338.74 |
|---|---|---|---|

**COCA COLA BOTTLING
CO.CONSOLIDATED VEND-**
Po Box 602937
0
79
CHARLOTTE, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __**1139**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,000.55 |
|---|---|---|---|

**COCA-COLA BOTTLING COMPANY UNITED**
Po Box 105637
0
196
ATLANTA, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __**899**

Is the claim subject to offset? ■ No ☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,897.46 |
|---|---|---|---|

**COCA-COLA BOTTLING WORKS OF TULLAHOMA**
Po Box 809082
0
494
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __901__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $486.00 |
|---|---|---|---|

**COCO BRANDS**
265 State Route 36
0
680
West Long Branch, NJ 07764-1036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __3922__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,816.76 |
|---|---|---|---|

**Colgate-Palmolive**
300 Park Ave
0
65
New York, NY 10022-7402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __4898__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $636.28 |
|---|---|---|---|

**Columbia Gas of Kentucky**
Po Box 742523
0
548
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __986__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,082.67 |
|---|---|---|---|

**Columbia Gas of Ohio**
P.O. Box 742510
0
515
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5466__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,480.88 |
|---|---|---|---|

**Columbia Power & Water Services**
P.O. Box 379
0
702
Columbia, TN 38402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5292__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,138.59 |
| --- | --- | --- | --- |

**Columbus Light& Water**
Po Box 22806
0
723
Jackson, MS 39225

Date(s) debt was incurred __

Last 4 digits of account number **5539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.63 |
| --- | --- | --- | --- |

**Comcast (4089)**
Po Box 4089
0
623
SOUTHEASTERN, PA 19398

Date(s) debt was incurred __

Last 4 digits of account number **5986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,300.06 |
| --- | --- | --- | --- |

**Comcast (71211)**
Po Box 71211
0
401
Charlotte, NC 28272-1211

Date(s) debt was incurred __

Last 4 digits of account number **5477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,822.09 |
| --- | --- | --- | --- |

**Comcast Business**
Po Box 8587
0
722
Philadelphia, PA 19101-8587

Date(s) debt was incurred __

Last 4 digits of account number **474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,913.00 |
| --- | --- | --- | --- |

**COMFORT RESEARCH**
1719 Elizabeth Ave Nw
0
356
GRAND RAPIDS, MI 49504

Date(s) debt was incurred __

Last 4 digits of account number **6751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,340.00 |
| --- | --- | --- | --- |

**COMFORT RESEARCH**
651 Heil Quaker Ave
Ste C
482
Lewisburg, TN 37091

Date(s) debt was incurred __

Last 4 digits of account number **1124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Commonwealth Home Fashions, LLC**
**Po Box 10032**
**0**
**389**
**Albany, NY 12201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5757**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,434.20 |
|---|---|---|---|

**Compass Industries**
**104 W 29Th Street**
**0**
**134**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5423**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,946.26 |
|---|---|---|---|

**CompuNet, Inc**
**Po Box 714133**
**0**
**109**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3491**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,887.00 |
|---|---|---|---|

**COMPUTER LIQUIDATIONS LTD**
**LIQUIDATIONS.C**
**5550 Glades Rd**
**Ste 533**
**375**
**Boca Raton, FL 33431-7205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3538**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,008.30 |
|---|---|---|---|

**Conagra Brands**
**222 Merchandise Mart Plz**
**Ste 1300**
**219**
**Chicago, IL 60654-1010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5588**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,307.40 |
|---|---|---|---|

**CONCEPTS IN TIME, LLC**
**45 W. 36Th Street**
**0**
**295**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6612**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,814.00 |
|---|---|---|---|

**CONEY ISLAND GROUP**
Po Box 88926
0
413
Chicago, IL 60695-1926

Date(s) debt was incurred _

Last 4 digits of account number  **2336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309,431.56 |
|---|---|---|---|

**CONSOLIDATED CLOTHIERS, INC.**
4535 Mcewen Road
0
10
FARMERS BRANCH, TX 75244

Date(s) debt was incurred _

Last 4 digits of account number  **5617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,206.80 |
|---|---|---|---|

**Conway Corporation**
Po Box 99
0
384
Conway, AR 72033

Date(s) debt was incurred _

Last 4 digits of account number  **6088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,039.36 |
|---|---|---|---|

**Cook's Pest Control Attn: Kristina Boger**
1741 5Th Ave Se
0
386
Decatur, AL 35601

Date(s) debt was incurred _

Last 4 digits of account number  **5371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,111.15 |
|---|---|---|---|

**CORINTH COCA-COLA BOTTLING WORKS, INC.**
Po Box 239
0
332
CORINTH, MS 38835

Date(s) debt was incurred _

Last 4 digits of account number  **1190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,115.96 |
|---|---|---|---|

**Coweta-Fayette EMC SEDC**
Po Box 530812
0
463
Atlanta, GA 30353

Date(s) debt was incurred _

Last 4 digits of account number  **6720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $289.78 |
| --- | --- | --- | --- |

**Cox Business**
Po Box 919367
0
668
Dallas, TX 75391-9367

Date(s) debt was incurred __

Last 4 digits of account number __**5566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,355.11 |
| --- | --- | --- | --- |

**Cox Sales & Service, Inc.**
3276 Marjan Dr.
0
208
Atlanta, GA 30340

Date(s) debt was incurred __

Last 4 digits of account number __**6789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,958.40 |
| --- | --- | --- | --- |

**CRAFT FOR KIDS IMPORTS INC**
1001 Irving Ave
0
431
Ridgewood, NY 11385-5302

Date(s) debt was incurred __

Last 4 digits of account number __**4785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,485.85 |
| --- | --- | --- | --- |

**CREATE A TREAT DIVISION OF GIVE AN GO**
15 Marmac Dr
0
63
Toronto, ON M9W1E

Date(s) debt was incurred __

Last 4 digits of account number __**6530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
| --- | --- | --- | --- |

**Creative Brands**
Po Box 88926
0
251
Chicago, IL 60695

Date(s) debt was incurred __

Last 4 digits of account number __**7110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,354.00 |
| --- | --- | --- | --- |

**Crest Home Textiles**
Po Box 1036
0
261
Charlotte, NC 28201-1036

Date(s) debt was incurred __

Last 4 digits of account number __**5907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** Nonpriority creditor's name and mailing address

Crosswinds Sourcing LLC
Po Box 730718
0
53
Dallas, TX 75373-0718

Date(s) debt was incurred __

Last 4 digits of account number __3957__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$110,287.80**

---

**3.213** Nonpriority creditor's name and mailing address

CRV Surveillance, LLC
277 Lyon Ln
0
191
Birmingham, AL 35211-6407

Date(s) debt was incurred __

Last 4 digits of account number __513__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$29,903.48**

---

**3.214** Nonpriority creditor's name and mailing address

CRYSTAL ART OF FLORIDA, INC.
Dept Ch 16738
0
215
Palatine, IL 60055

Date(s) debt was incurred __

Last 4 digits of account number __7001__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$26,107.72**

---

**3.215** Nonpriority creditor's name and mailing address

CSS
35 Love Lane
0
22
Netcong, NJ 07857

Date(s) debt was incurred __

Last 4 digits of account number __5753__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$172,851.25**

---

**3.216** Nonpriority creditor's name and mailing address

CT Corporation
Po Box 4349
0
558
Carol Stream, IL 60197

Date(s) debt was incurred __

Last 4 digits of account number __6436__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$558.00**

---

**3.217** Nonpriority creditor's name and mailing address

Cudlie Accessories LLC
10 W 33Rd St
Rm 800
459
New York, NY 10001-3306

Date(s) debt was incurred __

Last 4 digits of account number __4241__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,360.00**

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,684.50 |
|---|---|---|---|

**Cullman Power Board**
Po Box 1680
0
392
Cullman, AL 35056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6467**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,726.34 |
|---|---|---|---|

**CUMBERLAND EMC**
Po Box 2252
0
694
BIRMINGHAM, AL 35246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6030**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,520.00 |
|---|---|---|---|

**Curtis International**
7045 Beckett Drive
#15
217
Mississauga, ON L5S 2A4

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7298**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,831.60 |
|---|---|---|---|

**CUTIE PIE BABY**
34 West 33Rd St
Fl 5
235
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6498**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237,858.80 |
|---|---|---|---|

**CY DEALS LLC**
Po Box 100895
0
12
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5669**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,300.00 |
|---|---|---|---|

**Cyrus Knits**
525 Fashion Ave
0
314
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3295**

Is the claim subject to offset? ■ No ☐ Yes

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,571.23 |
|---|---|---|---|

**Dalton Utilities**
**Po Box 745147**
**0**
**454**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **8913**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,506.60 |
|---|---|---|---|

**DANONE COMPANY, INC.**
**Po Box 2291**
**0**
**436**
**Carol Stream, IL 60132-2291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2304**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $919.00 |
|---|---|---|---|

**Dauenhauer Plumbing Services**
**3416 Robards Ct.**
**0**
**529**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **5682**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,211.25 |
|---|---|---|---|

**Davidson County Clerk**
**700 President Ronald Reagan Way**
**0**
**513**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **5174**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,186.08 |
|---|---|---|---|

**Dayforce US, Inc**
**Po Box 772830**
**0**
**34**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **5659**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293.30 |
|---|---|---|---|

**DAYTON POWER & LIGHT**
**Po Box 740598**
**0**
**593**
**CINCINNATI, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **5780**

Is the claim subject to offset? ■ No ☐ Yes

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,774.64 |
|---|---|---|---|

**DDI, Inc**
**7425 Chavanelle Rd**
**0**
**49**
**Dubuque, IA 52002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **2208**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $649.91 |
|---|---|---|---|

**De Lage Landen Financial Services Inc**
**Po Box 41602**
**0**
**683**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5875**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,367.24 |
|---|---|---|---|

**Decatur Utilities**
**Po Box 2232**
**0**
**440**
**Decatur, AL 35609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5552**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,577.84 |
|---|---|---|---|

**Deejay Home Designs**
**1726 Mcdonald Ave**
**0**
**420**
**Brooklyn, NY 11230-6942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5939**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,149.00 |
|---|---|---|---|

**Deer Stags Inc**
**20 W 22Nd St**
**Ste 1604**
**443**
**New York, NY 10010-5875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6796**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.00 |
|---|---|---|---|

**DEL MONTE FOODS, INC.**
**7775 Solutions Center**
**0**
**590**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6801**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document      Page 114 of 270

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,884.37 |
|---|---|---|---|

**Dell Financial Services**
**One Dell Way**
**0**
**286**
**Round Rock, TX 78682**

Date(s) debt was incurred __

Last 4 digits of account number **335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,285.41 |
|---|---|---|---|

**Dell Marketing L.P.**
**One Dell Way**
**0**
**267**
**Round Rock, TX 78682**

Date(s) debt was incurred __

Last 4 digits of account number **1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301.94 |
|---|---|---|---|

**Delta Natural Gas**
**Po Box 747108**
**0**
**669**
**Pittsburgh, PA 15274-7105**

Date(s) debt was incurred __

Last 4 digits of account number **5440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.92 |
|---|---|---|---|

**Deluxe**
**Po Box 229Po**
**0**
**544**
**Philadelphia, PA 19170-0001**

Date(s) debt was incurred __

Last 4 digits of account number **6249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,184.00 |
|---|---|---|---|

**Deluxity Inc**
**2450 E Vernon Ave**
**0**
**262**
**Vernon, CA 90058-1802**

Date(s) debt was incurred __

Last 4 digits of account number **3071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222,810.29 |
|---|---|---|---|

**Dematic Corp.**
**507 Plymouth Ave Ne**
**0**
**15**
**Grand Rapids, MI 49505-6029**

Date(s) debt was incurred __

Last 4 digits of account number **5917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document        Page 115 of 270

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,503.28 |
|---|---|---|---|

**Design Group America**
2015 W Front St
0
361
Berwick, PA 18603-4102

Date(s) debt was incurred _

Last 4 digits of account number **2789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,599.24 |
|---|---|---|---|

**Design Group Americas, Inc.**
Po Box 123698
0
72
Dallas, TX 75312-3698

Date(s) debt was incurred _

Last 4 digits of account number **2884**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,018.50 |
|---|---|---|---|

**Designworks Ink, LLC**
2934 Sidco Dr
Ste 140
271
Nashville, TN 37204-3744

Date(s) debt was incurred _

Last 4 digits of account number **2816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $945.78 |
|---|---|---|---|

**DEX imaging**
P.O. Box 17299
0
525
Clearwater, FL 33762

Date(s) debt was incurred _

Last 4 digits of account number **5810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224,427.16 |
|---|---|---|---|

**Diamond Plastics, LLC**
720 Northern Road
0
14
Mount Juliet, TN 37122

Date(s) debt was incurred _

Last 4 digits of account number **2198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.00 |
|---|---|---|---|

**Dickson County Trustee**
4 Court Square
PO Box 246
609
Charlotte, TN 37036

Date(s) debt was incurred _

Last 4 digits of account number **5714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,907.88** |

**Dickson Electric System**
Po Box 627
0
710
Dickson, TN 37056-0627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1292**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,056.50** |

**Dippin' Dots, LLC**
5101 Charter Oak Dr
0
333
Paducah, KY 42001-5209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **5078**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,527.26** |

**Divisions Maintenance Group**
50 W 5Th St
0
476
Cincinnati, OH 45202-3788

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **6203**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,011.98** |

**Door Tech Of Nashville, Inc**
1288 Lewis St.
0
520
Nashville, TN 37210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **6149**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,984.00** |

**Dream Kids Ny LLC**
Po Box 1036
0
259
Charlotte, NC 28201-1036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **3519**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,346.00** |

**Dreamwear Inc.**
Po Box 712683
0
423
Philadelphia, PA 19171-2683

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1406**

Is the claim subject to offset? ■ No  ☐ Yes

---

---

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$72,511.59** |
|---|---|---|---|

**DRS PRODUCT RETURNS**
Po Box 641031
0
92
Dallas, TX 75264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **653**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,065.00** |
|---|---|---|---|

**Duck River Textile**
55 Talmadge Rd
0
176
Edison, NJ 08817-3338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **4422**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,681.95** |
|---|---|---|---|

**Duke Energy**
Po Box 1094
0
198
Charlotte, NC 28201-1094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1436**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$204.40** |
|---|---|---|---|

**Dumpsters R US, Inc**
1307 S Federal Hwy
0
605
Deerfield Beach, FL 33441-7220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6495**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$285.98** |
|---|---|---|---|

**Dunbar Security Products**
235 Schilling Cir
Ste 109
595
Hunt Valley, MD 21031-1118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5680**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$592.17** |
|---|---|---|---|

**Duo Broadband**
Po Box 80
0
682
Jamestown, KY 42629-0080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6079**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,907.50 |
|---|---|---|---|

**E-LO Sportswear**
Po Box 1036
0
285
Charlotte, NC 28201-1036

Date(s) debt was incurred _

Last 4 digits of account number **4443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,566.79 |
|---|---|---|---|

**Easley Combined Utility System**
Po Box 619
0
421
Easley, SC 29641

Date(s) debt was incurred _

Last 4 digits of account number **5461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,305.24 |
|---|---|---|---|

**EAST COAST INTERNATIONAL, INC**
3 Reuten Dr.
0
170
CLOSTER, NJ 07624

Date(s) debt was incurred _

Last 4 digits of account number **6232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152,678.00 |
|---|---|---|---|

**EDCO ELECTRONICS (DIV. OF ESTED INDUSTRI**
8484 Esplanade
0
30
Montreal, QC H2P2R7

Date(s) debt was incurred _

Last 4 digits of account number **2738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,320.00 |
|---|---|---|---|

**EDGE IMPORTS**
1441 Patton Pl
Ste 101
203
Carrollton, TX 75007-4904

Date(s) debt was incurred _

Last 4 digits of account number **3335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,171.60 |
|---|---|---|---|

**Eighty One Int'L Inc.**
9401 Whitmore Street
0
140
El Monte, CA 91731

Date(s) debt was incurred _

Last 4 digits of account number **7282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,019.40** |
|---|---|---|---|

**Ekco Brands, LLC**
9258 Culebra Rd
Ste 116
150
San Antonio, TX 78251-2872

Date(s) debt was incurred __

Last 4 digits of account number **3679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$160.33** |
|---|---|---|---|

**Electric City Utilities**
Po Box 100146
0
615
Columbia, SC 29202-3146

Date(s) debt was incurred __

Last 4 digits of account number **4455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$182.69** |
|---|---|---|---|

**Elizabethtown Utilities**
Po Box 550
0
611
Elizabethtown, KY 42702

Date(s) debt was incurred __

Last 4 digits of account number **961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,075.00** |
|---|---|---|---|

**Emerald Wholesale Company**
Po Box 4208
0
298
Dalton, GA 30719-1208

Date(s) debt was incurred __

Last 4 digits of account number **2692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,630.00** |
|---|---|---|---|

**EMPERIA**
2450 E Vernon Ave
0
453
Vernon, CA 90058-1802

Date(s) debt was incurred __

Last 4 digits of account number **3627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81,739.60** |
|---|---|---|---|

**Enchante Accessories**
149 Madison Ave
12th Fl
87
New York, NY 10016-6713

Date(s) debt was incurred __

Last 4 digits of account number **7190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,795.89** |
|---|---|---|---|

**Energy Cooperative**
Po Box 182137
0
468
Columbus, OH 43218-2137

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number **5456**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,216.77** |
|---|---|---|---|

**Entergy Arkansas, Inc.**
Po Box 8101
0
707
Baton Rouge, LA 70891

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number **6556**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,035.71** |
|---|---|---|---|

**Entergy Mississippi, Inc.**
Po Box 8105
0
316
Baton Rouge, LA 70891

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number **169**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,587.51** |
|---|---|---|---|

**EPB**
Attn: Remittance Processing
0
703
Chattanooga, TN 37422

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number **441**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,500.00** |
|---|---|---|---|

**ESTEX HOME FASHION**
306 5Th Ave
Ground Floor
336
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number **6372**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$88,743.00** |
|---|---|---|---|

**EUROPEAN HOME DESIGNS LLC**
1 E 33Rd St
Fl 11
77
New York, NY 10016-5011

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number **7179**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document      Page 121 of 270

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,632.49** |
|---|---|---|---|

**Evansville Waterworks Dept.**
Po Box 19
0
692
**Evansville, IN 47740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **503**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$907.85** |
|---|---|---|---|

**Evers Construction Company, Inc.**
Po Box 87
0
530
**Lawrenceburg, TN 38464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5750**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$161,393.50** |
|---|---|---|---|

**Exist Inc**
Po Box 712665
0
26
**Philadelphia, PA 19171-2665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3032**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,826.00** |
|---|---|---|---|

**FANTASIA ACCESSORIES, LTD.**
1385 Broadway
Fl 4
452
**New York, NY 10018-6029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3615**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,004.00** |
|---|---|---|---|

**Farmer Jon's Popcorn Co**
25 Phil Banks Way 55
0
309
**Rochester, NY 14613-1833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5111**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,442.00** |
|---|---|---|---|

**FASHION DISTRIBUTION CENTER INC.**
827 Lawson St
0
478
**City Of Industry, CA 91748-1104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6045**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,330.00 |
|---|---|---|---|

**FASHION RIVER CO., LTD.**
**499 Fashion Ave**
**Rm 13S**
**718**
**New York, NY 10018-6839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4839**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $438.00 |
|---|---|---|---|

**FedEx Freight**
**Po Box 10306**
**0**
**573**
**Palatine, IL 60055-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **378**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,149.27 |
|---|---|---|---|

**Ferrara Candy Company**
**Po Box 734643**
**0**
**71**
**Dallas, TX 75373-4643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2434**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,714.70 |
|---|---|---|---|

**FILO AMERICA**
**Po Box 847172**
**0**
**224**
**Los Angeles, CA 90084-7172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3750**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,055.19 |
|---|---|---|---|

**First Insurance Funding**
**450 Skokie Blvd**
**Ste 1000**
**126**
**Northbrook, IL 60062-7917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6130**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.08 |
|---|---|---|---|

**First Utility District of Knox County**
**Po Box 2153**
**0**
**570**
**Birmingham, AL 35287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5941**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,601.04** |
|---|---|---|---|

**FITT USA**
**136 Corporate Park Dr**
**Ste I**
**73**
**Mooresville, NC 28117-6960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6182__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,549.30** |
|---|---|---|---|

**Five Star Food Service - Nashville**
**Po Box 733261**
**0**
**475**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __1008__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**Fleet Equipment Leasing LLC**
**2505 Farrisview Rd**
**0**
**499**
**Memphis, TN 38118-9513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5256__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,816.88** |
|---|---|---|---|

**Fleetco, Inc**
**3003 Brick Church Pike Box 78218**
**0**
**102**
**Nashville, TN 37207-3213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __388__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$547.36** |
|---|---|---|---|

**Flint Energies**
**Po Box 530812**
**0**
**560**
**ATLANTA, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5644__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,372.56** |
|---|---|---|---|

**Florence Utilities**
**110 W College St**
**0**
**481**
**Florence, AL 35630-5517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5049__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document    Page 124 of 270

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.76 |

**Florence Utilities (USE 055049)**
**Po Box 877**
**0**
**626**
**Florence, AL 35631**

Date(s) debt was incurred __

Last 4 digits of account number  **8921**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.34 |

**Forsyth County Tax Commissioner**
**1092 Tribble Gap Road**
**0**
**646**
**Cumming, GA 30040**

Date(s) debt was incurred __

Last 4 digits of account number  **6208**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $979.20 |

**Frankford Candy LLC**
**Po Box 826349**
**0**
**523**
**Philadelphia, PA 19182-6349**

Date(s) debt was incurred __

Last 4 digits of account number  **4529**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.00 |

**Franklin County Trustee**
**P.O. Box 340**
**0**
**610**
**Winchester, TN 37398**

Date(s) debt was incurred __

Last 4 digits of account number  **7204**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,596.00 |

**Franklin Express Incorporated**
**Po Box 473**
**0**
**149**
**Franklin, KY 42135-0473**

Date(s) debt was incurred __

Last 4 digits of account number  **6063**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,536.00 |

**Franklin Express, Inc.**
**Po Box 473**
**0**
**503**
**Franklin, KY 42135**

Date(s) debt was incurred __

Last 4 digits of account number  **5259**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.38 |

**Franklin Water & Wastewater Dept.**
109 3Rd Ave S
#141
600
Franklin, TN 37064

Date(s) debt was incurred _

Last 4 digits of account number **6090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,750.00 |

**Fred David International USA Inc**
1407 Broadway
#710
391
New York, NY 10018

Date(s) debt was incurred _

Last 4 digits of account number **1610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,377.47 |

**FusionSite**
Po Box 60
0
509
Whites Creek, TN 37189-0060

Date(s) debt was incurred _

Last 4 digits of account number **2421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,315.29 |

**G&J Pepsi**
Po Box 643383
0
349
Cincinnati, OH 45264-3383

Date(s) debt was incurred _

Last 4 digits of account number **3655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.78 |

**Gadsden Water Works**
Po Box 800
0
660
Gadsden, AL 35902

Date(s) debt was incurred _

Last 4 digits of account number **1367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,700.00 |

**Garment Group Inc**
1319 Boyd St
0
237
Los Angeles, CA 90033-3712

Date(s) debt was incurred _

Last 4 digits of account number **6119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,040.80 |
|---|---|---|---|

**Garson Home LLC**
**2041 Mcdonald Ave**
**0**
**147**
**Brooklyn, NY 11223-2820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **2315**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,035.00 |
|---|---|---|---|

**General Sound Co**
**736 E 29Th St**
**0**
**177**
**Los Angeles, CA 90011-2014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **2737**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,062,023.93 |
|---|---|---|---|

**Geodis Logistics, LLC**
**15604 Collections Center Drive**
**0**
**3**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6233**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $471.93 |
|---|---|---|---|

**Georgetown Municipal Water & Sewer**
**Po Box 640**
**0**
**569**
**Georgetown, KY 40324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6783**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,017.97 |
|---|---|---|---|

**Georgia Natural Gas**
**Po Box 71245**
**0**
**519**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1472**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.74 |
|---|---|---|---|

**Georgia Power**
**96 Annex**
**0**
**655**
**Atlanta, GA 30396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **8922**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.40 |
|---|---|---|---|

**GINA GROUP, LLC**
10 West 33Rd Street
3rd Floor
643
New York, NY 10001

Date(s) debt was incurred _

Last 4 digits of account number **6624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,301.20 |
|---|---|---|---|

**GlaxoSmithKline**
Po Box 640067
0
181
Pittsburgh, PA 15264-0067

Date(s) debt was incurred _

Last 4 digits of account number **4006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,319.10 |
|---|---|---|---|

**Global USA Inc**
147 L F I Complex Ln
0
100
Lexington, NC 27292-8748

Date(s) debt was incurred _

Last 4 digits of account number **4625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,590.62 |
|---|---|---|---|

**GORDON BROTHERS COMMERCIAL & INDUSTRIAL**
101 Huntington Ave
11th Fl
168
Boston, MA 02199-7603

Date(s) debt was incurred _

Last 4 digits of account number **6629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,438.55 |
|---|---|---|---|

**Granite Telecommunications**
Po Box 983119
0
721
Boston, MA 02298-3119

Date(s) debt was incurred _

Last 4 digits of account number **5433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,710.00 |
|---|---|---|---|

**GRANT & BOWMAN, INC**
Po Box 911794
0
148
Denver, CO 80291

Date(s) debt was incurred _

Last 4 digits of account number **6695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,521.00 |
|---|---|---|---|

**GREAT LAKES WHOLESALE GROUP**
16410 John Ln Crossing
#400
184
Lockport, IL 60441

Date(s) debt was incurred __

Last 4 digits of account number **6889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123,531.66 |
|---|---|---|---|

**GREEN TOWN LLC**
Po Box 741072
0
47
Boynton Beach, FL 33474-1072

Date(s) debt was incurred __

Last 4 digits of account number **802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.41 |
|---|---|---|---|

**Greenville Water**
Po Box 687
0
654
Greenville, SC 29602

Date(s) debt was incurred __

Last 4 digits of account number **5287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,976.00 |
|---|---|---|---|

**Grey Matter Concepts**
Po Box 1036
0
409
Charlotte, NC 28201-1036

Date(s) debt was incurred __

Last 4 digits of account number **1719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,129.28 |
|---|---|---|---|

**Greystone Power Company**
Po Box 6071
0
489
Douglasville, GA 30154

Date(s) debt was incurred __

Last 4 digits of account number **1128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385.56 |
|---|---|---|---|

**Griffin Mechanical, LLC**
307 Lewis Hollow Rd.
0
580
Dickson, TN 37055

Date(s) debt was incurred __

Last 4 digits of account number **6805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Guardian Life Ins of America**
Po Box 824418
0
649
Philadelphia, PA 19182-0001

Date(s) debt was incurred  _

Last 4 digits of account number  **6197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Hackmeyer Properties Of Florida**
3300 Oak Lawn Ave
Ste 402
354
Dallas, TX 75219

Date(s) debt was incurred  _

Last 4 digits of account number  **8927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,460.00 |
|---|---|---|---|

**Haddad Apparel Group, Ltd**
131 Docks Corner Rd
0
363
Dayton, NJ 08810-1531

Date(s) debt was incurred  _

Last 4 digits of account number  **4102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,657.76 |
|---|---|---|---|

**Hain Celestial Group**
657 W Nance St
0
474
Perris, CA 92571-7424

Date(s) debt was incurred  _

Last 4 digits of account number  **5545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $854.97 |
|---|---|---|---|

**Hallsdale-Powell Utility District**
P.O. Box 71449
0
531
Knoxville, TN 37938

Date(s) debt was incurred  _

Last 4 digits of account number  **1235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $387.23 |
|---|---|---|---|

**Hamilton County Trustee**
Po Box 11047
0
579
Chattanooga, TN 37401

Date(s) debt was incurred  _

Last 4 digits of account number  **1085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,535.40 |
|---|---|---|---|

**Handcraft MFG**
331 Herrod Blvd.
0
111
Dayton, NJ 08810

Date(s) debt was incurred __

Last 4 digits of account number __1778__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,138.50 |
|---|---|---|---|

**HANDI-FOIL CORP**
135 E Hintz Rd
0
385
Wheeling, IL 60090-6035

Date(s) debt was incurred __

Last 4 digits of account number __7063__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.50 |
|---|---|---|---|

**Hardin County Water District No. 2**
P.O. Box 645854
0
651
Pittsburgh, PA 15264

Date(s) debt was incurred __

Last 4 digits of account number __1057__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.81 |
|---|---|---|---|

**Hargray**
P.O. Box 100116
0
616
Columbia, SC 29202

Date(s) debt was incurred __

Last 4 digits of account number __1716__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,576.00 |
|---|---|---|---|

**Harris Spice**
3110 E Miraloma Ave
0
207
Anaheim, CA 92806-1906

Date(s) debt was incurred __

Last 4 digits of account number __6138__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,760.00 |
|---|---|---|---|

**HDS TRADING CORP.**
1305 Jersey Ave
0
301
NORTH BRUNSWICK, NJ 08902

Date(s) debt was incurred __

Last 4 digits of account number __7153__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.338 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Hemisphere Brands, LLC**
**42 Windsor Pl**
**0**
**241**
**Central Islip, NY 11722-3302**

Date(s) debt was incurred __

Last 4 digits of account number  **4156**

As of the petition filing date, the claim is: *Check all that apply.*            **$20,766.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.339 | **Nonpriority creditor's name and mailing address** |

**Hendersonville Utility District**
**Po Box 180**
**0**
**628**
**Hendersonville, TN 37077-0180**

Date(s) debt was incurred __

Last 4 digits of account number  **5825**

As of the petition filing date, the claim is: *Check all that apply.*            **$116.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.340 | **Nonpriority creditor's name and mailing address** |

**HENKEL CORPORATION**
**Po Box 281666**
**0**
**74**
**ATLANTA, GA 30384**

Date(s) debt was incurred __

Last 4 digits of account number  **6736**

As of the petition filing date, the claim is: *Check all that apply.*            **$90,483.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.341 | **Nonpriority creditor's name and mailing address** |

**HENKEL CORPORATION**
**2404 S 6505 W**
**0**
**130**
**West Valley City, UT 84128-6427**

Date(s) debt was incurred __

Last 4 digits of account number  **6183**

As of the petition filing date, the claim is: *Check all that apply.*            **$46,650.64**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.342 | **Nonpriority creditor's name and mailing address** |

**HERR FOODS INC.**
**Po Box 300**
**0**
**199**
**NOTTINGHAM, PA 19362**

Date(s) debt was incurred __

Last 4 digits of account number  **5261**

As of the petition filing date, the claim is: *Check all that apply.*            **$28,508.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.343 | **Nonpriority creditor's name and mailing address** |

**HGP GROUP LLC.**
**22D Cragwood Rd**
**0**
**352**
**Avenel, NJ 07001-2236**

Date(s) debt was incurred __

Last 4 digits of account number  **4404**

As of the petition filing date, the claim is: *Check all that apply.*            **$9,086.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Name

**3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$199.00**

Hiller Nashville Plumbing, Heating, Cool
915 Murfreesboro Pike
0
608
Nashville, TN 37217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5503**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,280.43**

HireRight GIS Intermediate Corp, Inc
Po Box 847891
0
424
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5929**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$809.15**

Hixson Utility District
P.O. Box 1598
0
536
Hixson, TN 37343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1483**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,818.52**

Hopkinsville Electric System
1820 E 9Th St
0
695
Hopkinsville, KY 42240-4459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6835**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$113,754.17**

Hostess Brands
7905 Quivira Rd
0
52
Lenexa, KS 66215-2732

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6010**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$370.59**

Houston County Tax Commissioner
200 Carl Vinson Pkwy
0
581
Warner Robins, GA 31088-5821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6768**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,043.50** |
|-------|-----------------------------------------------------|--------------------------------------------------------------------------|----------------|
| | **HR Corporation**<br>**2675 Pomona Blvd**<br>**0**<br>**299**<br>**Pomona, CA 91768-3221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **4756** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$245,315.00** |
|-------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------------|
| | **Hub International**<br>**100 Sunnyside Blvd**<br>**0**<br>**11**<br>**Woodbury, NY 11797-2925** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **6068** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,264.97** |
|-------|-----------------------------------------------------|--------------------------------------------------------------------------|----------------|
| | **HubSpot, Inc**<br>**Po Box 419842**<br>**0**<br>**402**<br>**Boston, MA 02241-9842** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2947** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$196,852.50** |
|-------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------------|
| | **iApparel**<br>**463 7Th Ave**<br>**Rm 601**<br>**18**<br>**New York, NY 10018-8720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2701** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$97,473.74** |
|-------|-----------------------------------------------------|--------------------------------------------------------------------------|----------------|
| | **IDEA NUOVA, INC.**<br>**302 5Th Ave**<br>**#5**<br>**64**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **6918** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,459.40** |
|-------|-----------------------------------------------------|--------------------------------------------------------------------------|----------------|
| | **Ikeddi Imports LLC**<br>**1407 Broadway**<br>**Rm 1600**<br>**200**<br>**New York, NY 10018-2811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **5305** | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document     Page 134 of 270

| 3.356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$98,345.20** |
|-------|------|------|------|
| | **INA INTERNATIONAL LTD**<br>**3449 Superior Court**<br>**0**<br>**62**<br>**Oakville, ON L6L0C4** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  **5833** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$118,041.30** |
|-------|------|------|------|
| | **International Intimates/Bon Bebe**<br>**34 West 33Rd Street**<br>**9th Floor**<br>**50**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  **7303** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,142.56** |
|-------|------|------|------|
| | **INTERNATIONAL WHOLESALE, INC.**<br>**4000 Allen Road**<br>**0**<br>**405**<br>**ALLEN PARK, MI 48101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  **5416** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42,518.72** |
|-------|------|------|------|
| | **Iovate Health Sciences USA Inc**<br>**1105 N Market St**<br>**Ste 1330**<br>**139**<br>**Wilmington, DE 19801-1207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  **5754** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,181.26** |
|-------|------|------|------|
| | **Isolved Benefit Services**<br>**Po Box 889**<br>**0**<br>**441**<br>**Coldwater, MI 49036-0889** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  **4794** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$92,690.08** |
|-------|------|------|------|
| | **J Kinderman & Sons, Inc.**<br>**2900 South 20Th Street**<br>**0**<br>**70**<br>**Philadelphia, PA 19145** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  **1618** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$28,365.48** |

**J&D Brush Co. Llc**
**55 Mall Dr**
**A**
**201**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **7221**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$15,850.00** |

**J. Clark & Company LLC**
**500 Wilson Pike Cir**
**Ste 235**
**289**
**Brentwood, TN 37027-3225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6221**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$86,455.00** |

**J.P.C. APPAREL LLC**
**8195 Sweetbriar Way**
**0**
**80**
**Boca Raton, FL 33496-5130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2798**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.365 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$65,653.68** |

**Ja-Ru, Inc.**
**12901 Flagler Center Blvd**
**0**
**101**
**Jacksonville, FL 32258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1485**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.366 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$1,817.64** |

**Jackson Energy Authority**
**P.O. Box 2288**
**0**
**497**
**Jackson, TN 38302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6561**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$810.00** |

**Jackson Lewis P.C.**
**Po Box 416019**
**0**
**535**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1078**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.01 |
| --- | --- | --- | --- |

**Jacob Failla**
812 Jackson Downs Blvd
0
576
Nashville, TN 37214-2339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3489**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,859.50 |
| --- | --- | --- | --- |

**JBL Trading LLC**
Po Box 712932
0
288
Philadelphia, PA 19171-2932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4320**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,994.60 |
| --- | --- | --- | --- |

**JD FINE AND COMPANY**
Po Box 6604
0
274
Concord, CA 94524-1604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3653**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
| --- | --- | --- | --- |

**JDA ENTERPRISES**
131 Jacobs Lane
0
283
Norwell, MA 02061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6856**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,592.50 |
| --- | --- | --- | --- |

**Jeffco 'Fibres, Inc**
12 Park St
0
396
Webster, MA 01570-2888

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5317**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,233.59 |
| --- | --- | --- | --- |

**Jefferson County Dept of Revenue**
Po Box 12207
0
460
Birmingham, AL 35202-2207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6208**

Is the claim subject to offset? ■ No ☐ Yes

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document     Page 137 of 270

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |
|---|---|---|---|

**Jefferson County J.T. Smallwood Tax Coll**
Po Box 38
0
645
Dandridge, TN 37725-0038

Date(s) debt was incurred _

Last 4 digits of account number **5610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91.95** |
|---|---|---|---|

**Jessamine Water District #1**
2225 Lexington R.D
0
636
Nicholasville, KY 40356

Date(s) debt was incurred _

Last 4 digits of account number **5441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,510.00** |
|---|---|---|---|

**Jillian Knoedler - Consulting**
421 Rudolph Ave
0
455
Nashville, TN 37206-1810

Date(s) debt was incurred _

Last 4 digits of account number **2810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,889.00** |
|---|---|---|---|

**JLJ Home Furnishings**
5840 Lancaster Hwy
0
327
Fort Lawn, SC 29714-8668

Date(s) debt was incurred _

Last 4 digits of account number **5486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,281.80** |
|---|---|---|---|

**JM Distributing, Inc.**
2380 Drew St
Ste 5
268
Clearwater, FL 33765-3311

Date(s) debt was incurred _

Last 4 digits of account number **5211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**John M. Galich**
10075 W. Lincoln Hwy
Frankfort, IL 60423

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,095.95 |

**Johnson City Utility System**
Po Box 2386
0
696
Johnson City, TN 37605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1275**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,264.00 |

**JONES SODA**
Po Box 80526
0
403
Seattle, WA 98108-0526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **6813**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,720.00 |

**JORDAN MANUFACTURING**
Po Box 735127
0
161
Chicago, IL 60673-5127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **6650**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,009.00 |

**Josmo Shoes Corp.**
601 59Th St
0
85
West New York, NJ 07093-1303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **3513**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,301.40 |

**JRC Toys Inc**
5589 Royalmount
0
195
Montreal, QC H4P 1J3

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **4757**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,457.10 |

**JS China Sourcing Inc.**
Po Box 100895
0
88
Atlanta, GA 30384-0895

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **7307**

Is the claim subject to offset? ■ No ☐ Yes

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,861.50 |
|---|---|---|---|

**K & Y Intimate/Swim LLC.**
Po Box 88926
0
287
Chicago, IL 60695-0001

Date(s) debt was incurred __

Last 4 digits of account number **2143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,767.20 |
|---|---|---|---|

**KAISA USA, INC.**
20520 Unico Rd
0
416
Mc Kenney, VA 23872-2704

Date(s) debt was incurred __

Last 4 digits of account number **4416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,723.64 |
|---|---|---|---|

**KASHI ENTERPRISES INC**
230 5Th Avenue
0
141
NEW YORK, NY 10001

Date(s) debt was incurred __

Last 4 digits of account number **7136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,707.60 |
|---|---|---|---|

**KDI, LLC**
6 East 46Th Street
SUITE 500
162
New York, NY 10017

Date(s) debt was incurred __

Last 4 digits of account number **6278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,568.28 |
|---|---|---|---|

**KELLOGG COMPANY**
25714 Network Place
0
66
Chicago, IL 60673

Date(s) debt was incurred __

Last 4 digits of account number **6470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,867.00 |
|---|---|---|---|

**KENNEY MANUFACTURING**
1000 Jefferson Blvd
0
209
Warwick, RI 02886

Date(s) debt was incurred __

Last 4 digits of account number **6845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.53 |
|---|---|---|---|

**Kentucky American Water**
Po Box 6029
0
604
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1022**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,224.50 |
|---|---|---|---|

**Kenvue Brands LLC**
P.O. Box 406397
0
58
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6430**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,645.00 |
|---|---|---|---|

**Kerusso**
402 Hwy 62 Spur
0
344
Berryville, AR 72616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **2004**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,612.00 |
|---|---|---|---|

**Keter US, Inc.**
Po Box 841913
0
155
Boston, MA 02284-1913

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **3194**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,724.00 |
|---|---|---|---|

**Kidz Concepts, LLC**
1412 Broadway
Fl 3
125
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **5361**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,249.93 |
|---|---|---|---|

**KIK International LLC**
33 Macintosh Blvd.
0
104
Concord, ON L4K4L5

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **2358**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
| --- | --- | --- |
| 3.398 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **KIMBERLY-CLARK CORPORATION** | |
| | **Po Box 915003** | ☐ Contingent |
| | **0** | ☐ Unliquidated |
| | **28** | ☐ Disputed |
| | **Dallas, TX 75391** | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number **6285** | Is the claim subject to offset? ■ No ☐ Yes |

**$158,949.55**

| | | |
| --- | --- | --- |
| 3.399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **KITTRICH CORPORATION** | |
| | **Po Box 641094** | ☐ Contingent |
| | **0** | ☐ Unliquidated |
| | **379** | ☐ Disputed |
| | **Dallas, TX 75264-1094** | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number **7139** | Is the claim subject to offset? ■ No ☐ Yes |

**$7,603.00**

| | | |
| --- | --- | --- |
| 3.400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Klear Vu Corporation** | |
| | **600 Airport Rd** | ☐ Contingent |
| | **0** | ☐ Unliquidated |
| | **365** | ☐ Disputed |
| | **Fall River, MA 02720-4735** | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number **2791** | Is the claim subject to offset? ■ No ☐ Yes |

**$8,442.00**

| | | |
| --- | --- | --- |
| 3.401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Knox County Trustee** | |
| | **Po Box 70** | ☐ Contingent |
| | **0** | ☐ Unliquidated |
| | **559** | ☐ Disputed |
| | **Knoxville, TN 37901** | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number **652** | Is the claim subject to offset? ■ No ☐ Yes |

**$549.00**

| | | |
| --- | --- | --- |
| 3.402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Knoxville Utilities Board** | |
| | **Po Box 59017** | ☐ Contingent |
| | **0** | ☐ Unliquidated |
| | **358** | ☐ Disputed |
| | **Knoxville, TN 37950** | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number **8939** | Is the claim subject to offset? ■ No ☐ Yes |

**$8,654.92**

| | | |
| --- | --- | --- |
| 3.403 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **KOLE IMPORTS** | |
| | **24600 Main Street** | ☐ Contingent |
| | **0** | ☐ Unliquidated |
| | **430** | ☐ Disputed |
| | **CARSON, CA 90745** | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number **6421** | Is the claim subject to offset? ■ No ☐ Yes |

**$4,962.50**

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document    Page 142 of 270

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,872.80** |
|---|---|---|---|

**KRAFT HEINZ FOODS COMPANY**
22541 Network Place
0
154
CHICAGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6200**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,182.40** |
|---|---|---|---|

**Kruger Products (USA) Inc.**
105 Nw 2Nd St
Ste 205
189
Bentonville, AR 72712-4852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5501**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,594.91** |
|---|---|---|---|

**KU - LGE**
Po Box 9001954
0
163
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **731**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,516.00** |
|---|---|---|---|

**LAGRANGE -City of LaGrange**
Po Box 4410
0
398
LaGrange, GA 30241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5877**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$88,973.40** |
|---|---|---|---|

**Lamplight**
Po Box 161113
0
76
Atlanta, GA 30321-1113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3322**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$102,216.91** |
|---|---|---|---|

**Landsberg**
Po Box 731575
0
59
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5331**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110.00** |
|---|---|---|---|

**Lawrence County Trustee**
200 W Gaines St
Ste 101
630
Lawrenceburg, TN 38464

Date(s) debt was incurred __

Last 4 digits of account number **6908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$327.94** |
|---|---|---|---|

**Lawrenceburg Utility Systems**
Po Box 649
0
671
Lawrenceburg, TN 38464-0649

Date(s) debt was incurred __

Last 4 digits of account number **5646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**LBMC PC**
Po Box 1869
0
220
Brentwood, TN 37024-1869

Date(s) debt was incurred __

Last 4 digits of account number **5764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,923.25** |
|---|---|---|---|

**Le Miel Group**
3260 Pomona Blvd
0
374
Pomona, CA 91768-3282

Date(s) debt was incurred __

Last 4 digits of account number **4752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,359.12** |
|---|---|---|---|

**Learning Technologies Group Inc**
Po Box 632042
0
202
Cincinnati, OH 45263-2042

Date(s) debt was incurred __

Last 4 digits of account number **4597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,612.00** |
|---|---|---|---|

**Leather Impressions, Inc.**
7834 Kingspointe Pkwy
0
432
Orlando, FL 32819-8520

Date(s) debt was incurred __

Last 4 digits of account number **4237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510,797.22 |
| --- | --- | --- | --- |

**Lee Company**
Po Box 306053
0
4
Nashville, TN 37230

Date(s) debt was incurred __

Last 4 digits of account number **8942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,104.56 |
| --- | --- | --- | --- |

**Lee County Tax Collector**
P O Box 271
0
350
Tupelo, MS 38802

Date(s) debt was incurred __

Last 4 digits of account number **1475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,695.00 |
| --- | --- | --- | --- |

**LEGWEAR CONCEPTS, INC.**
1410 Broadway
Rm 505
276
New York, NY 10018-9372

Date(s) debt was incurred __

Last 4 digits of account number **5506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164,473.69 |
| --- | --- | --- | --- |

**LEON KOROL COMPANY**
2050 E Devon Ave
0
25
ELK GROVE VLG, IL 60007

Date(s) debt was incurred __

Last 4 digits of account number **1026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,011.10 |
| --- | --- | --- | --- |

**Leonard Rubin Associates, Inc**
1270 Broadway
909
171
New York, NY 10001

Date(s) debt was incurred __

Last 4 digits of account number **1794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $473,129.10 |
| --- | --- | --- | --- |

**LEWISCO HOLDINGS**
208 W. 30Th Street
# 301
6
New York, NY 10001

Date(s) debt was incurred __

Last 4 digits of account number **6203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document      Page 145 of 270

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,668.00 |
|---|---|---|---|

**LEWISCO HOLDINGS**
**208 W. 30Th St**
**SUITE 504**
**418**
**New York, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __733__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263.86 |
|---|---|---|---|

**Lexington-Fayette Urban County Governmen**
**P.O. Box 14058**
**0**
**597**
**Lexington, KY 40512**

Date(s) debt was incurred __

Last 4 digits of account number __1012__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,144.18 |
|---|---|---|---|

**Lexmark International Inc.**
**740 W New Circle Rd**
**0**
**324**
**Lexington, KY 40550-0001**

Date(s) debt was incurred __

Last 4 digits of account number __6058__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,018.06 |
|---|---|---|---|

**LG&E**
**Po Box 9001960**
**0**
**518**
**Louisville, KY 40290**

Date(s) debt was incurred __

Last 4 digits of account number __1179__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,819.88 |
|---|---|---|---|

**Life Safety Engineered Systems**
**60 Sonwil Dr**
**0**
**183**
**Buffalo, NY 14225-2425**

Date(s) debt was incurred __

Last 4 digits of account number __3051__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,220.00 |
|---|---|---|---|

**LIFEWORKS TECHNOLOGY GROUP LLC**
**530 7Th Ave**
**FL 21**
**132**
**NEW YORK, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __6515__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,436.74** |
|---|---|---|---|

**Light Bulb Depot 7 LBD**
**Po Box 410**
**0**
**457**
**Aurora, MD 65605**

Date(s) debt was incurred  _

Last 4 digits of account number  **5543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Lincoln Trail Dist Health Dept.**
**P.O. Box 2609**
**0**
**637**
**Elizabethtown, KY 42702**

Date(s) debt was incurred  _

Last 4 digits of account number  **6468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,872.00** |
|---|---|---|---|

**Lintex**
**230 5Th Ave**
**Ste 204**
**334**
**New York, NY 10001-8007**

Date(s) debt was incurred  _

Last 4 digits of account number  **2447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,475.00** |
|---|---|---|---|

**Little Kids, Inc.**
**1015 Newman Ave**
**0**
**400**
**Seekonk, MA 02771-4411**

Date(s) debt was incurred  _

Last 4 digits of account number  **2281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,603.00** |
|---|---|---|---|

**LORENCY & COMPANY**
**1370 Broadway**
**Suite 1100**
**103**
**New York, NY 10018**

Date(s) debt was incurred  _

Last 4 digits of account number  **1910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$632.54** |
|---|---|---|---|

**Louisville Water Company**
**Po Box 32460**
**0**
**551**
**Louisville, KY 40232**

Date(s) debt was incurred  _

Last 4 digits of account number  **1189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,679.25 |
|---|---|---|---|

**LYNCO PRODUCTS**
2121 Kimberly Rd
0
242
Bettendorf, IA 52722-3628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **5636**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,792.40 |
|---|---|---|---|

**MAC WHOLESALE**
Po Box 480
0
211
EAST BRIDGEWATER, MA 02333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **744**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Madison Co. Health Dept. Environmental**
214-216 Boggs Lane
PO Box 1208
599
Richmond, KY 40476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **6810**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.00 |
|---|---|---|---|

**Madison County Trustee**
100 E. Main St., Room 107
0
625
Jackson, TN 38301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **649**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181,154.30 |
|---|---|---|---|

**MAG APPAREL USA, INC.**
Po Box 88926
0
19
Chicago, IL 60695-1926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **6944**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,032.00 |
|---|---|---|---|

**MAGID**
Po Box 847678
0
492
Boston, MA 02284-7678

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2409**

Is the claim subject to offset? ■ No ☐ Yes

Name

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.01 |

**Maile Raske**
1004 Brylee Dr
0
577
Mount Juliet, TN 37122-4477

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **7297**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,480.00 |

**Main and Local**
306-540 Rue De Beauharnois O
0
321
Monteal, QC 1L2

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5847**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,068.75 |

**MAJESTIC**
300 Jefferson St
0
258
Camden, NJ 08104-2130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5264**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138,635.70 |

**Majesty Brands LLC**
Po Box 712683
0
36
Philadelphia, PA 19171-2683

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3459**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,180.00 |

**Majesty Home**
53 W 36Th St
Rm 301
331
New York, NY 10018-7930

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **2322**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $331,519.13 |

**Manhattan Associates, Inc**
Po Box 405696
0
9
Atlanta, TN 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6591**

Is the claim subject to offset? ■ No ☐ Yes

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document      Page 149 of 270

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,809.50 |
|---|---|---|---|

**Manhattan Beachwear**
Po Box 2656
0
128
Cypress, CA 90630-1356

Date(s) debt was incurred __

Last 4 digits of account number **4603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,054.88 |
|---|---|---|---|

**Manin Distributing Inc.**
222 S. Easton Rd.
Suite 120
467
Glenside, PA 19038

Date(s) debt was incurred __

Last 4 digits of account number **5863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529.30 |
|---|---|---|---|

**Mansfield Power & Gas**
Po Box 733714
0
681
Dallas, TX 75373-3714

Date(s) debt was incurred __

Last 4 digits of account number **4255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,393.05 |
|---|---|---|---|

**Marietta Power & Water**
Po Box 609
0
690
Marietta, GA 30061-0609

Date(s) debt was incurred __

Last 4 digits of account number **4254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,960.00 |
|---|---|---|---|

**MARKETING RESULTS LTD.**
3985 Groves Rd.
0
373
COLUMBUS, OH 43232

Date(s) debt was incurred __

Last 4 digits of account number **947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,465.90 |
|---|---|---|---|

**Marketing Solutions, LLC**
1415 W Wrightwood Ave.
0
362
Chicago, IL 60614

Date(s) debt was incurred __

Last 4 digits of account number **1728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,959.23 |

**Material Handling Resources - MHR**
Po Box 15604
0
355
Chicago, IL 60693

Date(s) debt was incurred __

Last 4 digits of account number **7035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $580.50 |

**Materials Handling Svc - MHS**
Po Box 40303
0
555
Nashville, TN 37204

Date(s) debt was incurred __

Last 4 digits of account number **5548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,383.20 |

**MATTEL SALES CORP**
Po Box 100125
0
303
ATLANTA, GA 30384

Date(s) debt was incurred __

Last 4 digits of account number **6501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,892.00 |

**Mattress Atlanta**
55 Enterprise Blvd Sw
0
450
Atlanta, GA 30336-2132

Date(s) debt was incurred __

Last 4 digits of account number **4236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Maury County Trustee**
One Public Sq.
0
619
Columbia, TN 38401

Date(s) debt was incurred __

Last 4 digits of account number **6339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,274.00 |

**Max Sales Group**
15240 Nelson Ave.
0
159
CITY OF INDUSTRY, CA 91744

Date(s) debt was incurred __

Last 4 digits of account number **7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Maximum Shred Protection - MaxShred**
P.O. Box 10808
0
585
Murfreesboro, TN 37129

Date(s) debt was incurred _

Last 4 digits of account number **1508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Maxxsouth Broadband**
Po Box 10027
0
633
Toledo, OH 43699-0027

Date(s) debt was incurred _

Last 4 digits of account number **5634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,871.00 |
|---|---|---|---|

**MAYTEX MILLS INC.**
1700 Cloister Drive
0
412
Lancaster, PA 17601

Date(s) debt was incurred _

Last 4 digits of account number **1315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,858.00 |
|---|---|---|---|

**MAZAL INDUSTRIES DBA PARKVIEW HOME TEXTI**
230 5Th Ave
Ste 1301
317
New York, NY 10001-7734

Date(s) debt was incurred _

Last 4 digits of account number **6156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,504.00 |
|---|---|---|---|

**MAZE COLLECTIONS**
1384 Broadway
SUITE 1903
221
New York, NY 10018

Date(s) debt was incurred _

Last 4 digits of account number **7069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127,023.32 |
|---|---|---|---|

**MBB Agency**
7820 Foster St
0
45
Overland Park, KS 66204-2955

Date(s) debt was incurred _

Last 4 digits of account number **3410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document      Page 152 of 270

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,087.39** |
|---|---|---|---|

**McCormick Equipment Co., Inc.**
112 Northeast Dr.
0
406
Loveland, OH 45140

Date(s) debt was incurred __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Last 4 digits of account number **6826**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,522.23** |
|---|---|---|---|

**McKee Foods**
Po Box 2118
0
131
Collegedale, TN 37315-2118

Date(s) debt was incurred __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Last 4 digits of account number **4145**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,272.72** |
|---|---|---|---|

**Memphis Light Gas And Water MLGW**
Po Box 388
0
323
Memphis, TN 38145

Date(s) debt was incurred __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Last 4 digits of account number **8945**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
|---|---|---|---|

**MERCHANDISE SOLUTIONS LLC**
3851 N Mays St
0
642
Round Rock, TX 78665-2730

Date(s) debt was incurred __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Last 4 digits of account number **6032**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$633.09** |
|---|---|---|---|

**Metro Water Services**
P O Box 305225
0
550
Nashville, TN 37230

Date(s) debt was incurred __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Last 4 digits of account number **5047**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,859.82** |
|---|---|---|---|

**Microsoft Corporation**
1 Microsoft Way
0
310
Redmond, WA 98052-8300

Date(s) debt was incurred __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Last 4 digits of account number **7116**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,808.36 |

**Middle Tennessee Electric**
Po Box 681709
0
328
Franklin, TN 37068

Date(s) debt was incurred __

Last 4 digits of account number **6227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,964.18 |

**Middle Tennessee Electric - Murfreesboro**
Po Box 608
0
234
Murfreesboro, TN 37133

Date(s) debt was incurred __

Last 4 digits of account number **8865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,673.04 |

**MidWest Quality Gloves, Inc.**
Po Box 260
0
225
Chillicothe, MO 64601-0260

Date(s) debt was incurred __

Last 4 digits of account number **3847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,790.00 |

**MIGEAR INTERNATIONAL GROUP LLC**
Po Box 712932
0
167
Philadelphia, PA 19171-2932

Date(s) debt was incurred __

Last 4 digits of account number **3118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,117.60 |

**MISSRY ASSOCIATES**
135 South Lasalle
2987
120
Chicago, IL 60603

Date(s) debt was incurred __

Last 4 digits of account number **7056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,177.60 |

**Mitel (ShoreTel Inc)**
Po Box 53230
0
705
Phoenix, AZ 85072

Date(s) debt was incurred __

Last 4 digits of account number **5413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.476 | **Nonpriority creditor's name and mailing address** | **$5,232.00** |

**MJC International Group**
Po Box 712674
0
425
Philadelphia, PA 19171-2674

Date(s) debt was incurred  _
Last 4 digits of account number  **1617**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.477 | **Nonpriority creditor's name and mailing address** | **$17,082.00** |

**MMD APPAREL**
1410 Broadway
Rm 1008
270
New York, NY 10018-9358

Date(s) debt was incurred  _
Last 4 digits of account number  **3309**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.478 | **Nonpriority creditor's name and mailing address** | **$93,606.08** |

**Mohawk Carpet Distribution**
Po Box 935550
0
69
Atlanta, GA 31193-5550

Date(s) debt was incurred  _
Last 4 digits of account number  **689**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.479 | **Nonpriority creditor's name and mailing address** | **$107,037.02** |

**Mondelez  International**
905 W Fulton Market
Ste 200
56
Chicago, IL 60607-1325

Date(s) debt was incurred  _
Last 4 digits of account number  **2523**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.480 | **Nonpriority creditor's name and mailing address** | **$12,091.50** |

**Monogram Foods**
Po Box 71400
0
325
Chicago, IL 60694-0001

Date(s) debt was incurred  _
Last 4 digits of account number  **5058**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.481 | **Nonpriority creditor's name and mailing address** | **$129,601.20** |

**Monster Energy Company**
Po Box 894864
0
44
Los Angeles, CA 90189-4864

Date(s) debt was incurred  _
Last 4 digits of account number  **4178**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,043.88 |
|---|---|---|---|

**Montgomery County Environmental Services**
Po Box 742598
0
689
Cincinnati, OH 45274

Date(s) debt was incurred __

Last 4 digits of account number **5922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $209.00 |
|---|---|---|---|

**Montgomery County Trustee**
Po Box 1005
0
603
Clarksville, TN 37041-1005

Date(s) debt was incurred __

Last 4 digits of account number **6140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,347.21 |
|---|---|---|---|

**Morehead Utility Plant Board**
135 S Wilson Ave
0
709
Morehead, KY 40351-1675

Date(s) debt was incurred __

Last 4 digits of account number **4481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,668.45 |
|---|---|---|---|

**Morris Costumes**
5455 S 90Th St
0
243
Omaha, NE 68127-3501

Date(s) debt was incurred __

Last 4 digits of account number **4970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.95 |
|---|---|---|---|

**Morristown Fibernet (INTERNET)**
Po Box 59012
0
641
Knoxville, TN 37950-9012

Date(s) debt was incurred __

Last 4 digits of account number **5591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,646.32 |
|---|---|---|---|

**Morristown Utilities Comm (ELECTRIC)**
Po Box 59012
0
419
KNOXVILLE, TN 37950

Date(s) debt was incurred __

Last 4 digits of account number **5490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,394.90 |
|---|---|---|---|

**3.488**

**Nonpriority creditor's name and mailing address**
**MOSAIC BATH & SPA LLC**
**347 5Th Ave**
**SUITE 201**
**90**
**NEW YORK, NY 10016**

Date(s) debt was incurred __

Last 4 digits of account number __6446__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$79,394.90**

---

**3.489**

**Nonpriority creditor's name and mailing address**
**MOSAIC BATH & SPA LLC**
**15300 Desman Rd.**
**0**
**533**
**La Mirada, CA 90638**

Date(s) debt was incurred __

Last 4 digits of account number __843__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$840.00**

---

**3.490**

**Nonpriority creditor's name and mailing address**
**MPM Products USA**
**0281 Dept 0281**
**0**
**650**
**Dallas, TX 75312-0001**

Date(s) debt was incurred __

Last 4 digits of account number __4807__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11.25**

---

**3.491**

**Nonpriority creditor's name and mailing address**
**MR BRANDS LLC**
**113 Fillmore St**
**0**
**93**
**Bristol, PA 19007-5409**

Date(s) debt was incurred __

Last 4 digits of account number __5688__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$71,545.20**

---

**3.492**

**Nonpriority creditor's name and mailing address**
**MRC Creations**
**Po Box 1036**
**0**
**142**
**Charlotte, NC 28201**

Date(s) debt was incurred __

Last 4 digits of account number __7321__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$41,616.00**

---

**3.493**

**Nonpriority creditor's name and mailing address**
**Mud Pie**
**Po Box 117180**
**0**
**60**
**Atlanta, GA 30368-7180**

Date(s) debt was incurred __

Last 4 digits of account number __1995__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$100,379.61**

---

**3.494** Nonpriority creditor's name and mailing address
**Murfreesboro Water Resources Dept.**
Po Box 897
0
679
Murfreesboro, TN 37133

Date(s) debt was incurred __
Last 4 digits of account number **5790**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$475.92**

---

**3.495** Nonpriority creditor's name and mailing address
**Murray Sales Inc.**
6700 Thimens
0
339
Montreal, QC 1S4

Date(s) debt was incurred __
Last 4 digits of account number **3039**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,056.00**

---

**3.496** Nonpriority creditor's name and mailing address
**MVP Group International Inc.**
Po Box 830148
0
204
Philadelphia, PA 19182-0148

Date(s) debt was incurred __
Last 4 digits of account number **3706**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$28,248.00**

---

**3.497** Nonpriority creditor's name and mailing address
**MY IMPORTS USA LLC**
60 Brunswick Ave
0
351
Edison, NJ 08817-2516

Date(s) debt was incurred __
Last 4 digits of account number **5043**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9,091.14**

---

**3.498** Nonpriority creditor's name and mailing address
**N.E Brands LLC**
1450 Broadway
Rm 801
265
New York, NY 10018-2247

Date(s) debt was incurred __
Last 4 digits of account number **3838**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$17,694.00**

---

**3.499** Nonpriority creditor's name and mailing address
**NAPCO, INC**
1620 Frontenac Rd
0
46
Naperville, IL 60563

Date(s) debt was incurred __
Last 4 digits of account number **6471**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$126,720.00**

---

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document      Page 158 of 270

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,484.86** |
|---|---|---|---|

**Nashville Electric Service NES**
P O Box 305099
0
337
Nashville, TN 37230

Date(s) debt was incurred  _

Last 4 digits of account number  **5049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,100.00** |
|---|---|---|---|

**National Mill Industry, Inc**
22 Jackson Dr
0
370
Cranford, NJ 07016-3609

Date(s) debt was incurred  _

Last 4 digits of account number  **2719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,948.00** |
|---|---|---|---|

**Nationwide Campus Corp**
Po Box 375
0
223
Deal, NJ 07723-0375

Date(s) debt was incurred  _

Last 4 digits of account number  **5434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,645.25** |
|---|---|---|---|

**Natrol LLC**
15233 Ventura Blvd
Fl 900
179
Sherman Oaks, CA 91403-2250

Date(s) debt was incurred  _

Last 4 digits of account number  **5406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,840.50** |
|---|---|---|---|

**NBC INVENTORY INC.**
Po Box 81664
0
210
AUSTIN, TX 78708

Date(s) debt was incurred  _

Last 4 digits of account number  **1144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78,915.00** |
|---|---|---|---|

**Nestle Health Science**
1007 Us Highway 202/206 Bldg Jr2
0
91
Bridgewater, NJ 08807-1275

Date(s) debt was incurred  _

Last 4 digits of account number  **5979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | Essex Technology Group, LLC | Case number (if known) | 3:25-bk-00452 |
|---|---|---|---|
| | Name | | |

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,599.20 |
|---|---|---|---|

**NESTLE PURINA PETCARE COMPANY**
Po Box 502371
0
119
SAINT LOUIS, MO 63150

Date(s) debt was incurred _

Last 4 digits of account number **6759**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,474.92 |
|---|---|---|---|

**Newnan Utilities**
Po Box 931808
0
700
Atlanta, GA 31193-1808

Date(s) debt was incurred _

Last 4 digits of account number **5863**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Next Products USA Corp**
14027 Borate St
0
407
Santa Fe Springs, CA 90670-5336

Date(s) debt was incurred _

Last 4 digits of account number **5782**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,763.67 |
|---|---|---|---|

**NIAGARA BOTTLING, LLC**
Po Box 844770
0
68
Los Angeles, CA 90084

Date(s) debt was incurred _

Last 4 digits of account number **6260**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.80 |
|---|---|---|---|

**Nicholasville Water & Sewer**
Po Box 450
0
639
Nicholasville, KY 40340

Date(s) debt was incurred _

Last 4 digits of account number **5439**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,044.80 |
|---|---|---|---|

**NIDICO GROUP INC.**
775 American Dr.
0
263
BENSALEM, PA 19020

Date(s) debt was incurred _

Last 4 digits of account number **725**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $229,119.00 |
| | **NORTHPOINT TRADING INC.** | | |
| | **347 5Th Ave Ste 201** | ☐ Contingent | |
| | **0** | ☐ Unliquidated | |
| | **13** | ☐ Disputed | |
| | **New York, NY 10016-5010** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **768** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,938.14 |
| | **NUBANI DISTRIBUTORS INC.** | | |
| | **2850 Oak St** | ☐ Contingent | |
| | **0** | ☐ Unliquidated | |
| | **240** | ☐ Disputed | |
| | **Bellwood, IL 60104-1560** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **6111** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $102.00 |
| | **Obion County Trustee ATTN: Tracey Westbr** | | |
| | **3 Bill Burnett Circle** | ☐ Contingent | |
| | **PO Box 147** | ☐ Unliquidated | |
| | **634** | ☐ Disputed | |
| | **Union City, TN 38281** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **6907** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,330.12 |
| | **Occupancy Cost Audit Group Inc** | | |
| | **16400 Pacific Coast Hwy** | ☐ Contingent | |
| | **Ste 221** | ☐ Unliquidated | |
| | **483** | ☐ Disputed | |
| | **Huntington Beach, CA 92649-1823** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **7060** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32,829.00 |
| | **Odd Sox Distribution** | | |
| | **1277 S Highland Ave** | ☐ Contingent | |
| | **0** | ☐ Unliquidated | |
| | **182** | ☐ Disputed | |
| | **Clearwater, FL 33756-4384** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **3774** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,069.14 |
| | **OHIO EDISON** | | |
| | **Po Box 3687** | ☐ Contingent | |
| | **0** | ☐ Unliquidated | |
| | **446** | ☐ Disputed | |
| | **AKRON, OH 44309** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **5703** | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document      Page 161 of 270

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Ohio Heating & Air Conditioning Co.**
**Po Box 91203**
**0**
**539**
**Columbus, OH 43209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5693**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,798.08 |
|---|---|---|---|

**Oil-Dri Corporation of America**
**Bmo Harris Bankpo Box 95980**
**0**
**114**
**Chicago, IL 60694-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1680**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,692.30 |
|---|---|---|---|

**Okk Trading Inc.**
**2721 E. 45Th Street**
**0**
**57**
**VERNON, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7275**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,871.00 |
|---|---|---|---|

**OKK Trading, Inc**
**2721 E 45Th St**
**0**
**206**
**Vernon, CA 90058-2301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2974**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,430.66 |
|---|---|---|---|

**Oktibbeha County Tax Collector, JoHelen**
**101 E Main St**
**103**
**346**
**Starkville, MS 39759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6327**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,846.40 |
|---|---|---|---|

**Oldcastle Lawn & Garden South**
**Po Box 281479**
**0**
**264**
**Atlanta, GA 30384-1479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5562**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.524**

Nonpriority creditor's name and mailing address
**OMG Accessories, LLC**
**29 W 30Th St**
**Fl 8**
**393**
**New York, NY 10001-4467**

Date(s) debt was incurred _

Last 4 digits of account number **7329**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,660.00**

**3.525**

Nonpriority creditor's name and mailing address
**ONE STEP UP LTD.**
**1412 Broadway**
**3RD FLOOR**
**2**
**NEW YORK, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number **748**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,316,829.30**

**3.526**

Nonpriority creditor's name and mailing address
**Opelika Power Services**
**Po Box 2168**
**0**
**367**
**Opelika, AL 36803**

Date(s) debt was incurred _

Last 4 digits of account number **5916**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,270.48**

**3.527**

Nonpriority creditor's name and mailing address
**Opelika Water**
**Po Box 2587**
**0**
**621**
**Opelika, AL 36803**

Date(s) debt was incurred _

Last 4 digits of account number **5816**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$138.10**

**3.528**

Nonpriority creditor's name and mailing address
**OpenSesame Inc**
**1629 Sw Salmon Street**
**0**
**178**
**Portland, OR 97205**

Date(s) debt was incurred _

Last 4 digits of account number **5606**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$34,006.32**

**3.529**

Nonpriority creditor's name and mailing address
**OpenText, Inc**
**24685 Network Pl**
**0**
**635**
**Chicago, IL 60673-0001**

Date(s) debt was incurred _

Last 4 digits of account number **4420**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$92.74**

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $705.12 |

**Optimum Business (SuddenLink)**
Po Box 4019
0
684
Carol Stream, IL 60197-4019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  **6423**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127.57 |

**OVED APPAREL**
31 W 34Th Street
0
658
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  **2122**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,088.00 |

**PACIFIC BRIDGE SOURCING MANAGEMENT**
17150 Via Del Campo
Ste 102
136
San Diego, CA 92127-2138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  **6033**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,000.00 |

**Paddywax, LLC**
2934 Sidco Dr
Ste 140
273
Nashville, TN 37204-3744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  **2819**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,107.60 |

**Parker Surplus Sales**
2859 Hwy 43
0
315
LORETTO, TN 38469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  **7220**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.67 |

**Paulding County Water**
P. O. Box 16007
0
614
Atlanta, GA 30321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  **1127**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document      Page 164 of 270

| | |
|---|---|
| 3.536 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$925.50** |

**PCI Services**
**1421 Queen City Ave.**
**0**
**528**
**Cincinnati, OH 45214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5535__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$690.00** |
|---|---|---|

**PDR Lawn Care**
**224 Hidden Valley Rd**
**0**
**541**
**Bristol, TN 37620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __1283__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,860.52** |
|---|---|---|

**Peak Technologies, Inc**
**8458 Solutions Ctr**
**0**
**188**
**Chicago, IL 60677-8002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __4735__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$163.45** |
|---|---|---|

**Pell City Utility Dept City Hall**
**1905 1St Ave N**
**0**
**613**
**Pell City, AL 35125-1663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __4373__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$160,000.00** |
|---|---|---|

**Pepsi**
**700 Anderson Hill Road**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$68,947.28** |
|---|---|---|

**PEPSICO**
**Po Box 75948**
**0**
**95**
**Chicago, IL 60675-5948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __7142__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,350.00 |

**Perri's Socks Ltd.**
**150 Spinnaker Way**
**Unit 8**
**382**
**Concord, ON L4K 4M1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5282**

Is the claim subject to offset? ■ No ☐ Yes

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,800.00 |

**Pico Direct LLC**
**70 Post Dr**
**0**
**197**
**Roslyn, NY 11576-1122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6059**

Is the claim subject to offset? ■ No ☐ Yes

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,301.54 |

**Piedmont Natural Gas**
**Po Box 1246**
**0**
**296**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5019**

Is the claim subject to offset? ■ No ☐ Yes

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,946.00 |

**Pivot Accessories LLC**
**10 W 33Rd St**
**Rm 718**
**190**
**New York, NY 10001-3306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3727**

Is the claim subject to offset? ■ No ☐ Yes

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,857.60 |

**PLAYTEK LLC**
**1 E 33Rd St**
**Fl 11**
**335**
**New York, NY 10016-5011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **7187**

Is the claim subject to offset? ■ No ☐ Yes

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,157.20 |

**Post Consumer Brands**
**Wells Fargo Bank N A Nw 5925 Box 1450**
**0**
**404**
**Minneapolis, MN 55485-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **2567**

Is the claim subject to offset? ■ No ☐ Yes

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,217.37** |
|---|---|---|---|

**Powerhouse Retail Services**
812 South Crowley Road
0
297
Crowley, TX 76036

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **6992**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83,637.00** |
|---|---|---|---|

**PPI Apparel Group**
320 Fifth Avenue
#2
84
New York, NY 10001

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **1398**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,955.70** |
|---|---|---|---|

**PREGER & WERTENTEIL INC. DBA GOLD MEDAL**
225 West 37Th Street
0
106
New York, NY 10018

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **953**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,514.68** |
|---|---|---|---|

**Preston Plaza LLC**
7600 Shepherdsville Rd
0
278
Louisville, KY 40219-2963

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **5962**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,105.00** |
|---|---|---|---|

**PRIMA USA TRAVEL INC**
2557 Yates Ave
0
138
COMMERCE, CA 90040

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **5822**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.00** |
|---|---|---|---|

**PRINCESS COLLECTION CORP**
6000 Feldwood Rd
0
664
Atlanta, GA 30349-3652

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number **4489**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,223.85 |
|---|---|---|---|

**PrintCo360**
243 Industrial Dr
0
383
Rainsville, AL 35986-4445

Date(s) debt was incurred _
Last 4 digits of account number  **6165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |
|---|---|---|---|

**Priority One Security, Inc**
Po Box 36
0
622
Mauldin, SC 29662-0036

Date(s) debt was incurred _
Last 4 digits of account number  **1136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,319.80 |
|---|---|---|---|

**Probate Judge, Etowah County**
Po Box 187
0
510
Gadsen, AL 35902

Date(s) debt was incurred _
Last 4 digits of account number  **1308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400,000.00 |
|---|---|---|---|

**Proctor & Gamble**
1 Procter & Gample Plaza
Cincinnati, OH 45202

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,550.00 |
|---|---|---|---|

**PRODUCTS-N- MOTION**
2721 E 45Th St
0
175
Vernon, CA 90058-2301

Date(s) debt was incurred _
Last 4 digits of account number  **5551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.30 |
|---|---|---|---|

**Professional Account Management**
Po Box 3032
0
648
Milwaukee, WI 53201-3032

Date(s) debt was incurred _
Last 4 digits of account number  **2449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document     Page 168 of 270

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $734.40 |
|---|---|---|---|

**Puma United North America**
117 Sunfield Ave
0
685
Edison, NJ 08837

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1536**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,914.00 |
|---|---|---|---|

**Puma United North America**
36855 W. 4Th St
0
706
Beaumont, CA 92223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **5436**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.00 |
|---|---|---|---|

**Putnam County Trustee**
300 E Spring Street, Room 2
0
618
Cookeville, TN 38501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **6665**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,787.60 |
|---|---|---|---|

**Puzzles Enterprises**
3022 S Grand Ave
0
414
Los Angeles, CA 90007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1829**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,709.20 |
|---|---|---|---|

**Q4D LLC**
Po Box 712932
0
236
Philadelphia, PA 19171-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **4265**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |
|---|---|---|---|

**Qmart**
34 Lucille Ct
0
422
Piscataway, NJ 08854-2867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **4468**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,279.50 |
|---|---|---|---|

**Quality King Distributors**
35 Sawgrass Drive
#3
246
Bellport, NY 11713

Date(s) debt was incurred __

Last 4 digits of account number **7309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,343.14 |
|---|---|---|---|

**Quench USA, Inc**
Po Box 735777
0
322
Dallas, TX 75373-5777

Date(s) debt was incurred __

Last 4 digits of account number **4647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,400.00 |
|---|---|---|---|

**QUETICO, LLC**
5610 Daniels St
0
302
Chino, CA 91710-9024

Date(s) debt was incurred __

Last 4 digits of account number **6925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,462.71 |
|---|---|---|---|

**R Catalan, Inc**
Po Box 947
0
456
Antioch, TN 37011-0947

Date(s) debt was incurred __

Last 4 digits of account number **4396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,292.00 |
|---|---|---|---|

**R&R Collections Inc**
45 Hoffman Ave
0
230
Hauppauge, NY 11788-4716

Date(s) debt was incurred __

Last 4 digits of account number **2403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,406.50 |
|---|---|---|---|

**Ramallah Trading Company Inc.**
320 5Th Ave
Fl 9
89
New York, NY 10001-3118

Date(s) debt was incurred __

Last 4 digits of account number **2029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document    Page 170 of 270

| | | |
|---|---|---|
| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,943.20** |

**Randa Accessories Leather Goods, LLC**
**Po Box 93474**
**0**
**160**
**Chicago, IL 60673-3474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __4400__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$201.41** |

**Randy Williams**
**860 Norwalk Dr.**
**0**
**606**
**Nashville, TN 37214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5133__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116,629.47** |

**Raymond Leasing Corporation**
**Po Box 301590**
**0**
**51**
**Dallas, TX 75303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __1019__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,583.33** |

**Red Bull Distribution Company Inc**
**6144 Panasonic Way**
**0**
**329**
**Denver, CO 80249-7878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5816__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,153.44** |

**Red River Commodities**
**501 42Nd St N**
**0**
**116**
**Fargo, ND 58102-3952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __2276__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,622.40** |

**REGAL HOME COLLECTIONS, INC**
**330 5Th Ave**
**Fl 8**
**312**
**New York, NY 10001-3101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __4572__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document      Page 171 of 270

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159,078.11 |

**REGENT PRODUCTS**
**8999 Palmer St**
**0**
**27**
**River Grove, IL 60171-1926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **2647**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,667.00 |

**Retail Process Engineering - Expenses**
**20547 Amberfield Dr**
**0**
**277**
**Land O Lakes, FL 34638-4323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **3763**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.42 |

**Richmond Utilities**
**Po Box 700**
**0**
**656**
**Richmond, KY 40476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **784**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,111.68 |

**Riegel USA**
**4340 Valley Blvd**
**0**
**257**
**Walnut, CA 91789-1422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **2259**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.44 |

**RingCentral Inc.**
**Po Box 734232**
**0**
**505**
**Dallas, TX 75373-4232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **6202**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**Riveron**
**3414 Peachtree Rd Ne**
**Suite 850**
**61**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  **6218**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139,734.55 |
| --- | --- | --- | --- |

**RKS SALES GROUP INC.**
4820 West 77Th St
SUITE 155
35
MINNEAPOLIS, MN 55435

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  6147**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411.24 |
| --- | --- | --- | --- |

**Robert Dietrick Co, Inc**
2190 Commercial Ct
0
574
Evansville, IN 47720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  2592**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.00 |
| --- | --- | --- | --- |

**Roscoe Brown Htg & A/C of Tullahoma**
410 S Roosevelt St.
0
572
Tullahoma, TN 37388

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  6657**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,426.00 |
| --- | --- | --- | --- |

**Rosenthal & Rosenthal**
P.O. Box 88926
0
164
Chicago, IL 60695

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  2003**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,914.00 |
| --- | --- | --- | --- |

**Royal Deluxe Accessories Llc**
165 Spring St
0
133
New Providence, NJ 07974-1146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  5758**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,111.29 |
| --- | --- | --- | --- |

**Rush Truck Leasing - PacLease**
Po Box 34630
0
426
San Antonio, TX 78265-4630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  5023**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,706.36 |
|---|---|---|---|

**Rutherford County Trustee**
Po Box 1316
0
378
Murfreesboro, TN 37133

Date(s) debt was incurred __

Last 4 digits of account number **6139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,925.50 |
|---|---|---|---|

**S. Lichtenberg & Co Inc.**
Po Box 730718
0
390
Dallas, TX 75373-0718

Date(s) debt was incurred __

Last 4 digits of account number **739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168,152.00 |
|---|---|---|---|

**SAM SALEM & SON LLC**
302 5Th Avenue 4Th Fr
0
24
NEW YORK, NY 10001

Date(s) debt was incurred __

Last 4 digits of account number **685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,451.24 |
|---|---|---|---|

**Scana Energy**
Po Box 100157
0
508
Columbia, SC 29202

Date(s) debt was incurred __

Last 4 digits of account number **1140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.00 |
|---|---|---|---|

**Schelling IP Law PLLC**
Po Box 210287
0
594
Nashville, TN 37221

Date(s) debt was incurred __

Last 4 digits of account number **5990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,947.08 |
|---|---|---|---|

**Scott Pet Products**
1543 N Us Highway 41
0
284
Rockville, IN 47872-7146

Date(s) debt was incurred __

Last 4 digits of account number **2919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372.45 |
|---|---|---|---|

**SD1**
P.O. Box 12112
0
673
Covington, KY 41012

Date(s) debt was incurred _

Last 4 digits of account number **5366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,417.00 |
|---|---|---|---|

**SELECT BRANDS**
Po Box 641119
0
169
Dallas, TX 75264-1119

Date(s) debt was incurred _

Last 4 digits of account number **6416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,695.13 |
|---|---|---|---|

**Sensual Inc.**
463 7Th Ave.
Frnt3
83
New York, NY 10018

Date(s) debt was incurred _

Last 4 digits of account number **1743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.00 |
|---|---|---|---|

**Sentier Systems**
13300 Tecumseh Rd East
#343
607
Windsor, ON N8N 4R8

Date(s) debt was incurred _

Last 4 digits of account number **3015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**SENTRY INDUSTRIES INC.**
Po Box 885
0
250
HILLBURN, NY 10931

Date(s) debt was incurred _

Last 4 digits of account number **794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.00 |
|---|---|---|---|

**Seyfarth Shaw LLP**
3807 Collections Center Dr.
0
538
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number **5342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document       Page 175 of 270

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,794.00 |
|---|---|---|---|

**SG Companies**
Po Box 712683
0
377
Philadelphia, PA 19171-2683

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1666**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,185.20 |
|---|---|---|---|

**Shalom International Corp.**
8 Nicholas Ct
0
368
Dayton, NJ 08810-1559

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **4662**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,000.00 |
|---|---|---|---|

**SHAPIRO WHOLESALE**
740 Tollgate Rd
0
144
Elgin, IL 60123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6995**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,802.08 |
|---|---|---|---|

**Shelby County Trustee**
Po Box 2751
0
498
Memphis, TN 38101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1516**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.20 |
|---|---|---|---|

**Sid Keswani**
20 Rutledge St
Apt 705
571
Nashville, TN 37210-2296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3573**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,911.00 |
|---|---|---|---|

**SILVERSTAR NYC LLC**
2041 Mcdonald Ave
0
38
Brooklyn, NY 11223-2820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5799**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,978.40 |
|---|---|---|---|

**SIXTREES**
58 Grant Ave
0
340
Carteret, NJ 07008-2720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  **4674**

Is the claim subject to offset? ■ No ☐ Yes

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,484.00 |
|---|---|---|---|

**Skyline Apparel, Inc**
10262 Delano Dr
0
227
Cypress, CA 90630-4158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  **3568**

Is the claim subject to offset? ■ No ☐ Yes

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,428.10 |
|---|---|---|---|

**SMARTWORKS COMSUMER PRODUCTS**
800-B Apgar Drive
0
94
SOMERSET, NJ 08873

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  **7095**

Is the claim subject to offset? ■ No ☐ Yes

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,096.00 |
|---|---|---|---|

**Smith & Thornhill, LLC**
3823 Gallatin Pike
Ste 4
465
Nashville, TN 37216-2690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  **2294**

Is the claim subject to offset? ■ No ☐ Yes

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,384.17 |
|---|---|---|---|

**Smyrna Utilities**
Po Box 290009
0
366
Nashville, TN 37229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  **6627**

Is the claim subject to offset? ■ No ☐ Yes

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,643.33 |
|---|---|---|---|

**SourceIT**
3900 Westerre Pkwy
Ste 300
394
Henrico, VA 23233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  **2324**

Is the claim subject to offset? ■ No ☐ Yes

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.03 |

**South Carolina Dept. of Revenue**
P. O. Box 2535
0
647
Columbia, SC 29202

Date(s) debt was incurred __

Last 4 digits of account number **5308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,568.00 |

**SOUTHERN TELECOM INC**
Po Box 88926
0
238
Chicago, IL 60695

Date(s) debt was incurred __

Last 4 digits of account number **6513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,840.00 |

**Soxland International**
485 Bloy St
0
451
Hillside, NJ 07205-1707

Date(s) debt was incurred __

Last 4 digits of account number **2997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.21 |

**Spartanburg Water**
Po Box 251
0
617
Spartanburg, SC 29304-0251

Date(s) debt was incurred __

Last 4 digits of account number **5273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,565.91 |

**Spectrio LLC**
Po Box 890271
0
313
Charlotte, NC 28289

Date(s) debt was incurred __

Last 4 digits of account number **6245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $474.93 |

**Spectrum (Charter Communications)**
Po Box 223085
0
678
Pittsburgh, PA 15251-2085

Date(s) debt was incurred __

Last 4 digits of account number **3464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,567.33 |
|---|---|---|---|

**Spectrum Brands, Inc.**
Po Box 98403
0
433
Chicago, IL 60693-8403

Date(s) debt was incurred __
Last 4 digits of account number **3949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.00 |
|---|---|---|---|

**Spectrum Diversified Designs LLC**
Dept La 24702
0
602
Pasadena, CA 91185-4702

Date(s) debt was incurred __
Last 4 digits of account number **3425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,088.79 |
|---|---|---|---|

**Spectrum Maintenance Services - SMS**
2123 Moon Station Drive
0
490
Kennesaw, GA 30144

Date(s) debt was incurred __
Last 4 digits of account number **658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $390.94 |
|---|---|---|---|

**Spectrum Time Warner Cable**
Po Box 6030
0
675
Carol Stream, IL 60132-0001

Date(s) debt was incurred __
Last 4 digits of account number **512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $845.85 |
|---|---|---|---|

**Spire**
Po Box 2224
0
532
Birmingham, AL 35246

Date(s) debt was incurred __
Last 4 digits of account number **6156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**SPIRIT LINEN**
40 Cotters Ln Bldg B
0
252
East Brunswick, NJ 08816-2043

Date(s) debt was incurred __
Last 4 digits of account number **7226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,680.00 |
|---|---|---|---|

**Sprayco**
Po Box 675305
0
501
Detroit, MI 48267-5305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **7283**

Is the claim subject to offset? ■ No ☐ Yes

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,443.04 |
|---|---|---|---|

**SSI PRODUCTS**
598 N. Beach Street
#104
364
Fort Worth, TX 76111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6247**

Is the claim subject to offset? ■ No ☐ Yes

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $486.00 |
|---|---|---|---|

**Standard Heating & Air**
520 8Th St. South
0
567
Birmingham, AL 35233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **464**

Is the claim subject to offset? ■ No ☐ Yes

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,430.01 |
|---|---|---|---|

**Staples**
Po Box 105748
0
347
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5473**

Is the claim subject to offset? ■ No ☐ Yes

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,960.00 |
|---|---|---|---|

**Star Apparel**
44 Fulton St
0
187
Weehawken, NJ 07086-7059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **4720**

Is the claim subject to offset? ■ No ☐ Yes

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,453.50 |
|---|---|---|---|

**Star of India Fashions**
1038 W Southern Ave
0
507
TEMPE, AZ 85282

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **7310**

Is the claim subject to offset? ■ No ☐ Yes

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,661.73** |
|---|---|---|---|

**STARKVILLE UTILITIES**
Department 1340
0
473
Birmingham, AL 35287

Date(s) debt was incurred __

Last 4 digits of account number  **5554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,385.70** |
|---|---|---|---|

**Stay Golden Coffee, LLC**
2934 Sidco Dr
Ste 140
279
Nashville, TN 37204-3744

Date(s) debt was incurred __

Last 4 digits of account number  **6064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**STEINTEX MFG LLC.**
15 N. 15Th Street
0
408
BROOKLYN, NY 11222

Date(s) debt was incurred __

Last 4 digits of account number  **812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,254.30** |
|---|---|---|---|

**STERILITE CORPORATION**
Po Box 74573
0
254
Chicago, IL 60693-0001

Date(s) debt was incurred __

Last 4 digits of account number  **7140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|---|---|---|---|

**Stewart Richey Service Group**
2137 Glen Lily Rd
0
632
Bowling Green, KY 42101-9409

Date(s) debt was incurred __

Last 4 digits of account number  **5044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,075.00** |
|---|---|---|---|

**STYLECRAFT HOME COLLECTION INC**
P.O. Box 6593
0
353
CarolStream, IL 60197

Date(s) debt was incurred __

Last 4 digits of account number  **6369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,298.53 |
|---|---|---|---|

SULLIVANS INC
3101 N 4Th Ave
0
485
Sioux Falls, SD 57104-0703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **6008**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,490.40 |
|---|---|---|---|

SULTANS LINENS
15 E 32Nd St
Fl 4
82
New York, NY 10016-5570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **7037**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $643.00 |
|---|---|---|---|

Sumner County Trustee
355 N. Belvedere Dr
0
546
Gallatin, TN 37066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1517**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,892.85 |
|---|---|---|---|

Sun Life
Po Box 843201
0
39
Kansas City, MO 64184-3201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **7358**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.91 |
|---|---|---|---|

Sunbelt Rentals, Inc
Po Box 409211
0
537
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1597**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207,293.50 |
|---|---|---|---|

SUNNEST SERVICES LLC
Po Box 16484
0
16
Irvine, CA 92623-6484

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **3873**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,551.25** |
|---|---|---|---|

**Sunrise Technologies, Inc.**
**525 Vine Street**
**Suite 210**
**434**
**Winston-Salem, NC 27101**

Date(s) debt was incurred __

Last 4 digits of account number **7316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,064.00** |
|---|---|---|---|

**Supply Accessories LLC**
**Po Box 74921**
**0**
**371**
**Chicago, IL 60675-4921**

Date(s) debt was incurred __

Last 4 digits of account number **4952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,395.35** |
|---|---|---|---|

**Sylacauga Utilities Board**
**301 N Elm Ave**
**0**
**691**
**Sylacauga, AL 35150-1992**

Date(s) debt was incurred __

Last 4 digits of account number **5712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,900.00** |
|---|---|---|---|

**TALKING RAIN BEVERAGE COMPANY INC**
**Po Box 74251**
**0**
**192**
**CLEVELAND, OH 44194**

Date(s) debt was incurred __

Last 4 digits of account number **6562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,100.00** |
|---|---|---|---|

**Tape-It, Inc.**
**233 North Fehr Way**
**0**
**205**
**BAY SHORE, NY 11706**

Date(s) debt was incurred __

Last 4 digits of account number **7302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$491,722.00** |
|---|---|---|---|

**TARGET CORPORATION**
**Sds-12-2372**
**0**
**5**
**Minneapolis, MN 55486**

Date(s) debt was incurred __

Last 4 digits of account number **327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,224.40 |
|---|---|---|---|

**Tayse International Trading, Inc.**
501 Richardson Road
0
123
Calhoun, GA 30701

Date(s) debt was incurred _

Last 4 digits of account number  **2051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $454.89 |
|---|---|---|---|

**TDS Telecom**
Po Box 94510
0
677
Palatine, IL 60094

Date(s) debt was incurred _

Last 4 digits of account number  **6018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,872.20 |
|---|---|---|---|

**Tech Finance Co. LLC**
Po Box 843840
0
300
Dallas, TX 75284-3840

Date(s) debt was incurred _

Last 4 digits of account number  **6027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $678.00 |
|---|---|---|---|

**Ted Batey, Rutherford County Trustee**
Po Box 1316
0
543
Murfreesboro, TN 37133

Date(s) debt was incurred _

Last 4 digits of account number  **642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,530.00 |
|---|---|---|---|

**TELEBRANDS CORP.**
Po Box 88926
0
96
CHICAGO, IL 60695

Date(s) debt was incurred _

Last 4 digits of account number  **7032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,340.40 |
|---|---|---|---|

**TEMPO PRODUCTS**
2130 Brevard Rd.
0
711
High Point, NC 27263

Date(s) debt was incurred _

Last 4 digits of account number  **1325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,032.00 |
|---|---|---|---|

**TEMPO PRODUCTS (Lawn & Garden)**
Po Box 88926
0
493
Chicago, IL 60695-1926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **7093**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,810.72 |
|---|---|---|---|

**TENEX CORPORATION, INC**
1123 Emerson St
Ste 213
343
Evanston, IL 60201-3100

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **5072**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $643.31 |
|---|---|---|---|

**Tennessee American Water**
Po Box 790247
0
545
ST LOUIS, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **460**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,481.98 |
|---|---|---|---|

**Tex Sourcing Inc.**
House-37, Road-13, Sector-10
0
54
Ranavola Uttara, Dhaka-1230 01230-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **5538**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,516.10 |
|---|---|---|---|

**THE BAZAAR, INC**
1900 5Th Avenue
0
129
RIVER GROVE, IL 60171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6627**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,774.93 |
|---|---|---|---|

**THE JM SMUCKER COMPANY**
Po Box 779271
0
357
Chicago, IL 60677-9271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **6815**

Is the claim subject to offset? ■ No ☐ Yes

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,755.20 |
|---|---|---|---|

**The Libman Company**
220 N Sheldon St
0
275
Arcola, IL 61910-1616

Date(s) debt was incurred  _

Last 4 digits of account number  **5613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,074.00 |
|---|---|---|---|

**The Metal Ware Corporation**
Po Box 237
0
282
Two Rivers, WI 54241-0237

Date(s) debt was incurred  _

Last 4 digits of account number  **5108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,488.22 |
|---|---|---|---|

**THE PROCTER and GAMBLE DISTRIBUTING, LLC**
Po Box 731012
0
17
Dallas, TX 75373

Date(s) debt was incurred  _

Last 4 digits of account number  **6376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,935.25 |
|---|---|---|---|

**Thirstystone**
1304 Corporate Dr
0
448
Gainesville, TX 76240-1945

Date(s) debt was incurred  _

Last 4 digits of account number  **5981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,390.90 |
|---|---|---|---|

**THREAD COLLECTIVE**
Po Box 1598
0
29
Philadelphia, PA 19195-0001

Date(s) debt was incurred  _

Last 4 digits of account number  **3305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $568.70 |
|---|---|---|---|

**TIME WARNER CABLE**
Po Box 0916
0
556
CAROL STEAM, IL 60132

Date(s) debt was incurred  _

Last 4 digits of account number  **5998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.668** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284.28**

TIME WARNER CABLE
Po Box 70872
0
596
CHARLOTTE, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5992__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.669** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73.00**

Tipton County Trustee
Po Box 487
0
640
Covington, TN 38019-0487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __4889__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,710.00**

TITANIO Travelgoods Group, LLC
7443 Emerald Dunes Dr
Ste 900
212
Orlando, FL 32822-5113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5988__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.671** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000.00**

Tolsen Tools USA
20W267 101St Street
0
272
Lemont, IL 60439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __1799__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.672** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,830.09**

Transportation Equipment Network
Po Box 76100
0
166
Cleveland, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __4829__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.673** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$363.00**

Trav-Ad Signs
58 Shields Road
0
582
Huntsville, AL 35811

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6191__

Is the claim subject to offset? ■ No ☐ Yes

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,553.60** |
|---|---|---|---|

**TRILLIANT FOOD & NUTRITION, LLC**
Po Box 307
0
135
**LITTLE CHUTE, WI 54140**

Date(s) debt was incurred __

Last 4 digits of account number __**1536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$404,278.67** |
|---|---|---|---|

**TRUE VALUE COMPANY, LLC**
8600 W. Bryn Mawr Ave
0
7
**Chicago, IL 60631**

Date(s) debt was incurred __

Last 4 digits of account number __**1480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$201.77** |
|---|---|---|---|

**Tupelo Water & Light Company**
Po Box 588
0
665
**Tupelo, MS 38802**

Date(s) debt was incurred __

Last 4 digits of account number __**1034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$148,976.40** |
|---|---|---|---|

**TWIST INTIMATE GROUP LLC**
Po Box 1036
0
31
**Charlotte, NC 28201-1036**

Date(s) debt was incurred __

Last 4 digits of account number __**6745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,218.55** |
|---|---|---|---|

**UHS Premium Billing Surest 78800409**
Po Box 94017
0
113
**Palatine, IL 60094-4017**

Date(s) debt was incurred __

Last 4 digits of account number __**4866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,695.39** |
|---|---|---|---|

**Uline**
Po Box 88741
0
293
**Chicago, IL 60680**

Date(s) debt was incurred __

Last 4 digits of account number __**5672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,336.00 |
|---|---|---|---|

**Uncanny Brands**
350 Sentry Pkwy Bldg 670
0
280
Blue Bell, PA 19422-2314

Date(s) debt was incurred __

Last 4 digits of account number **6115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $451.57 |
|---|---|---|---|

**Unified Govt. of Athens-Clarke County**
Po Box 16869
0
676
Atlanta, GA 30321

Date(s) debt was incurred __

Last 4 digits of account number **5448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,693.50 |
|---|---|---|---|

**UNILEVER NA FOODS**
88069 Expedite Way
0
121
CHICAGO, IL 60695

Date(s) debt was incurred __

Last 4 digits of account number **7008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.20 |
|---|---|---|---|

**UNION CITY COCA-COLA**
1915 E.Reelfoot Ave
0
561
UNION CITY, TN 38261

Date(s) debt was incurred __

Last 4 digits of account number **6137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,150.73 |
|---|---|---|---|

**Union City Energy Authority**
Po Box 369
0
697
Union City, TN 38281

Date(s) debt was incurred __

Last 4 digits of account number **6091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,425.00 |
|---|---|---|---|

**United  Legwear Company LLC**
117 Sudfield Ave.
0
719
Edison, NJ 08837

Date(s) debt was incurred __

Last 4 digits of account number **1537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,356.00 |
|---|---|---|---|

**United Legwear Co LLC**
48 W 38Th St
Fl 3
720
New York, NY 10018

Date(s) debt was incurred __
Last 4 digits of account number **1539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,605.20 |
|---|---|---|---|

**United Pacific Designs**
4507 S Maywood Ave
0
75
Vernon, CA 90058-2610

Date(s) debt was incurred __
Last 4 digits of account number **4905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,110.14 |
|---|---|---|---|

**United Rentals, Inc.**
Po Box 100711
0
444
Atlanta, GA 30384

Date(s) debt was incurred __
Last 4 digits of account number **537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,811.00 |
|---|---|---|---|

**United Scents LLC**
75 Ethel Rd
0
151
Edison, NJ 08817-2209

Date(s) debt was incurred __
Last 4 digits of account number **4429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,392.75 |
|---|---|---|---|

**Universal Surplus USA Inc**
Po Box 1036
0
348
Charlotte, NC 28201-1036

Date(s) debt was incurred __
Last 4 digits of account number **7314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,900.90 |
|---|---|---|---|

**Universal Yarn DBA Premier Yarns**
5991 Caldwell Park Dr
0
118
Harrisburg, NC 28075-7402

Date(s) debt was incurred __
Last 4 digits of account number **2345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.28 |
|-------|------------------------------------------------|----------|---------|

**UPS**
P.O. Box 809488
0
563
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5762**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,959.00 |
|-------|------------------------------------------------|----------|---------|

**US HOME BRANDS**
12 W 31St St
0
86
New York, NY 10001-4415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5651**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,310.00 |
|-------|------------------------------------------------|----------|---------|

**US INTIMATES LLC**
320 5Th Ave.
Rm 808
484
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2139**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.35 |
|-------|------------------------------------------------|----------|---------|

**V&S Crestwood Festival, LLC**
Po Box 38578
0
592
Baltimore, MD 21231-8578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4180**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,204.50 |
|-------|------------------------------------------------|----------|---------|

**VALUE MERCHANDISE INTERNATIONAL**
16305 36Th Ave N
Ste 500
213
Minneapolis, MN 55446-4277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7049**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,700.00 |
|-------|------------------------------------------------|----------|---------|

**VALUE SOURCE INT'L LLC**
75 North Street
Ste 330
318
Pittsfield, MA 01201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6647**

Is the claim subject to offset? ■ No ☐ Yes

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document     Page 191 of 270

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,273.60 |

**Vandale Industries**
16 East 34Th Street
0
725
NewYork, NY 10016

Date(s) debt was incurred __

Last 4 digits of account number __1441__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,105.49 |

**Vectren Energy (CenterPoint and Summit A**
Po Box 676344
0
445
Dallas, TX 75267-6344

Date(s) debt was incurred __

Last 4 digits of account number __6473__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,490.08 |

**Verizon Wireless**
Po Box 660108
0
724
Dallas, TX 75266

Date(s) debt was incurred __

Last 4 digits of account number __162__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,199.00 |

**Victoria Classics**
Po Box 74906
0
41
Chicago, IL 60675

Date(s) debt was incurred __

Last 4 digits of account number __7228__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,968.35 |

**Vida International**
29 W 56Th St
0
726
New York, NY 10019-3986

Date(s) debt was incurred __

Last 4 digits of account number __3067__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177,153.31 |

**Volt Management Corp**
Po Box 679307
0
20
Dallas, TX 75267-9307

Date(s) debt was incurred __

Last 4 digits of account number __4886__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,369.79 |

**Volume Apparel**
49 Rose St
0
229
Stoughton, MA 02072-2303

Date(s) debt was incurred  _

Last 4 digits of account number  **2201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,032.00 |

**Vornado Air, LLC.**
414 E Commerce St
0
105
Andover, KS 67002-9331

Date(s) debt was incurred  _

Last 4 digits of account number  **5336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,177.20 |

**Votum Enterprises LLC**
Po Box 730718
0
214
Dallas, TX 75373-0718

Date(s) debt was incurred  _

Last 4 digits of account number  **5855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $563.00 |

**W. J. Davis, Williamson County Trustee**
1320 W Main St
Ste 203
557
Franklin, TN 37064-3736

Date(s) debt was incurred  _

Last 4 digits of account number  **646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,057.53 |

**Walton EMC**
P.O. Box 1347
0
715
Monroe, GA 30655

Date(s) debt was incurred  _

Last 4 digits of account number  **5449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |

**Wanderlust Brands LLC**
302 5Th Ave
Fl 4
326
New York, NY 10001-3604

Date(s) debt was incurred  _

Last 4 digits of account number  **5685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

---

**3.710** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$326.00**

**Washington County Trustee**
Po Box 215
0
588
Jonesborough, TN 37659

Date(s) debt was incurred __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Last 4 digits of account number **5715**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.711** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,044.70**

**Waste Management, Inc.**
Po Box 740023
0
98
Atlanta, GA 30374

Date(s) debt was incurred __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Last 4 digits of account number **7096**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.712** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,448.80**

**WELCOME INDUSTRIAL CORPORATION**
717 North Park Avenue
0
194
BURLINGTON, NC 27217

Date(s) debt was incurred __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Last 4 digits of account number **7133**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.713** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

**West Coast Imports, Inc**
6000 Bandini Blvd
0
249
Commerce, CA 90040-2905

Date(s) debt was incurred __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Last 4 digits of account number **2708**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.714** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$936.42**

**West Wilson Utility District**
Po Box 97
0
526
MT JULIET, TN 37121

Date(s) debt was incurred __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Last 4 digits of account number **6017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.715** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,129.50**

**Westport Corporation**
Po Box 2002
0
256
Pine Brook, NJ 07058

Date(s) debt was incurred __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Last 4 digits of account number **1401**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,164.40 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**WEX Bank**
Po Box 4337
0
442
Carol Stream, IL 60197

Date(s) debt was incurred __

Last 4 digits of account number __2373__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.94 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**WHITE HOUSE UTILITY DISTRICT**
Po Box 608
0
631
White House, TN 37188

Date(s) debt was incurred __

Last 4 digits of account number __6032__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,376.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|------------|

**WHITE MOUNTAIN INTERNATIONAL LLC**
20 Whitcher St
0
266
Lisbon, NH 03585-6311

Date(s) debt was incurred __

Last 4 digits of account number __5363__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,545.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Wilson County Trustee**
P.O. Box 865
0
502
Lebanon, TN 37088

Date(s) debt was incurred __

Last 4 digits of account number __135__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,470.08 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Wilton Brands LLC**
24485 Network Place
0
437
Chicago, IL 60673

Date(s) debt was incurred __

Last 4 digits of account number __1655__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $841.72 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**Winchester Municipal Utilities**
Po Box 4177
0
686
Winchester, KY 40392

Date(s) debt was incurred __

Last 4 digits of account number __5878__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,713.96** |
|---|---|---|---|

**Winchester Utility Systems**
219 2Nd Ave. Nw
0
292
Winchester, TN 37398

Date(s) debt was incurred __
Last 4 digits of account number  **6481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,950.00** |
|---|---|---|---|

**Windmill Health Products**
10 Henderson Dr
0
253
West Caldwell, NJ 07006-6608

Date(s) debt was incurred __
Last 4 digits of account number  **2317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$325.72** |
|---|---|---|---|

**Windstream**
Po Box 9001908
0
589
Louisville, KY 40290

Date(s) debt was incurred __
Last 4 digits of account number  **8988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,354.46** |
|---|---|---|---|

**Windstream Communications**
Po Box 9001950
0
698
Louisville, KY 40290

Date(s) debt was incurred __
Last 4 digits of account number  **6625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$361,600.80** |
|---|---|---|---|

**WIS International**
Po Box 77631
0
8
Detroit, MI 48277-0631

Date(s) debt was incurred __
Last 4 digits of account number  **6212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,432.00** |
|---|---|---|---|

**Withered Tree LLC**
Po Box 1036
0
458
Los Angeles, CA 90001-0036

Date(s) debt was incurred __
Last 4 digits of account number  **4226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,417.00 |
|---|---|---|---|

**Wixon Inc**
**1390 E Bolivar Ave**
**0**
**180**
**Saint Francis, WI 53235-4506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  **6106**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,646.32 |
|---|---|---|---|

**WK Kellogg Sales LLC**
**1 Kellogg Sq**
**0**
**81**
**Battle Creek, MI 49017-3534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  **4972**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,012.80 |
|---|---|---|---|

**X-S MERCHANDISE INC.**
**7000 Granger Rd.**
**0**
**186**
**INDEPENDENCE, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  **5357**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,980.28 |
|---|---|---|---|

**Yext, Inc**
**Po Box 9509**
**0**
**172**
**New York, NY 10087-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  **3659**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,020.00 |
|---|---|---|---|

**Young's Inc.**
**5073 Ann Arbor Rd.**
**0**
**388**
**DUNDEE, MI 48131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  **7266**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | **0.00** |
| 5b. Total claims from Part 2 | 5b.  + $ |  |

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document      Page 197 of 270

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

58,652,201.53

5c.  $  58,652,201.53

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 2019 6TH AVE SE #18, Decatur, AL** | |
|---|---|---|---|
| | State the term remaining | **49** | **2019 Decatur Property, LLC**<br>**18331 Pines Blvd**<br>**Suite 319**<br>**0**<br>**Pembroke Pines, FL 33029** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 299 COMMERCE AVE, Lagrange, GA** | |
|---|---|---|---|
| | State the term remaining | **89** | **ACS Commerce Plaza GA, LLC**<br>**350 Pine St**<br>**Suite 800**<br>**0**<br>**Beaumont, TX 77701** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Data Processing** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Adyen N.V.**<br>**274 Brannan Street**<br>**Suite 600**<br>**San Francisco, CA 94107** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 5305 HICKORY HOLLOW BLVD, Antioch, TN** | |
|---|---|---|---|
| | State the term remaining | **42** | **Anchor Investments, LLC / Hickory Hollow**<br>**2926 Foster Creighton Drive**<br>**0**<br>**Nashville, TN 37204** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 2112 SHORTER AVE NW, Rome, GA** | |
|---|---|---|---|
| | State the term remaining | **27** | **Attic XII Self Storage c/o Dave Wiggins PO Box 2747 0 Dallas, GA 30132** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1204 MAIN ST, Hamilton, OH** | |
|---|---|---|---|
| | State the term remaining | **91** | **B & O LTD 11501 Northlake Drive 0 Cincinnati, OH 45249** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 3574 SOLDANO BLVD, Columbus, OH** | |
|---|---|---|---|
| | State the term remaining | **45** | **BAI Consumer Square West, LLC c/o Bon Aviv Investments, LLC 720 East Palisade Avenue, Suite 201 0 Englewood Cliffs, NJ 07632** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 250 COUNTRY VLG DR, Smyrna, TN** | |
|---|---|---|---|
| | State the term remaining | **0** | **BgS America 240 Country Village Drive 0 Smyrna, TN 37167** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 3999 AUSTELL RD STE 501, Austell, GA** | |
|---|---|---|---|
| | State the term remaining | **13** | **Brookwood Square LLC Foster Creighton Drive 2028 Harrison Street Suite 202 0 Hollywood, FL 33020** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **fire extinguishers** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Buckeye Fire Equipment** |
| | List the contract number of any government contract | | **110 Kings Road**<br>**Kings Mountain, NC 28086** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1241 N MT JULIET RD, Mt. Juliet, TN** | |
|---|---|---|---|
| | State the term remaining | **37** | **Buttonwood Investments, Inc.**<br>**c/o First management Services** |
| | List the contract number of any government contract | | **1205 Division Street**<br>**0**<br>**Nashville, TN 37203** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 3106 N MAIN ST, Anderson, SC** | |
|---|---|---|---|
| | State the term remaining | **109** | **BVA Belvedere LLC** |
| | List the contract number of any government contract | | **P.O. Box 6288**<br>**0**<br>**Hicksville, NY 11802** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1750 E DIXON RD, Shelby, NC** | |
|---|---|---|---|
| | State the term remaining | **90** | **BVB-NC, LLC** |
| | List the contract number of any government contract | | **204-C West Woodlawn Road**<br>**0**<br>**Charlotte, NC 28217** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 30 ORCH PARK DR STE 15, Greenville, SC** | |
|---|---|---|---|
| | State the term remaining | **16** | **BVC Haywood LLC** |
| | List the contract number of any government contract | | **162 North Main St., Suite 5**<br>**0**<br>**Florida, NY 10921** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 535 HWY 46 S, Dickson, TN** | |
|---|---|---|---|
| | State the term remaining | **68** | **Canterbury Entertainment Properties**<br>**61 1 E. College Street**<br>**0**<br>**Dickson, TN 37055** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 6208 STAGE RD, Bartlett, TN** | |
|---|---|---|---|
| | State the term remaining | **12** | **CCPM TN Memphis LLC**<br>**1535 Industrial Road**<br>**0**<br>**Dyersburg, TN 38024** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Microsoft Volume Licencing** | |
|---|---|---|---|
| | State the term remaining | **4** | **CDW Logistics LLC.**<br>**200 N. Milwaukee Avenue**<br>**Vernon Hills, IL 60061** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 2199 SOUTHPORT RD, Spartanburg, SC** | |
|---|---|---|---|
| | State the term remaining | **107** | **Cedar Springs Property SC LLC**<br>**8331 Pines Blvd**<br>**Suite 319**<br>**0**<br>**Pembroke Pines, FL 33029** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 356 A COX CRK PKWY, Florence, AL** | |
|---|---|---|---|
| | State the term remaining | **103** | **Central Shopping Centers CC LLC**<br>**851 NE 1st Avenue**<br>**Unit 1409**<br>**0**<br>**Antioch, TN 37013** |
| | List the contract number of any government contract | | |

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document      Page 202 of 270

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1130 COMMONWEALTH BLVD, Tupelo, MS** | |
|---|---|---|---|
| | State the term remaining | **57** | **Cleveland Properties, LLC**<br>**1879 N Coley Rd**<br>**0**<br>**Tupelo, MS 38801** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1809 WILSON RD, Newberry, SC** | |
|---|---|---|---|
| | State the term remaining | **76** | **Club Forest Newberry, LLC**<br>**204 S Main St.**<br>**0**<br>**Fountain Inn, South Carolina 29644-0000** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 201 SKYLINE DR, Conway, AR** | |
|---|---|---|---|
| | State the term remaining | **56** | **Colliers International**<br>**PO Box 3546**<br>**0**<br>**Little Rock, AR 72203** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 820 S JAMES CAMPBELL BLVD, STE C, Columbia, TN** | |
|---|---|---|---|
| | State the term remaining | **19** | **Columbia Investments, LLC**<br>**2400 E. Commercial Blvd.**<br>**Suite 820**<br>**0**<br>**Fort Lauderdale, FL 33308** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Pest Control Services** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Cook's Pest Control**<br>**17 41 Fifth Avenue SE**<br>**Decatur, AL 35601** |
| | List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 2121 E WALNUT AVE, Dalton, GA** | |
|---|---|---|---|
| | State the term remaining | **77** | **Dalton Retail I, LLC**<br>**1900 The Exchange**<br>**suite 180**<br>**0**<br>**Atlanta, GA 30339** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 130 TER LN, Morristown, TN** | |
|---|---|---|---|
| | State the term remaining | **23** | **DDR - SAU Morristown Croosroads, LLC**<br>**3300 Enterprise Parkway**<br>**0**<br>**Beachwood, OH 44122** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 180 N PETERS RD, Knoxville, TN** | |
|---|---|---|---|
| | State the term remaining | **41** | **DDRTC T&C LLC**<br>**3300 Enterprise Parkway**<br>**0**<br>**Beachwood, OH 44122** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Other - Dell Financial Svcs, All-In-One Optiplex, 001-9035131-001** | |
|---|---|---|---|
| | State the term remaining | **3** | **Dell Financial Services**<br>**99355 Collections Center Drive**<br>**4216 Dewitt Avenue**<br>**0**<br>**Chicago, IL 60693** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Other - Dell Financial Svcs, Server Consolidation, 001-9035131-002** | |
|---|---|---|---|
| | State the term remaining | **23** | **Dell Financial Services**<br>**99355 Collections Center Drive**<br>**4216 Dewitt Avenue**<br>**0**<br>**Chicago, IL 60693** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.30.**    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Other - Dell Financial Svcs, Server Consolidation, 001-9011468-002**

1

**Dell Financial Services**
**99355 Collections Center Drive**
**4217 Dewitt Avenue**
**0**
**Chicago, IL 60694**

---

**2.31.**    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Building - 6801 DIXIE HWY STE 146, Louisville, KY**

93

**Dixie Legacy Center, LLC**
**P.O. Box 22074**
**0**
**Louisville, KY 40252**

---

**2.32.**    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Copiers and Printers**

19

**DLL Finance LLC**
**P.O. Box 77122**
**Minneapolis, MN 55480-7702**

---

**2.33.**    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Building - 1809 W BROADWAY, Maryville, TN**

44

**DWB Maryville, LLC**
**PO Box 699**
**0**
**Fountain Inn, SC 29644**

---

**2.34.**    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Building - 5149 CALHOUN MEMORIAL HWY, Easley, SC**

47

**Easley Village, LLC**
**85-A Mill Street**
**Suite 100**
**0**
**Roswell, GA 30075**

---

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 126 - B BULLSBORO DR, Newnan, GA** | |
|---|---|---|---|
| | State the term remaining | 87 | **Eastgate Partners, LTD 8100 Roswell Rd Suite 201 0 Atlanta, GA 30350** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle -  Mazda , CX-30, 3MVDMBDL3NM421638** | |
|---|---|---|---|
| | State the term remaining | 15 | **Enterprise Fleet Management 7111 W Washington St Bldg B 0 Indianapolis, IN 46241** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle - Chrysler, Voyager, 2C4RC1CG0PR549629** | |
|---|---|---|---|
| | State the term remaining | 27 | **Enterprise Fleet Management 7112 W Washington St Bldg B 0 Indianapolis, IN 46241** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle - Chrysler, Voyager, 2C4RC1CG1PR548294** | |
|---|---|---|---|
| | State the term remaining | 27 | **Enterprise Fleet Management 7113 W Washington St Bldg B 0 Indianapolis, IN 46241** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle - NISSAN, ALTIMA, 1N4BL4BV1RN389849** | |
|---|---|---|---|
| | State the term remaining | 26 | **Enterprise Fleet Management 7114 W Washington St Bldg B 0 Indianapolis, IN 46241** |
| | List the contract number of any government contract | | |

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 3137 DIXIE HWY ERLANGER, Erlanger, KY** | |
| | State the term remaining | **80** | **Erlanger Shopping Center, LLC** |
| | | | **St.** |
| | List the contract number of any government contract | | **0** |
| | | | **Cincinnati, OH 45230** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 72 PAVILION PKWY, Fayetteville, GA** | |
| | State the term remaining | **43** | **Fayette Pavillion LLC** |
| | | | **945 Heights Blvd** |
| | List the contract number of any government contract | | **0** |
| | | | **Houston, TX 77008** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 4140 OUTER LOOP RD, Louisville, KY** | |
| | State the term remaining | **92** | **FGPOL, LLC** |
| | | | **830 Eastern Blvd** |
| | List the contract number of any government contract | | **0** |
| | | | **Clarksville, IN 47219** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **break room vending machines and ice making machines** | |
| | State the term remaining | **month to month** | **Five Star** |
| | | | **440 Allied Dr** |
| | List the contract number of any government contract | | **Nashville, TN 37211** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1700 W REELFOOT AVE, Union City, TN** | |
| | State the term remaining | **59** | **Flea Market Partners, GL** |
| | | | **c/o Horrell Company, Mr. Steve Horrell** |
| | | | **3030 Sidco Drive** |
| | List the contract number of any government contract | | **0** |
| | | | **Nashville, TN 37204** |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D0KL117336** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D0KL149655** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D0KL149669** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D1KL117314** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D1KL117328** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D1KL117331** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D1KL149650** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D1KL149664** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D2KL117337** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D2KL149656** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D3KL117315** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | | | **0** |
| | | | **Nashville, TN 37207** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D3KL117329** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | | | **0** |
| | | | **Nashville, TN 37207** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D3KL117332** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | | | **0** |
| | | | **Nashville, TN 37207** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D3KL149651** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | | | **0** |
| | | | **Nashville, TN 37207** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D3KL149665** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | | | **0** |
| | | | **Nashville, TN 37207** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2019 TRAILER, 1JJV532D4KL117310 | |
|---|---|---|---|
| | State the term remaining | 11 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2019 TRAILER, 1JJV532D4KL117338 | |
|---|---|---|---|
| | State the term remaining | 11 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2019 TRAILER, 1JJV532D4KL149657 | |
|---|---|---|---|
| | State the term remaining | 11 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2019 TRAILER, 1JJV532D4KL149660 | |
|---|---|---|---|
| | State the term remaining | 11 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2019 TRAILER, 1JJV532D5KL117333 | |
|---|---|---|---|
| | State the term remaining | 11 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D5KL149652** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D5KL149666** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D6KL117311** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D6KL149658** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D6KL149661** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D7KL117334** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D7KL149653** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D7KL149667** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D8KL117309** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D8KL117312** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.75.** State what the contract or lease is for and the nature of the debtor's interest
**Equipment - TRAILER, 2019 TRAILER, 1JJV532D8KL117326**

State the term remaining **11**

List the contract number of any government contract

**FLEETCO**
**PO Box 78218**
**3003 Brick Church Pike**
**0**
**Nashville, TN 37207**

---

**2.76.** State what the contract or lease is for and the nature of the debtor's interest
**Equipment - TRAILER, 2019 TRAILER, 1JJV532D8KL149659**

State the term remaining **11**

List the contract number of any government contract

**FLEETCO**
**PO Box 78218**
**3003 Brick Church Pike**
**0**
**Nashville, TN 37207**

---

**2.77.** State what the contract or lease is for and the nature of the debtor's interest
**Equipment - TRAILER, 2019 TRAILER, 1JJV532D8KL149662**

State the term remaining **11**

List the contract number of any government contract

**FLEETCO**
**PO Box 78218**
**3003 Brick Church Pike**
**0**
**Nashville, TN 37207**

---

**2.78.** State what the contract or lease is for and the nature of the debtor's interest
**Equipment - TRAILER, 2019 TRAILER, 1JJV532D9KL117335**

State the term remaining **11**

List the contract number of any government contract

**FLEETCO**
**PO Box 78218**
**3003 Brick Church Pike**
**0**
**Nashville, TN 37207**

---

**2.79.** State what the contract or lease is for and the nature of the debtor's interest
**Equipment - TRAILER, 2019 TRAILER, 1JJV532D9KL149654**

State the term remaining **11**

List the contract number of any government contract

**FLEETCO**
**PO Box 78218**
**3003 Brick Church Pike**
**0**
**Nashville, TN 37207**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532D9KL149668** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532DXKL117313** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532DXKL117327** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532DXKL117330** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2019 TRAILER, 1JJV532DXKL149663** | |
|---|---|---|---|
| | State the term remaining | **11** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D0LL162987** | |
|---|---|---|---|
| | State the term remaining | **18** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D0LL162990** | |
|---|---|---|---|
| | State the term remaining | **18** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D0LL168207** | |
|---|---|---|---|
| | State the term remaining | **17** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D0LL168210** | |
|---|---|---|---|
| | State the term remaining | **17** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D0LL168577** | |
|---|---|---|---|
| | State the term remaining | **19** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D0LL168580** | |
|---|---|---|---|
| | State the term remaining | **19** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D0LL260158** | |
|---|---|---|---|
| | State the term remaining | **24** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D0LL260161** | |
|---|---|---|---|
| | State the term remaining | **24** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D0PL373158** | |
|---|---|---|---|
| | State the term remaining | **32** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D0PL373161** | |
|---|---|---|---|
| | State the term remaining | **32** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D1LL162979** | |
|---|---|---|---|
| | State the term remaining | **17** | **FLEETCO** |
| | | | **PO Box 78218** |
| | List the contract number of any government contract | | **3003 Brick Church Pike 0** |
| | | | **Nashville, TN 37207** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D1LL162982** | |
|---|---|---|---|
| | State the term remaining | **18** | **FLEETCO** |
| | | | **PO Box 78218** |
| | List the contract number of any government contract | | **3003 Brick Church Pike 0** |
| | | | **Nashville, TN 37207** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D1LL162996** | |
|---|---|---|---|
| | State the term remaining | **18** | **FLEETCO** |
| | | | **PO Box 78218** |
| | List the contract number of any government contract | | **3003 Brick Church Pike 0** |
| | | | **Nashville, TN 37207** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D1LL163002** | |
|---|---|---|---|
| | State the term remaining | **19** | **FLEETCO** |
| | | | **PO Box 78218** |
| | List the contract number of any government contract | | **3003 Brick Church Pike 0** |
| | | | **Nashville, TN 37207** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D1LL168569** | |
|---|---|---|---|
| | State the term remaining | **17** | **FLEETCO** |
| | | | **PO Box 78218** |
| | List the contract number of any government contract | | **3003 Brick Church Pike 0** |
| | | | **Nashville, TN 37207** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D1LL168572** | |
|---|---|---|---|
| | State the term remaining | **20** | **FLEETCO** PO Box 78218 3003 Brick Church Pike 0 Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D1LL172055** | |
|---|---|---|---|
| | State the term remaining | **17** | **FLEETCO** PO Box 78218 3003 Brick Church Pike 0 Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D2LL162988** | |
|---|---|---|---|
| | State the term remaining | **18** | **FLEETCO** PO Box 78218 3003 Brick Church Pike 0 Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D2LL162991** | |
|---|---|---|---|
| | State the term remaining | **18** | **FLEETCO** PO Box 78218 3003 Brick Church Pike 0 Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D2LL168208** | |
|---|---|---|---|
| | State the term remaining | **17** | **FLEETCO** PO Box 78218 3003 Brick Church Pike 0 Nashville, TN 37207 |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.105.**  State what the contract or lease is for and the nature of the debtor's interest — **Equipment - TRAILER, 2020 TRAILER, 1JJV532D2LL168211**

State the term remaining — **15**

List the contract number of any government contract

**FLEETCO**
**PO Box 78218**
**3003 Brick Church Pike**
**0**
**Nashville, TN 37207**

---

**2.106.**  State what the contract or lease is for and the nature of the debtor's interest — **Equipment - TRAILER, 2020 TRAILER, 1JJV532D2LL168564**

State the term remaining — **15**

List the contract number of any government contract

**FLEETCO**
**PO Box 78218**
**3003 Brick Church Pike**
**0**
**Nashville, TN 37207**

---

**2.107.**  State what the contract or lease is for and the nature of the debtor's interest — **Equipment - TRAILER, 2020 TRAILER, 1JJV532D2LL168578**

State the term remaining — **19**

List the contract number of any government contract

**FLEETCO**
**PO Box 78218**
**3003 Brick Church Pike**
**0**
**Nashville, TN 37207**

---

**2.108.**  State what the contract or lease is for and the nature of the debtor's interest — **Equipment - TRAILER, 2020 TRAILER, 1JJV532D2LL168581**

State the term remaining — **19**

List the contract number of any government contract

**FLEETCO**
**PO Box 78218**
**3003 Brick Church Pike**
**0**
**Nashville, TN 37207**

---

**2.109.**  State what the contract or lease is for and the nature of the debtor's interest — **Equipment - TRAILER, 2020 TRAILER, 1JJV532D2LL172064**

State the term remaining — **22**

List the contract number of any government contract

**FLEETCO**
**PO Box 78218**
**3003 Brick Church Pike**
**0**
**Nashville, TN 37207**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D2LL260159 | |
|---|---|---|---|
| | State the term remaining | 24 | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D2LL260162 | |
|---|---|---|---|
| | State the term remaining | 24 | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D2PL373159 | |
|---|---|---|---|
| | State the term remaining | 32 | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D2PL373162 | |
|---|---|---|---|
| | State the term remaining | 32 | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D3LL162983 | |
|---|---|---|---|
| | State the term remaining | 18 | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D3LL162997** | |
|---|---|---|---|
| | State the term remaining | **18** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D3LL168220** | |
|---|---|---|---|
| | State the term remaining | **19** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D3LL168573** | |
|---|---|---|---|
| | State the term remaining | **20** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D3LL172056** | |
|---|---|---|---|
| | State the term remaining | **17** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D3LL260154** | |
|---|---|---|---|
| | State the term remaining | **24** | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D4LL162989** | |
|---|---|---|---|
| | | | **FLEETCO** |
| | State the term remaining | **18** | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | List the contract number of any government contract | | **0** |
| | | | **Nashville, TN 37207** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D4LL162992** | |
|---|---|---|---|
| | | | **FLEETCO** |
| | State the term remaining | **18** | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | List the contract number of any government contract | | **0** |
| | | | **Nashville, TN 37207** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D4LL168209** | |
|---|---|---|---|
| | | | **FLEETCO** |
| | State the term remaining | **17** | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | List the contract number of any government contract | | **0** |
| | | | **Nashville, TN 37207** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D4LL168212** | |
|---|---|---|---|
| | | | **FLEETCO** |
| | State the term remaining | **17** | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | List the contract number of any government contract | | **0** |
| | | | **Nashville, TN 37207** |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D4LL168565** | |
|---|---|---|---|
| | | | **FLEETCO** |
| | State the term remaining | **15** | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | List the contract number of any government contract | | **0** |
| | | | **Nashville, TN 37207** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.125.** State what the contract or lease is for and the nature of the debtor's interest
**Equipment - TRAILER, 2020 TRAILER, 1JJV532D4LL168579**

State the term remaining    **20**

List the contract number of any government contract

**FLEETCO**
**PO Box 78218**
**3003 Brick Church Pike**
**0**
**Nashville, TN 37207**

---

**2.126.** State what the contract or lease is for and the nature of the debtor's interest
**Equipment - TRAILER, 2020 TRAILER, 1JJV532D4LL168582**

State the term remaining    **19**

List the contract number of any government contract

**FLEETCO**
**PO Box 78218**
**3003 Brick Church Pike**
**0**
**Nashville, TN 37207**

---

**2.127.** State what the contract or lease is for and the nature of the debtor's interest
**Equipment - TRAILER, 2020 TRAILER, 1JJV532D4LL172065**

State the term remaining    **22**

List the contract number of any government contract

**FLEETCO**
**PO Box 78218**
**3003 Brick Church Pike**
**0**
**Nashville, TN 37207**

---

**2.128.** State what the contract or lease is for and the nature of the debtor's interest
**Equipment - TRAILER, 2020 TRAILER, 1JJV532D4LL260163**

State the term remaining    **24**

List the contract number of any government contract

**FLEETCO**
**PO Box 78218**
**3003 Brick Church Pike**
**0**
**Nashville, TN 37207**

---

**2.129.** State what the contract or lease is for and the nature of the debtor's interest
**Equipment - TRAILER, 2020 TRAILER, 1JJV532D4PL373163**

State the term remaining    **32**

List the contract number of any government contract

**FLEETCO**
**PO Box 78218**
**3003 Brick Church Pike**
**0**
**Nashville, TN 37207**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D5LL162984 | |
|---|---|---|---|
| | State the term remaining | 18 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D5LL162998 | |
|---|---|---|---|
| | State the term remaining | 18 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D5LL168221 | |
|---|---|---|---|
| | State the term remaining | 19 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D5LL172057 | |
|---|---|---|---|
| | State the term remaining | 17 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D5LL260155 | |
|---|---|---|---|
| | State the term remaining | 24 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document      Page 225 of 270

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D5PL373155 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
|---|---|---|---|
| | State the term remaining | 32 | |
| | List the contract number of any government contract | | |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D6LL162993 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
|---|---|---|---|
| | State the term remaining | 18 | |
| | List the contract number of any government contract | | |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D6LL168213 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
|---|---|---|---|
| | State the term remaining | 17 | |
| | List the contract number of any government contract | | |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D6LL168230 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
|---|---|---|---|
| | State the term remaining | 19 | |
| | List the contract number of any government contract | | |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D6LL168566 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
|---|---|---|---|
| | State the term remaining | 17 | |
| | List the contract number of any government contract | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D6LL172066** | **FLEETCO** |
|---|---|---|---|
| | State the term remaining | **22** | **PO Box 78218** |
| | List the contract number of any government contract | | **3003 Brick Church Pike 0** |
| | | | **Nashville, TN 37207** |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D6LL260164** | **FLEETCO** |
|---|---|---|---|
| | State the term remaining | **24** | **PO Box 78218** |
| | List the contract number of any government contract | | **3003 Brick Church Pike 0** |
| | | | **Nashville, TN 37207** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D6PL373164** | **FLEETCO** |
|---|---|---|---|
| | State the term remaining | **32** | **PO Box 78218** |
| | List the contract number of any government contract | | **3003 Brick Church Pike 0** |
| | | | **Nashville, TN 37207** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D7LL162985** | **FLEETCO** |
|---|---|---|---|
| | State the term remaining | **18** | **PO Box 78218** |
| | List the contract number of any government contract | | **3003 Brick Church Pike 0** |
| | | | **Nashville, TN 37207** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D7LL162999** | **FLEETCO** |
|---|---|---|---|
| | State the term remaining | **19** | **PO Box 78218** |
| | List the contract number of any government contract | | **3003 Brick Church Pike 0** |
| | | | **Nashville, TN 37207** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D7LL168219 | |
|---|---|---|---|
| | State the term remaining | 19 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D7LL168222 | |
|---|---|---|---|
| | State the term remaining | 19 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D7LL168575 | |
|---|---|---|---|
| | State the term remaining | 20 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D7LL260156 | |
|---|---|---|---|
| | State the term remaining | 24 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D7PL373156 | |
|---|---|---|---|
| | State the term remaining | 32 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document     Page 228 of 270

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D8LL162980** | |
|---|---|---|---|
| | State the term remaining | **17** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | | | **0** |
| | | | **Nashville, TN 37207** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D8LL162994** | |
|---|---|---|---|
| | State the term remaining | **18** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | | | **0** |
| | | | **Nashville, TN 37207** |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D8LL163000** | |
|---|---|---|---|
| | State the term remaining | **19** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | | | **0** |
| | | | **Nashville, TN 37207** |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D8LL168231** | |
|---|---|---|---|
| | State the term remaining | **19** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | | | **0** |
| | | | **Nashville, TN 37207** |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D8LL168567** | |
|---|---|---|---|
| | State the term remaining | **17** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | | | **0** |
| | | | **Nashville, TN 37207** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D8LL168570** | |
|---|---|---|---|
| | State the term remaining | 17 | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D8LL168584** | |
|---|---|---|---|
| | State the term remaining | 19 | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D8LL172053** | |
|---|---|---|---|
| | State the term remaining | 17 | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D8LL172067** | |
|---|---|---|---|
| | State the term remaining | 22 | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D8LL172070** | |
|---|---|---|---|
| | State the term remaining | 22 | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D8LL260165 | |
|---|---|---|---|
| | State the term remaining | 24 | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D8LL468228 | |
|---|---|---|---|
| | State the term remaining | 19 | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D9LL162986 | |
|---|---|---|---|
| | State the term remaining | 18 | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D9LL168206 | |
|---|---|---|---|
| | State the term remaining | 17 | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532D9LL168223 | |
|---|---|---|---|
| | State the term remaining | 19 | **FLEETCO**<br>**PO Box 78218**<br>**3003 Brick Church Pike**<br>**0**<br>**Nashville, TN 37207** |
| | List the contract number of any government contract | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D9LL168576** | |
| | State the term remaining | **20** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** **3003 Brick Church Pike 0** **Nashville, TN 37207** |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D9LL260157** | |
| | State the term remaining | **24** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** **3003 Brick Church Pike 0** **Nashville, TN 37207** |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D9LL260160** | |
| | State the term remaining | **24** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** **3003 Brick Church Pike 0** **Nashville, TN 37207** |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D9PL373157** | |
| | State the term remaining | **32** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** **3003 Brick Church Pike 0** **Nashville, TN 37207** |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532D9PL373160** | |
| | State the term remaining | **32** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** **3003 Brick Church Pike 0** **Nashville, TN 37207** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532DOLL68563 | |
|---|---|---|---|
| | State the term remaining | 15 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532DXLL162978 | |
|---|---|---|---|
| | State the term remaining | 17 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532DXLL162981 | |
|---|---|---|---|
| | State the term remaining | 17 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532DXLL162995 | |
|---|---|---|---|
| | State the term remaining | 18 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - TRAILER, 2020 TRAILER, 1JJV532DXLL163001 | |
|---|---|---|---|
| | State the term remaining | 19 | FLEETCO<br>PO Box 78218<br>3003 Brick Church Pike<br>0<br>Nashville, TN 37207 |
| | List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532DXLL168229** | |
|---|---|---|---|
| | State the term remaining | **19** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** **3003 Brick Church Pike 0** **Nashville, TN 37207** |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532DXLL168568** | |
|---|---|---|---|
| | State the term remaining | **17** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** **3003 Brick Church Pike 0** **Nashville, TN 37207** |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532DXLL168571** | |
|---|---|---|---|
| | State the term remaining | **19** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** **3003 Brick Church Pike 0** **Nashville, TN 37207** |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532DXLL168585** | |
|---|---|---|---|
| | State the term remaining | **20** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** **3003 Brick Church Pike 0** **Nashville, TN 37207** |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532DXLL172054** | |
|---|---|---|---|
| | State the term remaining | **17** | **FLEETCO** |
| | List the contract number of any government contract | | **PO Box 78218** **3003 Brick Church Pike 0** **Nashville, TN 37207** |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532DXLL172068** | |
|---|---|---|---|
| | State the term remaining | **22** | **FLEETCO** |
| | | | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | List the contract number of any government contract | | **0** |
| | | | **Nashville, TN 37207** |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532DXLL172071** | |
|---|---|---|---|
| | State the term remaining | **22** | **FLEETCO** |
| | | | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | List the contract number of any government contract | | **0** |
| | | | **Nashville, TN 37207** |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 1JJV532DXLL260166** | |
|---|---|---|---|
| | State the term remaining | **24** | **FLEETCO** |
| | | | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | List the contract number of any government contract | | **0** |
| | | | **Nashville, TN 37207** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - TRAILER, 2020 TRAILER, 2020 1JJV532D6LL168583** | |
|---|---|---|---|
| | State the term remaining | **19** | **FLEETCO** |
| | | | **PO Box 78218** |
| | | | **3003 Brick Church Pike** |
| | List the contract number of any government contract | | **0** |
| | | | **Nashville, TN 37207** |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 4140 CAROTHERS PKWY, Franklin, TN** | |
|---|---|---|---|
| | State the term remaining | **35** | **Food Lion, LLC** |
| | | | **5210 Maryland Way** |
| | | | **Ste 102** |
| | List the contract number of any government contract | | **0** |
| | | | **Brentwood, TN 37027** |

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document      Page 235 of 270

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 2449 N CTR ST, Hickory, NC** | |
|---|---|---|---|
| | State the term remaining | **113** | **GBN Hickory NC, LLC**<br>**1919 East Main Street**<br>**0**<br>**Easley, SC 29641** |
| | List the contract number of any government contract | | |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **Telecommunications** | |
|---|---|---|---|
| | State the term remaining | **4** | **Granite Telecommunications, LLC**<br>**1 Heritage Drive**<br>**Quincy, MA 02171** |
| | List the contract number of any government contract | | |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Telecommunications** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Granite Telecommunications, LLC**<br>**1 Heritage Drive**<br>**Quincy, MA 02171** |
| | List the contract number of any government contract | | |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 2475 SCOTTSVILLE RD STE 103, Bowling Green, KY** | |
|---|---|---|---|
| | State the term remaining | **54** | **Greenwood Market Place II, LLC**<br>**2530 Scottsville Rd**<br>**Suite 21**<br>**0**<br>**Bowling Green, KY 42104** |
| | List the contract number of any government contract | | |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 924 N MULBERRY ST, STE 110, Elizabethtown, KY** | |
|---|---|---|---|
| | State the term remaining | **20** | **Hardin Plaza, LLC**<br>**PO Box 704**<br>**0**<br>**Elizabethtown, KY 42702** |
| | List the contract number of any government contract | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 181 South Highway 127, Russell Springs, KY** | |
|---|---|---|---|
| | State the term remaining | **172** | **Hauppauge Properties, LLC** **1975 Hempstead Turnpike** **Suite 309** **0** **East Meadow, NY 11554** |
| | List the contract number of any government contract | | |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Dayforce subscription** | |
|---|---|---|---|
| | State the term remaining | **2** | **HealthTrust Purchasing Group, L.P. and C** **1100 Dr. Martin L. King Jr. Boulevard** **Suite 1100** **Nashville, TN 37203** |
| | List the contract number of any government contract | | |

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 590 N GERMANTOWN PKWY, Cordova, TN** | |
|---|---|---|---|
| | State the term remaining | **53** | **Heckmeyer Properties** **4343 McKinney Ave** **Unit 103** **0** **Dallas, TX 75205** |
| | List the contract number of any government contract | | |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 119 OLD HICKORY BLVD, Jackson, TN** | |
|---|---|---|---|
| | State the term remaining | **47** | **Henry M. Turley** **65 Union Avenue** **Suite 1200** **0** **Memphis, TN 38103** |
| | List the contract number of any government contract | | |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Social Media Management** | |
|---|---|---|---|
| | State the term remaining | **14** | **Hootsuite, Inc.** **111 East 5th Ave** **Vancouver, BC V5T 4LI** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **marketing and sales software** | |
|---|---|---|---|
| | State the term remaining | **4** | |
| | List the contract number of any government contract | | **Hubspot**<br>**25 First St**<br>**Cambridge, MA 02141** |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 7356 NORRIS FWY, Knoxville, TN** | |
|---|---|---|---|
| | State the term remaining | **44** | |
| | List the contract number of any government contract | | **Ingles Markets, Inc/Sky King**<br>**3665 Fishinger Boulevard**<br>**0**<br>**Hilliard, OH 43026** |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Building - WINDLANDS SHOPPING CTR, 3760 NOLENSVILLE RD, Nashville, TN** | |
|---|---|---|---|
| | State the term remaining | **21** | |
| | List the contract number of any government contract | | **IPF/Windlands Limited Patnership**<br>**5871 Glenridge Drive**<br>**Suite 400**<br>**0**<br>**Atlanta, GA 30328** |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 727 HEBRON RD, Heath, OH** | |
|---|---|---|---|
| | State the term remaining | **33** | |
| | List the contract number of any government contract | | **JMW Realty Co. II, LLC**<br>**20 N. Park Place**<br>**0**<br>**Newark, OH 43055** |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1415 DINAH SHORE BLVD, Winchester, TN** | |
|---|---|---|---|
| | State the term remaining | **66** | |
| | List the contract number of any government contract | | **Johnson Brothers Rental**<br>**300 South Jefferson Street**<br>**0**<br>**Winchester, TN 37398** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 2137 LOCUST AVE, Lawrenceburg, TN** | |
|---|---|---|---|
| | State the term remaining | **14** | **KTM Properties**<br>**1113 Haverhill Drive**<br>**0**<br>**Brentwood, TN 37027** |
| | List the contract number of any government contract | | |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **HR learning management system** | |
|---|---|---|---|
| | State the term remaining | **12** | **Learning Technologies Group Inc.**<br>**434 Fayetteville St**<br>**Suite 900**<br>**Raleigh, NC 27601** |
| | List the contract number of any government contract | | |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **leased assets tracking system** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **LeaseQuery, LLC**<br>**3 Ravinia Drive NE**<br>**Suite P7**<br>**Atlanta, GA 30346** |
| | List the contract number of any government contract | | |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **planned maintenance program** | |
|---|---|---|---|
| | State the term remaining | **10** | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |
| | List the contract number of any government contract | | |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Athens location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Bowling Green location** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Campbellsville location** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Chattanooga location** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Clarksville location** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Cookeville location** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Cullman location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** **Franklin, TN 37067** |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Dalton location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** **Franklin, TN 37067** |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Decatur location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** **Franklin, TN 37067** |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Dickson location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** **Franklin, TN 37067** |

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Dixie Manor location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** **Franklin, TN 37067** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.215.** State what the contract or lease is for and the nature of the debtor's interest

**Monitored Comfort Assurance Plan - Elizabethtown location**

State the term remaining **9**

List the contract number of any government contract

**Lee Company, Inc.**
**331 Mallory Station Road**
**Franklin, TN 37067**

---

**2.216.** State what the contract or lease is for and the nature of the debtor's interest

**Monitored Comfort Assurance Plan - Florence location**

State the term remaining **9**

List the contract number of any government contract

**Lee Company, Inc.**
**331 Mallory Station Road**
**Franklin, TN 37067**

---

**2.217.** State what the contract or lease is for and the nature of the debtor's interest

**Monitored Comfort Assurance Plan - Franklin location**

State the term remaining **9**

List the contract number of any government contract

**Lee Company, Inc.**
**331 Mallory Station Road**
**Franklin, TN 37067**

---

**2.218.** State what the contract or lease is for and the nature of the debtor's interest

**Monitored Comfort Assurance Plan - Gainesville location**

State the term remaining **8**

List the contract number of any government contract

**Lee Company, Inc.**
**331 Mallory Station Road**
**Franklin, TN 37067**

---

**2.219.** State what the contract or lease is for and the nature of the debtor's interest

**Monitored Comfort Assurance Plan - Georgetown location**

State the term remaining **9**

List the contract number of any government contract

**Lee Company, Inc.**
**331 Mallory Station Road**
**Franklin, TN 37067**

---

<table>
<tr><td style="background:#3d0033;width:40px;"> </td><td></td></tr>
</table>

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Gressmere location** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Halls Crossroads location** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Hendersonville location** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Hermitage location** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Hixon location** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Jackson location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** |
| | | | **Franklin, TN 37067** |

| 2.226. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Johnson City location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** |
| | | | **Franklin, TN 37067** |

| 2.227. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Knoxville location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** |
| | | | **Franklin, TN 37067** |

| 2.228. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Lebanon location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** |
| | | | **Franklin, TN 37067** |

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Lexington location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** |
| | | | **Franklin, TN 37067** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Louisville location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** |
| | | | **Franklin, TN 37067** |

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Marketplace location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** |
| | | | **Franklin, TN 37067** |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Maryville location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** |
| | | | **Franklin, TN 37067** |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Moorehead location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** |
| | | | **Franklin, TN 37067** |

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Mt Juliet location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** |
| | | | **Franklin, TN 37067** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Murfreesboro location** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Nicholasville location** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - North Peters location** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |

| 2.238. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Pell City location** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |

| 2.239. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Richmond location** | |
|---|---|---|---|
| | State the term remaining | **9** | |
| | List the contract number of any government contract | | **Lee Company, Inc.**<br>**331 Mallory Station Road**<br>**Franklin, TN 37067** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.240. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Russell Springs location** | |
|---|---|---|---|
| | State the term remaining | **1** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** **Franklin, TN 37067** |

| 2.241. | State what the contract or lease is for and the nature of the debtor's interest | **Monitored Comfort Assurance Plan - Winchester location** | |
|---|---|---|---|
| | State the term remaining | **9** | **Lee Company, Inc.** |
| | List the contract number of any government contract | | **331 Mallory Station Road** **Franklin, TN 37067** |

| 2.242. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 330 BLOWING ROCK BLVD, Lenoir, NC** | |
|---|---|---|---|
| | State the term remaining | **59** | **Lenoir Retail I, LLC** **1900 The Exchange** |
| | List the contract number of any government contract | | **0** **Atlanta, GA 30339** |

| 2.243. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 3829 LOGISTICS WAY, Antioch, TN** | |
|---|---|---|---|
| | State the term remaining | **15** | **Logistics Way DCT/LWI LLC** **2926 Foster Creighton Drive** |
| | List the contract number of any government contract | | **0** **Nashville, TN 37204** |

| 2.244. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 3321 LORNA RD, STE 1, Hoover, AL** | |
|---|---|---|---|
| | State the term remaining | **54** | **Lorna Village LLC** **6961 Peachtree Industrial Blvd.** **Suite# 101** |
| | List the contract number of any government contract | | **0** **Norcross, GA 30092** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 3110 BROWNS ML RD, Johnson City, TN** | |
|---|---|---|---|
| | State the term remaining | **68** | **Lynn Kirk Management, Inc.**<br>**1524   State St**<br>**0**<br>**Santa Barbara, CA 93101** |
| | List the contract number of any government contract | | |

| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 122 W.C. BRYANT PKWY, STE 1, Calhoun, GA** | |
|---|---|---|---|
| | State the term remaining | **73** | **M. & P. Calhoun, LLC**<br>**5025 M Winters Chapel Road**<br>**0**<br>**Atlanta, GA 30360** |
| | List the contract number of any government contract | | |

| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 8079 N KINGSTON PIKE, STE N, Knoxville, TN** | |
|---|---|---|---|
| | State the term remaining | **39** | **M.S.O.B., LLC**<br>**6961 Peachtree Industrial Blvd.**<br>**Suite# 101**<br>**0**<br>**Norcross, GA 30092** |
| | List the contract number of any government contract | | |

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 560 S JEFFERSON AVE, STE B, Cookeville, TN** | |
|---|---|---|---|
| | State the term remaining | **44** | **Mahant Krupa, LLC**<br>**5544 Franklin Road**<br>**Suite 200**<br>**0**<br>**Nashville,, TN 37220** |
| | List the contract number of any government contract | | |

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | **supply chain** | |
|---|---|---|---|
| | State the term remaining | **58** | **Manhattan Associates, Inc.**<br>**2300 Windy Ridge Parkway**<br>**Tenth Floor**<br>**Atlanta, GA 30339** |
| | List the contract number of any government contract | | |

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document      Page 248 of 270

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1114 MERCURY BLVD, Murfreesboro, TN** | |
|---|---|---|---|
| | State the term remaining | **58** | **Mercury Plaza GP** |
| | | | **5544 Franklin Rd** |
| | List the contract number of any government contract | | **Suite 200** |
| | | | **0** |
| | | | **Nashville, TN 37220** |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 8336 SPRINGBORO PIKE, Miamisburg, OH** | |
|---|---|---|---|
| | State the term remaining | **88** | **Miamisburg Investments, LLC** |
| | | | **7452 Jager Court** |
| | List the contract number of any government contract | | **0** |
| | | | **Cincinnati, OH 45230** |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | **Telecommunications** | |
|---|---|---|---|
| | State the term remaining | **7** | **Mitel** |
| | | | **1146 N Alma School Rd** |
| | List the contract number of any government contract | | **Mesa, AZ 85201** |

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 5100 OLD HICKORY BLVD, Hermitage, TN** | |
|---|---|---|---|
| | State the term remaining | **51** | **MKTN, LLC** |
| | | | **181 Wells Avenue** |
| | List the contract number of any government contract | | **0** |
| | | | **Newton Center, MA 02459** |

| 2.254. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 401 GEORGE WALLACE DR, Gadsden, AL** | |
|---|---|---|---|
| | State the term remaining | **98** | **MR Stealth, LLC** |
| | | | **111 East Wayne Street** |
| | List the contract number of any government contract | | **Suite 500** |
| | | | **0** |
| | | | **Fort Wayne, IN 46802** |

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document     Page 249 of 270

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.255. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1301 HICKORY VLY RD, Chattanooga, TN** | |
| --- | --- | --- | --- |
| | State the term remaining | **54** | **NEB Partners**<br>**106 Mount Olive Road**<br>**0**<br>**Lookout Mountain, GA 30750** |
| | List the contract number of any government contract | | |

| 2.256. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 25 WASHINGTON AVE, Montgomery, AL** | |
| --- | --- | --- | --- |
| | State the term remaining | **65** | **Oliver Creek Holdings, LLLP**<br>**PO Box 1429**<br>**0**<br>**Montgomery, AL 36102** |
| | List the contract number of any government contract | | |

| 2.257. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 119 COBB PKWY N, Marietta, GA** | |
| --- | --- | --- | --- |
| | State the term remaining | **155** | **One Nineteen Cobb Parkway LLC**<br>**3810 Homestead Ridge Drive**<br>**0**<br>**Cumming, GA 30041** |
| | List the contract number of any government contract | | |

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | **Employee E-Learning Platform** | |
| --- | --- | --- | --- |
| | State the term remaining | **8** | **OpenSesame Inc.**<br>**1629 SW Salmon Street**<br>**Portland, OR 97205** |
| | List the contract number of any government contract | | |

| 2.259. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 8110 UNIVERSITY CITY BLVD, Charlotte, NC** | |
| --- | --- | --- | --- |
| | State the term remaining | **81** | **Orli Teitelbaum, COO**<br>**141 NE 3rd Avenue**<br>**7th Floor**<br>**0**<br>**Miami, FL 33132** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.260. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC Maintenance - Erlanger location** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **PCI Services** |
| | List the contract number of any government contract | | **1421 Queen City Ave. Cincinnati, OH 45214** |

| 2.261. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC Maintenance - Hamilton location** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **PCI Services** |
| | List the contract number of any government contract | | **1421 Queen City Ave. Cincinnati, OH 45214** |

| 2.262. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC Maintenance - Miamisburg location** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **PCI Services** |
| | List the contract number of any government contract | | **1421 Queen City Ave. Cincinnati, OH 45214** |

| 2.263. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 807 MARTIN ST S, Pell City, AL** | |
|---|---|---|---|
| | State the term remaining | **0** | **Pell City Partners, LLC** |
| | List the contract number of any government contract | | **2926 Foster Creighton Drive 0 Nashville, TN 37204** |

| 2.264. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 2010 S CARAWAY RD STE C, Jonesboro, AR** | |
|---|---|---|---|
| | State the term remaining | **65** | **Phillips Investment & Construction, Inc** |
| | List the contract number of any government contract | | **PO Box 19298 0 Jonesboro, AR 72403** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.265. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 364 PINECREST DR, Morehead, KY** | |
|---|---|---|---|
| | State the term remaining | **121** | **Pinecrest Realty** |
| | | | **1003 Long Run Road** |
| | | | **0** |
| | List the contract number of any government contract | | **Louisville, KY 40245** |

| 2.266. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 129 MERCHANTS SQ, Cumming, GA** | |
|---|---|---|---|
| | State the term remaining | **34** | **Pioneer Merchants Square, LLC** |
| | | | **131 Roswell St** |
| | | | **Suite B201** |
| | | | **0** |
| | List the contract number of any government contract | | **Alpharetta, GA 30009** |

| 2.267. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1960 OLD FT PKWY, Murfreesboro, TN** | |
|---|---|---|---|
| | State the term remaining | **16** | **PMAT Marketplace, LLC** |
| | | | **77 Woodstone Place** |
| | | | **0** |
| | List the contract number of any government contract | | **Hammond, LA 70401** |

| 2.268. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC Maintenance - Morristown location** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Quality Plumbing & Mechanical, LLC** |
| | | | **405 Donovans Lane** |
| | List the contract number of any government contract | | **Kodak, TN 37764** |

| 2.269. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1021 N MAIN ST, Nicholasville, KY** | |
|---|---|---|---|
| | State the term remaining | **83** | **R 3 Holdings, LLC** |
| | | | **343 Waller Avenue, Suite 100** |
| | | | **0** |
| | List the contract number of any government contract | | **Lexington, KY 40504** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.270. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 500 W MAIN ST, Hendersonville, TN** | |
|---|---|---|---|
| | State the term remaining | **36** | **R Manuel DL Hendersonville GP** <br> **5544 Franklin Road** <br> **Suite 200** <br> **0** <br> **Nashville, TN 37220** |
| | List the contract number of any government contract | | |

| 2.271. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 2910 HWY 31 W, White House, TN** | |
|---|---|---|---|
| | State the term remaining | **41** | **R&C Enterprises** <br> **PO Box100** <br> **901 West Main Street** <br> **0** <br> **Hohenwald, TN 38462** |
| | List the contract number of any government contract | | |

| 2.272. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - BATTERY BUILDERS BATTERY, 18-85-17, D5837** | |
|---|---|---|---|
| | State the term remaining | **52** | **RAYMOND LEASEING CORP** <br> **22 SOUTH CANAL STREET** <br> **0** <br> **GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.273. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - BATTERY BUILDERS, 18-125-13, X2120 X2121 X2122 X2123 X2124** | |
|---|---|---|---|
| | State the term remaining | **0** | **RAYMOND LEASEING CORP** <br> **22 SOUTH CANAL STREET** <br> **0** <br> **GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.274. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - BATTERY BUILDERS, 18-125-13, X4237 X4236 X4239** | |
|---|---|---|---|
| | State the term remaining | **3** | **RAYMOND LEASEING CORP** <br> **22 SOUTH CANAL STREET** <br> **0** <br> **GREENE, NY 13778** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.275. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Battery Builders, 18-85-17, C13099** | |
|---|---|---|---|
| | State the term remaining | 45 | **RAYMOND LEASEING CORP** **22 SOUTH CANAL STREET** **0** **GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.276. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Battery Builders, 18-85-17, GCC1017** | |
|---|---|---|---|
| | State the term remaining | 39 | **RAYMOND LEASEING CORP** **22 SOUTH CANAL STREET** **0** **GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.277. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Battery Builders, 18-86-17, C10078** | |
|---|---|---|---|
| | State the term remaining | 42 | **RAYMOND LEASEING CORP** **22 SOUTH CANAL STREET** **0** **GREENE   13778** |
| | List the contract number of any government contract | | |

| 2.278. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Counterbalance, 4460-C35TT, 446-23-19105** | |
|---|---|---|---|
| | State the term remaining | 42 | **RAYMOND LEASEING CORP** **22 SOUTH CANAL STREET** **0** **GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.279. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Counterbalance, 4460-C35TT, 446-23-19120** | |
|---|---|---|---|
| | State the term remaining | 42 | **RAYMOND LEASEING CORP** **22 SOUTH CANAL STREET** **0** **GREENE, NY 13778** |
| | List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.280. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - Counterbalance, 4460-C35TT, 446-23-19122 | |
|---|---|---|---|
| | State the term remaining | 41 | **RAYMOND LEASEING CORP**<br>**22 SOUTH CANAL STREET**<br>**0**<br>**GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.281. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - Counterbalance, 4460-C35TT, 446-23-19477 | |
|---|---|---|---|
| | State the term remaining | 45 | **RAYMOND LEASEING CORP**<br>**23 SOUTH CANAL STREET**<br>**0**<br>**GREENE, NY 13779** |
| | List the contract number of any government contract | | |

| 2.282. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - Counterbalance, 4460-C35TT, 446-23-19589 | |
|---|---|---|---|
| | State the term remaining | 46 | **RAYMOND LEASEING CORP**<br>**22 SOUTH CANAL STREET**<br>**0**<br>**GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.283. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - Raymond Counterbalance Battery , 4450C30TT 18-85-17, 445-16-13884 D9609 | |
|---|---|---|---|
| | State the term remaining | 55 | **RAYMOND LEASEING CORP**<br>**22 SOUTH CANAL STREET**<br>**0**<br>**GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.284. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - Raymond Counterbalance Battery Charger, 415-C35TT  564AH 480V, 415-23-0081736, 415-23-0081739 005-724,  005-747 7-27-1023-00097 7-27-1023-20098 | |
|---|---|---|---|
| | State the term remaining | 50 | **RAYMOND LEASEING CORP**<br>**22 SOUTH CANAL STREET**<br>**0**<br>**GREENE, NY 13778** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.285. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond Counterbalance Battery Charger, 4460-C35TT  18-85-21, 446-24-20052  D2770** | |
|---|---|---|---|
| | State the term remaining | **51** | **RAYMOND LEASEING CORP** |
| | List the contract number of any government contract | | **22 SOUTH CANAL STREET** **0** **GREENE, NY 13778** |

| 2.286. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond Counterbalance and Battery, 4450C30TT 18-125-17, 445-16-13254 18-125-17** | |
|---|---|---|---|
| | State the term remaining | **52** | **RAYMOND LEASEING CORP** |
| | List the contract number of any government contract | | **22 SOUTH CANAL STREET** **0** **GREENE, NY 13778** |

| 2.287. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond Counterbalance and Battery, 4450C30TT 18-125-17, 445-16-13595 D3561** | |
|---|---|---|---|
| | State the term remaining | **53** | **RAYMOND LEASEING CORP** |
| | List the contract number of any government contract | | **22 SOUTH CANAL STREET** **0** **GREENE, NY 13778** |

| 2.288. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond Counterbalance and Battery, 4450C30TT 18-125-17, 445-16-13601 d6560** | |
|---|---|---|---|
| | State the term remaining | **53** | **RAYMOND LEASEING CORP** |
| | List the contract number of any government contract | | **22 SOUTH CANAL STREET** **0** **GREENE, NY 13778** |

| 2.289. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond Counterbalance and Battery, 4450C30TT 18-125-17, 445-16-13786 D7578** | |
|---|---|---|---|
| | State the term remaining | **54** | **RAYMOND LEASEING CORP** |
| | List the contract number of any government contract | | **22 SOUTH CANAL STREET** **0** **GREENE, NY 13778** |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.290. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond Counterbalance and Battery, 4450C30TT 18-125-17, 445-16-13841 d7579** | |
|---|---|---|---|
| | State the term remaining | **54** | **RAYMOND LEASEING CORP 22 SOUTH CANAL STREET 0 GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.291. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond Counterbalance and Battery, 4450C30TT 18-85-17, 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 D8295** | |
|---|---|---|---|
| | State the term remaining | **55** | **RAYMOND LEASEING CORP 22 SOUTH CANAL STREET 0 GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.292. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond Counterbalance and Battery, 4450C30TT 18-85-17, 445-16-13878 D9608** | |
|---|---|---|---|
| | State the term remaining | **56** | **RAYMOND LEASEING CORP 22 SOUTH CANAL STREET 0 GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.293. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond Counterbalance and Battery, 4460-C35TT 18-85-21  XTP18-865N, 446-24-20183  D3472 32909.1-1-01** | |
|---|---|---|---|
| | State the term remaining | **53** | **RAYMOND LEASEING CORP 22 SOUTH CANAL STREET 0 GREENE, NY 13778** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.294. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond Counterbalance and Battery, 4460-C35TT 18-85-21 EXT18/850B, 446-24-20497  D5425 34218.1-1-01** | |
|---|---|---|---|
| | State the term remaining | **55** | **RAYMOND LEASEING CORP 22 SOUTH CANAL STREET 0 GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.295. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond Counterbalance and Battery, 4550C30TT 18-125-17, 445-16-13799 D7580** | |
|---|---|---|---|
| | State the term remaining | **53** | **RAYMOND LEASEING CORP 22 SOUTH CANAL STREET 0 GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.296. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond Counterbalance and Battery, 4550C30TT 18-85-17, 445-16-13850 D9185** | |
|---|---|---|---|
| | State the term remaining | **55** | **RAYMOND LEASEING CORP 22 SOUTH CANAL STREET 0 GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.297. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond, 4450-C30TT, 445-17-10052** | |
|---|---|---|---|
| | State the term remaining | **6** | **RAYMOND LEASEING CORP 22 SOUTH CANAL STREET 0 GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.298. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond, 4450-C30TT, 446-17-10054** | |
|---|---|---|---|
| | State the term remaining | **6** | **RAYMOND LEASEING CORP 22 SOUTH CANAL STREET 0 GREENE, NY 13778** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.299. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond, 4450-C35TT, 445-17-14252** | |
|---|---|---|---|
| | State the term remaining | 3 | **RAYMOND LEASEING CORP**<br>**22 SOUTH CANAL STREET**<br>**0**<br>**GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.300. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond, 4450-C35TT, 445-17-14255** | |
|---|---|---|---|
| | State the term remaining | 2 | **RAYMOND LEASEING CORP**<br>**22 SOUTH CANAL STREET**<br>**0**<br>**GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.301. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond, 4450-C35TT, 445-17-14363** | |
|---|---|---|---|
| | State the term remaining | 3 | **RAYMOND LEASEING CORP**<br>**22 SOUTH CANAL STREET**<br>**0**<br>**GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.302. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond, 4450-C35TT, 445-17-14389** | |
|---|---|---|---|
| | State the term remaining | 3 | **RAYMOND LEASEING CORP**<br>**22 SOUTH CANAL STREET**<br>**0**<br>**GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.303. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond, 4450-C35TT, 445-17-14390** | |
|---|---|---|---|
| | State the term remaining | 3 | **RAYMOND LEASEING CORP**<br>**22 SOUTH CANAL STREET**<br>**0**<br>**GREENE, NY 13778** |
| | List the contract number of any government contract | | |

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document      Page 259 of 270

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.304. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond, 4450-C35TT, 445-17-14394** | |
|---|---|---|---|
| | State the term remaining | **3** | **RAYMOND LEASEING CORP**<br>**22 SOUTH CANAL STREET**<br>**0**<br>**GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.305. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond, 4450C30TT, 445-16-14190** | |
|---|---|---|---|
| | State the term remaining | **0** | **RAYMOND LEASEING CORP**<br>**22 SOUTH CANAL STREET**<br>**0**<br>**GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.306. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond, 4450C30TT, 445-16-14213** | |
|---|---|---|---|
| | State the term remaining | **0** | **RAYMOND LEASEING CORP**<br>**22 SOUTH CANAL STREET**<br>**0**<br>**GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.307. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond, 4450C30TT, 445-17-14385** | |
|---|---|---|---|
| | State the term remaining | **2** | **RAYMOND LEASEING CORP**<br>**22 SOUTH CANAL STREET**<br>**0**<br>**GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.308. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond, 4460-C30TT, 446-17-10053** | |
|---|---|---|---|
| | State the term remaining | **6** | **RAYMOND LEASEING CORP**<br>**22 SOUTH CANAL STREET**<br>**0**<br>**GREENE, NY 13778** |
| | List the contract number of any government contract | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.309. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - Raymond, 4460-C30TT, 446-17-10055 | |
|---|---|---|---|
| | State the term remaining | 6 | RAYMOND LEASEING CORP<br>22 SOUTH CANAL STREET<br>0<br>GREENE, NY 13778 |
| | List the contract number of any government contract | | |

| 2.310. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - Raymond, 4460-C30TT, 446-17-10110 | |
|---|---|---|---|
| | State the term remaining | 6 | RAYMOND LEASEING CORP<br>22 SOUTH CANAL STREET<br>0<br>GREENE, NY 13778 |
| | List the contract number of any government contract | | |

| 2.311. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - Raymond, 4460-C30TT, 446-17-10194 | |
|---|---|---|---|
| | State the term remaining | 6 | RAYMOND LEASEING CORP<br>22 SOUTH CANAL STREET<br>0<br>GREENE, NY 13778 |
| | List the contract number of any government contract | | |

| 2.312. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - Raymond, 4460-C30TT, 446-22-16636 | |
|---|---|---|---|
| | State the term remaining | 28 | RAYMOND LEASEING CORP<br>22 SOUTH CANAL STREET<br>0<br>GREENE, NY 13778 |
| | List the contract number of any government contract | | |

| 2.313. | State what the contract or lease is for and the nature of the debtor's interest | Equipment - Raymond, 4460C30TT, 446-17-10111 | |
|---|---|---|---|
| | State the term remaining | 6 | RAYMOND LEASEING CORP<br>22 SOUTH CANAL STREET<br>0<br>GREENE, NY 13778 |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.314. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond, 9600CSR30T, 960-20-07061, 07062 07064  07065** | |
|---|---|---|---|
| | State the term remaining | **5** | **RAYMOND LEASEING CORP 22 SOUTH CANAL STREET 0 GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.315. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond Counterbalance Battery Charger, 415-C35TT 18-125-13 XPT18-750, 445415-17-55009 A11863 BV335100011** | |
|---|---|---|---|
| | State the term remaining | **56** | **RAYMOND LEASING CORP 22 SOUTH CANAL STREET 0 GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.316. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Raymond Counterbalance and Battery, 4450C30TT 18-125-17, 445-15-13188 D6558** | |
|---|---|---|---|
| | State the term remaining | **54** | **RAYMOND LEASING CORP 22 SOUTH CANAL STREET 0 GREENE, NY 13778** |
| | List the contract number of any government contract | | |

| 2.317. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1424 N EXPY, Griffin, GA** | |
|---|---|---|---|
| | State the term remaining | **29** | **RCG - Griffin LLC One Buckhead Plaza 0 Atlanta, GA 30305** |
| | List the contract number of any government contract | | |

| 2.318. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 130 JOHN W MORROW JR. PKWY, STE L-2, Gainesville, GA** | |
|---|---|---|---|
| | State the term remaining | **179** | **Real Estate Acquisition and Development, P.O Box 1228 0 Alpharetta, GA 30023** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.319. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1802 DECATUR PIKE, 31479, Athens, TN** | |
|---|---|---|---|
| | State the term remaining | **93** | **RGA-Athens Congress, LLC One Buckhead Plaza 3060 Peachtree Rjoad Suite 400 0 Atlanta, GA 30305** |
| | List the contract number of any government contract | | |

| 2.320. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 830 EASTERN BYPASS, Richmond, KY** | |
|---|---|---|---|
| | State the term remaining | **4** | **Richmond Mall Partners, LLC 11701 Bee Caves Road Suite 122 0 Austin, TX 78733** |
| | List the contract number of any government contract | | |

| 2.321. | State what the contract or lease is for and the nature of the debtor's interest | **telephone services** | |
|---|---|---|---|
| | State the term remaining | **19** | **RingCentral, Inc. 20 Davis Drive Belmont, CA 94002** |
| | List the contract number of any government contract | | |

| 2.322. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 3660 ATLANTA HWY, Athens, GA** | |
|---|---|---|---|
| | State the term remaining | **45** | **RM Athens, LLC c/o Morris Realty co. PO Box 1382 0 Dothan, AL 36302** |
| | List the contract number of any government contract | | |

| 2.323. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 5230 HWY 153, Hixson, TN** | |
|---|---|---|---|
| | State the term remaining | **35** | **RMRTN Chatt, LLC 5811 Cloverland Drive 0 Brentwood, TN 37027** |
| | List the contract number of any government contract | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.324. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC Maintenance - Winchester location** | |
|---|---|---|---|
| | State the term remaining | **quarterly** | **Roscoe Brown Heating & Cooling** |
| | List the contract number of any government contract | | **410 South Roosevelt Street** **Tullahoma, TN 37388** |

| 2.325. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1313 W MAIN ST, Lebanon, TN** | |
|---|---|---|---|
| | State the term remaining | **140** | **Ross Properties, LLC** **c/o Wilchester Realty Group, LLC** **2700 Highway 280 Ste 315W** |
| | List the contract number of any government contract | | **0** **Birmingham, AL 35223** |

| 2.326. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 3724 PEPPERELL PKWY, Opelika, AL** | |
|---|---|---|---|
| | State the term remaining | **53** | **Saugahatchee Square, LLC** **399 West Palmetto Park Road** **Suite 106** |
| | List the contract number of any government contract | | **0** **Boca Raton, FL 33432** |

| 2.327. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC Maintenance - Evansville location** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Schiff Air Conditioning & Heating, Inc.** **1315 W Columbia St** |
| | List the contract number of any government contract | | **Evansville, IN 47710** |

| 2.328. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 620 W Fort Williams St., Sylacauga, AL** | |
|---|---|---|---|
| | State the term remaining | **109** | **Second Street of Sylacauga, LLC** **2436 N Federal Hwy** **Suite 115** |
| | List the contract number of any government contract | | **0** **Lighthouse Point, FL 33064** |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.329.** State what the contract or lease is for and the nature of the debtor's interest

**HVAC Maintenance - Montgomery location**

State the term remaining    **month to month**

List the contract number of any government contract

**Sensigreen Heating & Air**
**PO Box 2889**
**Opelika, AL 36803**

---

**2.330.** State what the contract or lease is for and the nature of the debtor's interest

**HVAC Maintenance - Opelika location**

State the term remaining    **month to month**

List the contract number of any government contract

**Sensigreen Mechanical**
**400 Clanton St**
**Opelika, AL 36801**

---

**2.331.** State what the contract or lease is for and the nature of the debtor's interest

**Building - 2312 HWY 45 N, Columbus, MS**

State the term remaining    **49**

List the contract number of any government contract

**Seritage SRC Finance LLC**
**489 Fifth Avenue**
**18th Floor**
**0**
**New York, NY 10017**

---

**2.332.** State what the contract or lease is for and the nature of the debtor's interest

**Building - 1731 2ND AVE SE, Cullman, AL**

State the term remaining    **98**

List the contract number of any government contract

**Sertigage KMT Finance LLC**
**500 Fifth Avenue**
**Suite 1530**
**0**
**New York, NY 10110**

---

**2.333.** State what the contract or lease is for and the nature of the debtor's interest

**Building - 3010 FT CAMPBELL BLVD, Hopkinsville, KY**

State the term remaining    **114**

List the contract number of any government contract

**Sertigage KMT Finance LLC**
**500 Fifth Avenue**
**Suite 1530**
**0**
**New York, NY 10110**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.334. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 200 CTR DR, Evansville, IN** | |
|---|---|---|---|
| | State the term remaining | **71** | **Silco LLC**<br>**P.O. Box 362**<br>**0**<br>**Henderson, KY 42419** |
| | List the contract number of any government contract | | |

| 2.335. | State what the contract or lease is for and the nature of the debtor's interest | **Client Quarterly HVAC preventative maintenance services** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Spectrum Maintenance Services, LLC**<br>**2123 Moon Station Drive**<br>**Kennesaw, GA 30144** |
| | List the contract number of any government contract | | |

| 2.336. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1390 UPPER VLY PIKE, Springfield, OH** | |
|---|---|---|---|
| | State the term remaining | **37** | **Springfield ABG, LLC**<br>**Atttn; Real Estate Department**<br>**4216 Dewitt Avenue**<br>**0**<br>**Mattoon, IL 61938** |
| | List the contract number of any government contract | | |

| 2.337. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC Maintenance - Birmingham location** | |
|---|---|---|---|
| | State the term remaining | **quarterly** | **Standard Heating and Air Conditioning Co**<br>**520 8th St S**<br>**Birmingham, AL 35233** |
| | List the contract number of any government contract | | |

| 2.338. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC Maintenance - Gadsden location** | |
|---|---|---|---|
| | State the term remaining | **quarterly** | **Standard Heating and Air Conditioning Co**<br>**520 8th St S**<br>**Birmingham, AL 35233** |
| | List the contract number of any government contract | | |

Case 3:25-bk-00452   Doc 198   Filed 03/03/25   Entered 03/03/25 21:32:37   Desc Main
Document     Page 266 of 270

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.339.**  State what the contract or lease is for and the nature of the debtor's interest — **HVAC Maintenance - Hoover location**

State the term remaining — **quarterly**

List the contract number of any government contract

**Standard Heating and Air Conditioning Co**
**520 8th St S**
**Birmingham, AL 35233**

---

**2.340.**  State what the contract or lease is for and the nature of the debtor's interest — **Building - 400 HWY 12 W, Starkville, MS**

State the term remaining — **48**

List the contract number of any government contract

**Starkville Marketplace, LLC**
**110 North Jerry Clower Blvd**
**Suite W**
**0**
**Yazoo City, MS 39194**

---

**2.341.**  State what the contract or lease is for and the nature of the debtor's interest — **Building - 550 STATELINE RD W, Southaven, MS**

State the term remaining — **50**

List the contract number of any government contract

**Stateline Square, LLC**
**c/o Michael I. Sidley**
**2940 Westwood Blvd., 2nd Floor**
**0**
**Los Angeles, CA 90064**

---

**2.342.**  State what the contract or lease is for and the nature of the debtor's interest — **Building - 3101 CLAYS ML RD, STE 114, Lexington, KY**

State the term remaining — **10**

List the contract number of any government contract

**Stonewall Investments, LLC**
**c/o Isaac commercial Properties**
**771 corporate Drive, Suite 500**
**0**
**Lexington, KY 40503**

---

**2.343.**  State what the contract or lease is for and the nature of the debtor's interest — **Building - 1309 E BROADWAY, Campbellsville, KY**

State the term remaining — **124**

List the contract number of any government contract

**Stratford Group LLC**
**P.O. Box 534**
**0**
**Campbellsville, KY 42719**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.344. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 5124 SUMMER AVE, Memphis, TN** | |
|---|---|---|---|
| | State the term remaining | **46** | **Summer Commons Invetors, LLC**<br>**1825 Main Street**<br>**0**<br>**Weston, FL 33327** |
| | List the contract number of any government contract | | |

| 2.345. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 4471 JIMMY LEE SMITH PKWY, Hiram, GA** | |
|---|---|---|---|
| | State the term remaining | **8** | **TAC Paulding Pavilion, LLC**<br>**c/o The Shopping Center Group, LLC**<br>**300 Gallleria Pkwy, 12th Floor**<br>**0**<br>**Atlanta, GA 30339** |
| | List the contract number of any government contract | | |

| 2.346. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 612 JP WRIGHT LOOP RD, Jacksonville, AR** | |
|---|---|---|---|
| | State the term remaining | **65** | **TLBT, LLC**<br>**111 Center Street**<br>**Suite 1510**<br>**0**<br>**Little Rock, AR 72201** |
| | List the contract number of any government contract | | |

| 2.347. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 668 N RIVERSIDE DR, Clarksville, TN** | |
|---|---|---|---|
| | State the term remaining | **107** | **Two Rivers Center LLC**<br>**Winbrook Management LLC**<br>**370 7th Avenue, Suite 1600**<br>**0**<br>**New York, NY 10001** |
| | List the contract number of any government contract | | |

| 2.348. | State what the contract or lease is for and the nature of the debtor's interest | **learning management system** | |
|---|---|---|---|
| | State the term remaining | **9** | **US - Open LMS LLC**<br>**434 Fayetteville St**<br>**Suite 900**<br>**Raleigh, NC 27601** |
| | List the contract number of any government contract | | |

Case 3:25-bk-00452    Doc 198    Filed 03/03/25    Entered 03/03/25 21:32:37    Desc Main
Document    Page 268 of 270



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.349. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 7001 CRESTWOOD BLVD, STE 300, Birmingham, AL** | |
|---|---|---|---|
| | State the term remaining | **96** | **V&S Crestwood Festival LLC**<br>**PO Box 38578**<br>**0**<br>**Baltimore, MD 21231** |
| | List the contract number of any government contract | | |

| 2.350. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud Service** | |
|---|---|---|---|
| | State the term remaining | **29** | **Versa Networks**<br>**2550 Great America Way**<br>**Suite 350**<br>**Santa Clara, CA 95054** |
| | List the contract number of any government contract | | |

| 2.351. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1002 LEXINGTON RD, STE 25A, Georgetown, KY** | |
|---|---|---|---|
| | State the term remaining | **106** | **Washington Partners LLC**<br>**1890 Star Shoot Parkway**<br>**suite 170/165**<br>**0**<br>**Lexington, KY 40509** |
| | List the contract number of any government contract | | |

| 2.352. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Management** | |
|---|---|---|---|
| | State the term remaining | **7** | **Waste Management National Services, Inc.**<br>**1 Griffin Road North**<br>**Suite 4C**<br>**Windsor, CT 06095** |
| | List the contract number of any government contract | | |

| 2.353. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 2191 WATSON BLVD, WArner Robins, GA** | |
|---|---|---|---|
| | State the term remaining | **38** | **Watson Central LLC**<br>**Livingston Properties**<br>**1109 Russell Parkway**<br>**0**<br>**Warner Robins, GA 31088** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.354. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 30 WINCHESTER PLZ, Winchester, Kentucky** | |
|---|---|---|---|
| | State the term remaining | **54** | **Winchester Plaza, LLC** **620 Park Plaza Drive** **0** **Owensboro, KY 42301** |
| | List the contract number of any government contract | | |

| 2.355. | State what the contract or lease is for and the nature of the debtor's interest | **customer review management** | |
|---|---|---|---|
| | State the term remaining | **10** | **Yext, Inc.** **61 Ninth Avenue** **New York, NY 10011** |
| | List the contract number of any government contract | | |

| 2.356. | State what the contract or lease is for and the nature of the debtor's interest | **Building - 1927 IRVIN COBB DR, Paducah, KY** | |
|---|---|---|---|
| | State the term remaining | **46** | **Zinn Paducah, LLC** **P.O. Box 697** **0** **Cynthiana, KY 41031** |
| | List the contract number of any government contract | | |